# EXHIBIT A

JULIA JAYNE (State Bar No. 202753)
Email: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
803 Hearst Ave.
Berkeley, CA 94710
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

PAUL W. VERNER (*Pro Hac Vice*)
Email: *pwverner@vernerlaw.com*
30 Wall Street, 8th Floor
New York, NY 10005
Telephone: (212) 502-5500

*Attorneys for Defendant*
*ALIAKSANDR KLIMENKA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALIAKSANDR KLIMENKA,

Defendant.

Case No. CR 22-256 SI

**DECLARATION OF DAVID RAYMOND GRANT CAMPBELL IN SUPPORT OF DEFENDANT'S REQUEST FOR PRETRIAL RELEASE**

Date: February 23, 2024
Time: 2:00 p.m.
Courtroom: Mag. Lisa J. Cisneros

I, David Raymond Grant Campbell, declare:

1. I am a barrister and solicitor currently working in my own practice, Campbell Law, based in Newmarket, Auckland, New Zealand. I have been a lawyer since 1983.
2. In addition to the pure practice of law, in the past I have held several directorships of New Zealand-based companies and trustee companies, including XP Solutions Limited (a/k/a XPS NZ).

3. I am aware that XPS NZ was beneficially owned by Aliaksandr Klimenka, the Defendant in this action. In my capacity as Director of XPS NZ I came to know Mr. Klimenka, his professional acumen and his good moral character.

4. On May 28, 2020, as the legal advisor to and Director of XPS NZ, I drafted, swore to and caused to be delivered to New Zealand police officials an Affidavit of Facts describing the efforts of XPS NZ to isolate, recover and turn over assets in the matter of *Commissioner of Police adv. Alexsandr Vinnik and Canton Business Corporation (a/k/a BTC-e)*, High Court of New Zealand, Auckland Registry, Case No.: CIV-2020-404-000609. Attached hereto as **Exhibit 1** is a true and correct copy of that sworn 2020 Affidavit of Facts (and exhibits).

5. In reviewing my 2020 Affidavit of Facts, the relevant business records and my other file materials, I can attest to the following specific facts:

   a. Both Mr. Klimenka, as Beneficial Owner, and the Legal Department of XPS NZ, headed by Attorney Ilya Matrenin, who I recall relayed directions directly from Mr. Klimenka, were aware since July 2017, well before any formal New Zealand Order to Freeze Assets, that the US Government had seized Vinnik and BTC-e assets and they directed early proactive steps to begin isolating Vinnik/BTC-e funds and electronic currencies;

   b. I previously swore in my 2020 Affidavit of Facts that:

      6.1 On or around 26 July 2017, the then director of XPS NZ, Mr Peganov, froze the eWallet accounts of Canton and Mr Vinnik and all of the funds in them.

      6.2 This decision was made after XPS NZ became aware through the media of a United States Northern District of California seizure order relating to Canton and Mr Vinnik. As a result, XPS NZ became concerned about the source of the eWallet Funds. It was also concerned that the declared beneficial owner of Canton, Mr Golovanov, may not have been the true beneficial owner, or that there may have been other beneficial owners.

      6.3 Under its AML policies, any misrepresentation to XPS NZ regarding the source of the funds or the identity of the beneficial owner of Canton would constitute misleading information provided by the customer. Accordingly,

XPS NZ exercised its contractual right to freeze the accounts in accordance with the terms agreed to by Canton and Mr. Vinnik.

c. I have also recalled that Mr. Klimenka and the XPS NZ Legal Department took affirmative proactive steps to recover accounts which were located in Russian Banks and to repatriate those funds for transfer to the New Zealand XPS NZ accounts precisely so those funds could be segregated and then turned over to the authorities; and

d. Mr. Klimenka in particular undertook these proactive steps with Russian accounts despite potential danger to himself from Vinnik associates.

6. Finally, having known Mr. Klimenka through my relationship with XPS NZ, I state that I am not aware that Mr. Klimenka had anything other than an arms-length financial and business relationship with the Vinnik company BTC-e and his actions in relation to the BTC-e accounts were not initially compelled by direct legal process but were rather the conscientious actions of a responsible businessman.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 20, 2024

David Raymond Grant Campbell

# EXHIBIT 1

**In the High Court of New Zealand**
**Auckland Registry**

**I Te Kōti Matua O Aotearoa**
**Tāmaki Makaurau Rohe**

CIV-2020-404-000609

| | |
|---|---|
| **Under** | Criminal Proceeds (Recovery) Act 2009 |
| **Between** | **Commissioner of Police**<br>**Applicant** |
| **And** | **Aleksandr Vinnik** of Fresnes Prison, Allée des Thuyas, 94260 Fresnes, France<br>**First Respondent** |
| **And** | **Canton Business Corporation (also known as BTC-e)** a duly incorporated company registered at Suite 1, Level 2, Sound & Vision House, Francis Rachel Street, Victoria, Mahe, Seychelles<br>**Second Respondent** |

# Affidavit of David Raymond Grant Campbell in support of without notice application for restraining orders and further orders

**2020**

MEREDITH CONNELL

**Brian Dickey**
Crown Solicitor at Auckland

MR Harborow | DMA Wiseman
PO Box 90750, Victoria Street West, Auckland 1142
DX CP24063
T: +64 9 336 7500
mark.harborow@mc.co.nz |
david.wiseman@mc.co.nz

# Affidavit of David Raymond Grant Campbell in support of a without notice application for restraining orders and further orders

I, **David Raymond Grant Campbell**, barrister and solicitor of Auckland, swear:

## 1 Introduction

1.1 I am barrister and solicitor currently working in my own practice, Campbell Law, based in Newmarket, Auckland. I have been a lawyer for 40 years.

1.2 In addition to this work, I hold and have held in the past, several directorships of New Zealand-based companies and trustee companies, including XP Solutions Limited (**XPS NZ**).

1.3 I am swearing this affidavit in relation to a without notice application by the Commissioner of Police for restraining orders over the following property associated with the respondents:

(a) all funds in eWallet account number XX60FXPNXXF9776910001 at XPS NZ (**eWallet 1**), held in the name of or for the benefit of Canton Business Corporation (**Canton**);[1] and

(b) all funds in eWallet account number XX20FXPNXXF3396510002 at XPS NZ (**eWallet 2**), held in the name of or for the benefit of Aleksandr Vinnik,[2]

(together, the **eWallet Funds**).

1.4 I have been given authority by XPS NZ to swear this affidavit on behalf of it, given that it largely relates to matters that occurred prior to my resignation as director. I am also currently providing legal services to XPS NZ.

## 2 XPS NZ

2.1 XPS NZ is an international financial technology company registered in New Zealand. It is also registered on the Financial Service Provider Register of New Zealand.[3] XPS NZ was incorporated on 19 April 2012.

2.2 Annexed marked **1** are copies of the certificate of incorporation, company extract, and historical directorship information for XPS NZ from the New Zealand Companies Office website.

---

1 Balance as at 13 February 2020: United States dollars (**USD**) $89,683,590.51; Australian dollars (**AUD**) $5,471,132.02; Russian rubles (**RUB**) 9,339,457.71; Great British pounds (**GBP**) 35,459.32.

2 Balance as at 13 February 2020: USD $72,574.48; RUB 453,361.66.

3 Financial Service Provider number: FSP215305.

2.3 At the time of swearing this affidavit, the director of XPS NZ is Lewis Bunge and the registered address of the company is 39a Beach Valley Road, Piha, Auckland, 0772. The sole shareholder of XPS NZ is Given Trustees Limited.

2.4 I was a director of XPS NZ from 27 February 2015 to 31 January 2018. Denis Peganov was also a director of XPS NZ during the same time period as me.

2.5 XPS NZ's primary business is information technologies for financial sector companies, including the provision of multicurrency eWallet account software (called the "eWallet Solution") and a full range of related support and maintenance services. The eWallet Solution is an information system based on software used by XPS NZ. It enables its users to deposit and withdraw funds and make electronic funds transfers between eWallet accounts.

2.6 Although XPS NZ's internet servers are located in Europe, its eWallet services are administered and managed from New Zealand.

2.7 XPS NZ's customers include various financial institutions, such as FXOpen (see below). The eWallet Solution is used by FXOpen, and its clients are able to access it directly through www.fxopen.com. Accordingly, XPS NZ's eWallet Solution is used by FXOpen as the customer of XPS NZ, and also by the clients of FXOpen.

2.8 XPS NZ currently has approximately 835,000 eWallets relating to active and non-active customers, and persons who passed and did not pass the verification process. The number of active clients is approximately 15,000.

## 3 FXOpen

3.1 FXOpen is a retail and institutional foreign exchange broker offering online currency trading services. The website address for FXOpen is www.fxopen.com. FXOpen's servers are located outside of New Zealand.

3.2 There are several companies in various countries which operate under the FXOpen brand name. This includes FXOpen Markets Limited, which is registered in Nevis in the Caribbean, and formerly included a New Zealand registered company, FXOpen NZ Limited (**FXOpen NZ**), which is now in liquidation.

3.3 On 15 December 2011, FXOpen NZ was incorporated in New Zealand. Annexed marked **2** are copies of the certificate of incorporation and company extract for FXOpen NZ from the New Zealand Companies Office website.

3.4 Mr Peganov was appointed as a director of FXOpen NZ on 15 August 2012. I was appointed as a director of it on 5 February 2015.

3.5 In 2012, FXOpen NZ started providing eWallet services to its customers as a supplementary service which allowed them to deposit and transfer funds between their FXOpen trading accounts. In or around June 2014, FXOpen NZ also started to provide eWallet services to FXOpen Markets Limited and its clients.

3.6 While it was operating, the internet servers of FXOpen NZ were located outside of New Zealand. However, its eWallet services were administered and managed from New Zealand.

3.7 On 17 June 2015, FXOpen NZ was placed into liquidation.

3.8 On or around 1 April 2015, in the lead up to the liquidation, all eWallet services were transferred from FXOpen NZ to XPS NZ.

3.9 When FXOpen NZ first went into liquidation, Mr Peganov was a director of both FXOpen NZ and XPS NZ. I had resigned as a director of FXOpen NZ prior to the liquidation, but the resignation consent had not been lodged. When FXOpen NZ went into liquidation, the sole shareholder of the company was Bassett Trustees 4 Limited.

## 4 FXOpen is now a customer of XPS NZ

**FX Open's trading accounts and XPS NZ's eWallet Solution**

4.1 Since around 1 April 2015, XPS NZ has been providing eWallet services to the remaining companies operating under the FXOpen brand name, including FXOpen Markets Limited and its clients.

4.2 The eWallet is a customer's main account with FXOpen. It is not a bank account but an electronic facility which enables the customer to make deposits, withdrawals, and instant funds transfers between trading accounts held with FXOpen.

4.3 XPS NZ's eWallet Solution is fully integrated into the FXOpen website, www.fxopen.com. If a customer wishes to open a trading account with FXOpen, they must first register an eWallet through the FXOpen website. A customer can only have one eWallet but may have multiple trading accounts subscribed to that eWallet.

4.4 In accordance with the arrangement between XPS NZ and the customers of FXOpen, the eWallet Solution may only be used by customers to transfer funds between eWallets and trading accounts held with FXOpen. The main purpose of such transfers is to allow foreign currency trading, converting one currency to another for the purpose of hedging or speculating.

4.5 Accordingly, to deposit funds into an FXOpen trading account, a customer must first fund their eWallet held by XPS NZ. One way of doing this is by way of bank wire to XPS NZ's current account at the Moscow branch of Alfa-Bank, a private commercial bank in Russia.

4.6 Within the eWallet Solution, XPS NZ undertakes all anti-money laundering (**AML**) and countering financing of terrorism identity verification requirements for all clients of FXOpen. XPS NZ has its own AML policy which is updated annually in compliance with both local (New Zealand) and international requirements.

**XPS NZ is the eWallet service provider**

4.7 Although an eWallet is registered and accessed via the FXOpen website, XPS NZ is the eWallet service provider. A copy of the current "eWallet Terms of Use" from the FXOpen website is annexed marked **3**. These terms provide:

> 22. EWALLET SERVICE PROVIDER
> EWallet account and eWallet related services are provided by XP Solutions Limited (New Zealand company number 3789182), registered

in the Financial Service Provider of New Zealand FSP215305 (the "Company"). The Company receives Customers deposits to the eWallets, process Customer's payments to their trading accounts and withdrawals from the Customers eWallets, holds Customer's funds reflected on their eWallets and provide other services as specified in this Agreement.

4.8 Given eWallet funds are processed and held by XPS NZ, a New Zealand registered company, the eWallet Terms of Use provide that the use of the eWallet is governed by the laws of New Zealand. In particular:

> 16. GOVERNING LAW AND JURISDICTION
> This Terms of Use, and the rights and obligations of the parties hereto, shall be governed by and enforced in all respects by the laws of New Zealand, without regard to choice of law principles.
>
> 17. JURISDICTION, VENUE, WAIVER OF JURY TRIAL
> The Customer agrees that any civil action, arbitration or other legal proceeding between the Company or its employees or agents, and the Customer arising out of or relating to this Terms of Use or the Customer's eWallet shall be brought, heard and resolved only by a court located in New Zealand and the Customer hereby waives trial by jury in any such action or proceeding and waives the right to have such proceeding transferred to any other location. No action, regardless of form, arising out of or relating to this Terms of Use or transactions hereunder may be brought by the Customer more than one year after the cause of action arose.

4.9 In comparison, the trading accounts associated with an eWallet are held with FXOpen Markets Limited. Accordingly, the customer agreements for various FXOpen trading accounts all state that the agreement, and the rights and obligations of the parties, shall be governed by and enforced in all respects by the laws of Saint Kitts and Nevis. As an example, a copy of the current Customer Agreement for FXOpen's Electronic Communications Network (ECN) Accounts is annexed marked **4**, with the section referring to governing law and jurisdiction outlined at paragraph 30.

4.10 A printout of FXOpen's privacy policy is annexed marked **5**. This policy provides that once a customer opens an eWallet and trading account(s), their personal information is provided to both FXOpen Markets Limited (registered in Nevis) and XPS NZ. For the purposes of the privacy policy, both FXOpen Markets Limited and XPS NZ are referred to as "FXOpen", "we" or "us".

## 5 Canton and Mr Vinnik's eWallets and trading accounts

**Registration of eWallet 1 and eWallet 2 with FXOpen**

5.1 On or around 26 March 2008, Mr Vinnik registered an account with FXOpen at www.fxopen.com. His eWallet was subsequently registered in 2012, when the eWallet system was implemented on www.fxopen.com. I have referred to this eWallet above as eWallet 2.

5.2 eWallet 2 would have been held with FXOpen NZ from 2012 until the transfer of eWallet services to XPS NZ on or around 1 April 2015. Therefore, at all times,

eWallet 2 has been held with, and administered by, a New Zealand registered company.

5.3 On or around 29 February 2012, Canton registered an eWallet with FXOpen at www.fxopen.com. I have referred to this eWallet above as eWallet 1. This eWallet was held with FXOpen NZ from the time of its registration until the transfer of eWallet services to XPS NZ on or around 1 April 2015. Accordingly, similar to eWallet 2, at all times, eWallet 1 has been held with, and administered by, a New Zealand registered company.

**Transfer of eWallet 1 and eWallet 2 to XPS NZ**

5.4 On or around 1 April 2015, prior to the liquidation of FXOpen NZ, eWallet 1 and eWallet 2 were transferred to, and placed under the control of, XPS NZ.

5.5 At the time of the transfer, XPS NZ undertook a comprehensive verification process in accordance with its AML and "know your customer" procedures and requirements.[4] Large corporate customers of FXOpen, including Canton, were required by XPS NZ to complete an application which included an AML questionnaire. All other customers were asked to provide documents as part of annual customer due diligence.

5.6 Annexed marked **6** are copies of the AML documents completed by Canton. Canton declared in its application that the funds in its accounts were to be used as currency exposure in respect to the hedging of its business operations.

5.7 XPS NZ ensured that Canton's directors and beneficial ownership were verified by documentation provided by the company. A Mr Stanislav Golovanov was declared as the beneficial owner.

5.8 Mr Vinnik also provided documents as part of annual customer due diligence. Annexed marked **7** are copies of these documents.

5.9 I note that the AML documents submitted by Canton list info@wme.cc as the email address for Canton and wmewme@gmail.com as the email address for a "similar user". In comparison, the AML documents provided by Mr Vinnik list wmewme@gmail.com as the email address for Mr Vinnik and info@wme.cc as the email address for a "similar user".

5.10 Both Mr Vinnik and Canton agreed to the terms and conditions on the FXOpen website, which detailed the terms of registration and what could happen if the terms were breached. The most recent terms and conditions, including the eWallet Terms of Use, can be found at www.fxopen.com/en/policy.

**Canton's eWallet 1**

5.11 Canton holds eWallet 1 with XPS NZ.[5] The eWallet contained several foreign exchange trading accounts with FXOpen Markets Limited.[6] When XPS NZ first became aware of legal proceedings against Canton, six of the trading accounts

---

4 Including under New Zealand's Anti-Money Laundering and Countering Financing of Terrorism Act 2009.

5 The account number for eWallet 1 is XX60FXPNXXF9776910001.

6 A full list of Canton's trading accounts can be found at page 2 of the AML documents completed by Canton, which are annexed marked 6.

had a positive balance and all remaining accounts had nil balances. The account numbers for the six trading accounts that had positive balances were as follows:

(a)    896201;

(b)    896205;

(c)    901065;

(d)    902064;

(e)    902619; and

(f)    900207.

5.12    Although eWallet 1 is held with and administered by XPS NZ, the funds within eWallet 1 are physically held in XPS NZ's bank account at the Moscow branch of Alfa-Bank.

5.13    Annexed marked **8** are copies of XPS NZ statements for eWallet 1, detailing funds going in and out of the eWallet since 1 April 2015 when the eWallet was transferred to XPS NZ. These statements are broken down into funding by currency type and include USD, RUB, GBP, EUR and AUD. Supplementary reports to the USD and RUB statements are also annexed, which contain information available in the XPS NZ database relating to transactions in eWallet 1 prior to 1 April 2015.

5.14    The statements contain all information regarding incoming and outgoing transactions to and from the eWallet, including transactions from the eWallet to its trading accounts. These latter transactions are referenced in the statements as 'Transfer Internal'.

5.15    Other transaction types include 'B2B Transfer' (broker to broker), 'Webmoney', 'Bank Wire DP', and 'Transfer External'. 'Transfer External' includes transfers from another eWallet.

5.16    The USD statement shows that at 10:12am on 12 April 2016, USD $3,649,080 was credited to eWallet 1 from eWallet 2, showing a link or relationship between Canton's eWallet and Mr Vinnik's eWallet.

**Mr Vinnik's eWallet 2**

5.17    Mr Vinnik holds eWallet 2 with XPS NZ.[7] The eWallet contained several foreign exchange trading accounts with FXOpen Markets Limited.[8] When XPS NZ first became aware of the legal proceedings against Mr Vinnik, four of these trading accounts had positive balances and all remaining accounts had nil balances. The account numbers for the four trading accounts that had positive balances were as follows:

(a)    231519;

(b)    930739;

---

[7]    The account number for eWallet 2 is XX20FXPNXXF3396510002.

[8]    A full list of Mr Vinnik's trading accounts can be found at page 2 of the AML documents completed by Mr Vinnik, which are annexed marked 7.



(c) 938347; and

(d) 9003549.

5.18 As with eWallet 1, although eWallet 2 is held with and administered by XPS NZ, the funds within eWallet 2 are physically held in XPS NZ's bank account at the Moscow branch of Alfa-Bank.

5.19 Annexed marked **9** are copies of XPS NZ statements for these accounts, detailing funds going in and out of eWallet 2 since 1 June 2012. These statements are broken down into funding by currency type and include USD and RUB.[9]

**Transactions in eWallet 1 and eWallet 2**

5.20 It would appear from a brief analysis of the transaction history of both eWallets that:

(a) The majority of the withdrawal transactions from eWallet 1 and eWallet 2 were made to the respective FXOpen trading accounts of Canton and Mr Vinnik. In particular, the majority of the withdrawals from eWallet 1 were made to Canton's trading accounts and the majority of the withdrawals from eWallet 2 were made to Mr Vinnik's trading accounts.

(b) There were some withdrawal transactions where Canton returned funds back to parties, also holding eWallets with XPS NZ, that had previously transferred funds to Canton. Such transactions relate to the period when XPS NZ provided eWallet services.

(c) Several withdrawal transactions from Canton were made to FXOpen Markets Limited for information technology services under respective service agreements.

(d) Four withdrawal transactions from eWallet 1 were made to external payment systems.[10] Canton declared these transactions were the withdrawal of its eWallet funds to Canton's external accounts held at another payment institution, Webmoney (www.webmoney.ru).[11]

## 6 XPS NZ freezes eWallet 1 and eWallet 2

6.1 On or around 26 July 2017, the then director of XPS NZ, Mr Peganov, froze the eWallet accounts of Canton and Mr Vinnik and all of the funds in them.

6.2 This decision was made after XPS NZ became aware through the media of a United States Northern District of California seizure order relating to Canton and Mr Vinnik. As a result, XPS NZ became concerned about the source of the eWallet Funds. It was also concerned that the declared beneficial owner of

---

9 There were no transactions in the eWallet prior to those shown in the statements.

10 These withdrawals can be seen on the XPS NZ USD statement for eWallet 1 which is annexed marked 8. The withdrawals were made on 11 March 2016 at 12:57pm (USD $50,000), 15 March 2016 at 9:13am (USD $50,000), 22 March 2016 at 6:05am (USD $100,000), and 1 April 2016 at 6:12am (USD $50,000).

11 At any time, a customer can withdraw funds to either their own bank account or their account with a separate payment institution/electronic money issuer.

Canton, Mr Golovanov, may not have been the true beneficial owner, or that there may have been other beneficial owners.

6.3 Under its AML policies, any misrepresentation to XPS NZ regarding the source of the funds or the identity of the beneficial owner of Canton would constitute misleading information provided by the customer. Accordingly, XPS NZ exercised its contractual right to freeze the accounts in accordance with the terms agreed to by Canton and Mr Vinnik.

6.4 By freezing the eWallets, the customers' access to them was blocked. If login was attempted at my.fxopen.com on the FXOpen website, the person attempting to login would have seen a message stating that the login attempt was unsuccessful and to contact Customer Support. This would prevent the client from being able to make any transactions, and any automatic withdrawals from the eWallet would also be blocked.

6.5 After the eWallets were frozen, there were attempts to login to the eWallets from different IP addresses.[12] This was discovered upon checking the "User Activity" page in the staff.fxopen.com area. Annexed marked **10** are screenshots of this webpage in respect of both eWallet 1 and eWallet 2. The most recent login attempt was on 14 June 2019 in respect of eWallet 1.

6.6 On 31 July 2017, automated messages were sent to Canton and Mr Vinnik via the FXOpen website. These messages stated that the eWallet and associated trading accounts had been blocked and to contact Customer Support for more details. Annexed marked **11** are screenshots of these automated messages.

6.7 On the same date, 31 July 2017, a manual message was also sent to Canton from the support@fxopen.com email address. The message stated that, in light of recent news issued by the United States Department of Justice regarding Canton, access to eWallet 1 and the associated trading accounts had been restricted. The message requested that Canton contact FXOpen immediately and provide an explanation. Annexed marked **12** is a copy of this message.

6.8 To date, XPS NZ and FXOpen have not received any response from either Canton, Mr Vinnik, or any persons acting on their behalf.

6.9 On 19 September 2019, XPS NZ received an official request from Alfa-Bank for further information regarding the funds held by Canton and Mr Vinnik. XPS NZ immediately responded and provided detailed information regarding the investigation in progress.

6.10 The eWallet Funds remain at Alfa-Bank in Moscow. However, Alfa-Bank has no access to XPS NZ's eWallet systems and therefore does not know which funds, of the total funds XPS NZ holds with Alfa-Bank, belong to Canton and Mr Vinnik.

## 7 Consolidation of the eWallets

7.1 From 20 February 2019 onwards, bank fees at Alfa-Bank for maintaining Euros in a current account changed. If an account maintained an average balance of over

---

12 An IP address is a unique string of numbers that identifies a computer on the Internet or a local network. It allows a computer to be recognised by other systems connected via the Internet protocol.

EUR 100,000 during a one month period, a fee of 0.1% of the balance was charged to the account.

7.2 To avoid this monthly fee, all funds held in Euros belonging to Canton and Mr Vinnik were converted to USD at the then current market conversion rate of 1.1340, and the funds were retained at Alfa-Bank.[13]

7.3 In addition, to avoid further deduction of inactive account fees, all funds from the trading accounts of Canton and Mr Vinnik were consolidated and transferred to their respective eWallets as follows:

(a) Canton's eWallet, account number XX60FXPNXXF9776910001 (eWallet 1):

(i) USD $89,683,590.51.

(ii) AUD $5,471,132.02.

(iii) RUB 9,339,457.71.

(iv) GBP 35,459.32.

(b) Mr Vinnik's eWallet, account number XX20FXPNXXF3396510002 (eWallet 2):

(i) USD $72,574.48.

(ii) RUB 453,361.66.

7.4 These balances were still correct as at 13 February 2020.

7.5 Annexed marked **13** is a copy of a statement for eWallet 1, dated 13 February 2020.

7.6 Annexed marked **14** is a copy of a statement for eWallet 2, dated 13 February 2020.

## 8 Sergey Mayzus

8.1 In September 2019, Alfa-Bank informed XPS NZ of a legal claim that has been filed in Russia by a Mr Sergey Mayzus and companies associated with him.[14] The claim seeks a portion of the eWallet Funds and has been made against Mr Vinnik, Canton, Always Efficient and various other entities. In particular, the claim seeks recognition and enforcement of a ruling of the District Court of Limassol in Cyprus dated 1 February 2019, namely recovery of EUR 20,350,000 and USD $500,000 from Canton.

8.2 I understand that the applicants filed a petition for interim measures in an attempt to prevent Alfa-Bank from transferring or expropriating funds to the sum of EUR 20,350,000 and USD $500,000 from XPS NZ's Alfa-Bank account.

---

13 This was done after consulting and receiving approval from the Criminal Investigation Division of the Internal Revenue Service in the United States.

14 Including OKPAY CY Limited, OKPAY Incorporated, and Mayzus Financial Services Limited (MoneyPolo).

8.3 The application for interim measures was rejected by the Moscow City Arbitration Court in September 2019 on the basis that there were no legal or documentary grounds for it to be upheld. A subsequent appeal by the applicants was declined by the Ninth Arbitration Appeal Court in Moscow.[15] Although the application for interim measures was rejected, my understanding is that proceedings are ongoing in respect of the substantive claim for enforcement of the foreign judgment.

## 9 Transferring the eWallet Funds

9.1 As noted, XPS NZ is a New Zealand based and registered company. It is subject to New Zealand law. Although the eWallet Funds are held physically at Alfa-Bank, eWallet 1 and eWallet 2 are New Zealand based and administered.

9.2 XPS NZ will make all reasonable efforts to comply with any Court order that is made by the High Court of New Zealand. I am personally authorised to act for XPS NZ in relation to any Court order made in New Zealand.

9.3 The most convenient way for the eWallet Funds to be transferred out of XPS NZ's Alfa-Bank account is for them first to be transferred to other accounts held in the name of XPS NZ in New Zealand. Accordingly, if served with a Court order granting restraint of the funds, XPS NZ intends to instruct Alfa-Bank to effect the transfer of the eWallet Funds out of eWallet 1 and eWallet 2 into the following foreign currency bank accounts held at ANZ Bank New Zealand Limited (**ANZ**) in the name of XPS NZ:

(a) 263048USD00001;

(b) 263048AUD00001; and

(c) 263048GBP00001,

(together, the **ANZ Accounts**).

9.4 I understand that New Zealand banks do not hold currency in RUB. Accordingly, any of the eWallet Funds held in RUB will be converted at current market rates into USD before being transferred.

9.5 To effect the transfer of the eWallet Funds into the ANZ Accounts, XPS NZ will need to:

(a) provide the account details for the ANZ Accounts, including the account names and numbers;

(b) provide the residential address listed for the ANZ Accounts;

(c) identify "ANZ Bank New Zealand Limited" as the recipient bank; and

(d) provide ANZ's SWIFT code (also known as a Bank Identifier Code or BIC): ANZBNZ22, or if a an 11 digit SWIFT code is required, ANZBNZ22XXX.

---

15 The judgments of the Moscow City Arbitration Court and the Ninth Arbitration Appeal Court, together with the English translations of these documents, are annexed to the affidavit of Detective Hamish Wyllie.

9.6 XPS NZ will then effect transfer of the eWallet Funds into the custody of the New Zealand Official Assignee.

**Sworn** at Auckland this 28 )
day of May 2020 )
before me: )

S.C Blackwell

**A Solicitor of the High Court of New Zealand**



1

# Certificate of Incorporation

## XP SOLUTIONS LIMITED
## 3789182
## NZBN: 9429030699069

This is to certify that CENTIME LIMITED was incorporated under the Companies Act 1993 on the 19th day of April 2012
and changed its name to REDHORSE LIMITED on the 8th day of November 2013
and changed its name to XP SOLUTIONS LIMITED on the 27th day of February 2015.

This is the exhibit marked with the number "**1**" referred to in the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28th day of May 2020 before me

S.C. Blackwell

A solicitor of the High Court of New Zealand

**Registrar of Companies**
20th day of March 2020

Certificate generated 20 March 2020 03:59 PM NZDT



# Company Extract

## XP SOLUTIONS LIMITED
## 3789182
## NZBN: 9429030699069

| | |
|---|---|
| **Entity Type:** | NZ Limited Company |
| **Incorporated:** | 19 Apr 2012 |
| **Current Status:** | Registered |
| **Constitution Filed:** | Yes |
| **Annual Return Filing Month:** | March |

**Ultimate holding company:** No

### Company Addresses

**Registered Office**
39a Beach Valley Road, Piha, Auckland, 0772, NZ

**Address for Service**
39a Beach Valley Road, Piha, Auckland, 0772, NZ

### Directors

BUNGE, Lewis Wolfgang
39 Murdoch Road, Grey Lynn, Auckland, 1021, NZ

### Shareholdings

**Total Number of Shares:** 100

**Extensive Shareholdings:** No

100 3789263
GIVEN TRUSTEES LIMITED
39a Beach Valley Road, Piha, Auckland, 0772, NZ

For further details relating to this company, check http://app.companiesoffice.govt.nz/co/3789182
Extract generated 20 March 2020 04:11 PM NZDT



# XP SOLUTIONS LIMITED *(3789182) Registered*

*Last updated on 21 Jan 2020*

*To maintain this company log on here*

View previous names

Company Summary Addresses Directors (1) Shareholdings (1) Documents (39) PPSR Search NZBN

Full legal name: Lewis Wolfgang BUNGE

Residential Address: 39 Murdoch Road, Grey Lynn, Auckland, 1021 , New Zealand

Appointment Date: 23 Jan 2018

Consent: View Consent Form

Historic data for directors

Hide History

Former Directors

Full legal name: David Raymond Grant CAMPBELL

Residential Address: 138c Bassett Road, Remuera, Auckland, 1050 , New Zealand

Appointment Date: 27 Feb 2015

Ceased date: 31 Jan 2018

Consent: Link to Consent Form

Full legal name: Denis PEGANOV

Residential Address: No 12, Jalan Mewah 1 Kemensah Mewah, Hulu Klang Selangor De, 6800 , Malaysia

Appointment Date: 27 Feb 2015

Ceased date: 31 Jan 2018

Consent: Link to Consent Form

Full legal name: Lesley CAMPBELL

Residential Address: 319 Given Avenue, Whangamata, Whangamata, 3620 , New Zealand

Appointment Date: 08 Nov 2013

Ceased date: 27 Feb 2015

Consent: Link to Consent Form

Full legal name: Christine O'CONNELL

| | |
|---|---|
| Residential Address: | 63, Albrecht Avenue, Auckland, 1041 , New Zealand |
| Appointment Date: | 19 Apr 2012 |
| Ceased date: | 19 Nov 2013 |
| Consent: | Link to Consent Form |

*Generated on Friday, 20 March 2020 16:08:50 NZDT*



2

# Certificate of Incorporation

## FXOPEN NZ LIMITED
## 3688577
## NZBN: 9429030847125

This is to certify that FXOPEN NZ LIMITED was incorporated under the Companies Act 1993 on the 15th day of December 2011.

This is the exhibit marked with the number "**2**" referred to in the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28 day of May 2020 before me

S.C Blackwell

A solicitor of the High Court of New Zealand

**Registrar of Companies**
20th day of March 2020

Certificate generated 20 March 2020 04:17 PM NZDT



# Company Extract

## FXOPEN NZ LIMITED
## 3688577
## NZBN: 9429030847125

| | |
|---|---|
| **Entity Type:** | NZ Limited Company |
| **Incorporated:** | 15 Dec 2011 |
| **Current Status:** | In Liquidation |
| **Constitution Filed:** | Yes |
| **Annual Return Filing Month:** | March |

**Ultimate holding company:** [Not specified]

**Company Addresses**

**Registered Office**
32 Greenpark Road, Penrose, Auckland, 1061, NZ

**Address for Service**
32 Greenpark Road, Penrose, Auckland, 1061, NZ

**Directors**

CAMPBELL, David Raymond Grant
6/138, Bassett Road Remuera, Auckland, 1050, NZ

PEGANOV, Denis
12 Jalan Mewah 1, Kamensah Mewah, Hulu Klang Selangor, 68000, MY

**Shareholdings**

**Total Number of Shares:** 100

**Extensive Shareholdings:** No

100 2062703
BASSETT TRUSTEES 4 LIMITED
Campbell Law, Qb Studios 2 Morgan Street, Newmarket, Auckland, 1149, NZ

For further details relating to this company, check http://app.companiesoffice.govt.nz/co/3688577
Extract generated 20 March 2020 04:18 PM NZDT



This is the exhibit marked with the number "**3**" referred to in the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28 day of May 2020 before me

S. C. Blackwell

A solicitor of the High Court of New Zealand



**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

# EWALLET TERMS OF USE

## 1.    SUBJECT

These Terms of Use governs the opening, use and closure of your eWallet account provided to you to deposit/withdraw funds to/from your trading account (-s) held with FXOpen Markets Limited or any other company which operates www.fxopen.com website and other related services as referred to herein.

## 2.    EWALLET ACCOUNT

2.1.    **eWallet** is an electronic facility which enables You to deposit and withdraw funds and make electronic funds transfers to/between/from Your trading accounts held with financial services (FX contracts) provider which operates www.fxopen.com website (hereinafter referred to as "FXOpen") for the Permitted Purposes only. eWallet is not a bank account and the money held on your eWallet will not earn any interest.

2.2.    "Permitted Purpose" shall mean the transfer of Your funds to/from/within FXOpen to (i) trade derivative FX contracts in the over the counter financial market (FOREX) and/or to (ii) exchange currencies either fiat or crypto ones. The Customer may not, without limitation use eWallet for payments: (a) other than connected with Permitted Purposes and/or (b) not within FXOpen.

2.3.    The funds reflected on the eWallet balance belongs to the person or legal entity, which is registered as the eWallet holder. No person other than the eWallet holder has any rights in relation to the funds held on an eWallet, except in cases of succession. You may not assign or transfer Your eWallet to a third party or otherwise grant any third party a legal or equitable interest over it.

2.4.    Your eWallet is denominated in a currency of Your choice, as selected by You from the available currencies.

2.5.    Your eWallet is provided with the **Multi-currency** facility, which offers the possibility to keep funds in several currencies at the same time. Each separate currency is kept on the same-name **eWallet pocket**. Such eWallet pocket is a constituent element of the eWallet functionality. The eWallet deposit (the total deposit) is composed of all the currency pockets' deposits.

2.6.    You have the right to withdraw funds from Your eWallet at any time. However, You may be required to additionally verify Your identity beforehand. There is no minimum withdrawal amount but the funds on Your eWallet must be sufficient to cover any applicable withdrawal fee. You can choose the method of withdrawal prior to submitting withdrawal request.

2.7.    It is strictly forbidden to use Your eWallet for any illegal purposes including but not limited to fraud and money laundering. We will report any suspicious activity to the relevant law enforcement agency. You are prohibited from using Your eWallet in an attempt to abuse, exploit or circumvent the usage restrictions imposed.

2.8.    If You conduct or attempt to conduct any transaction in violation of the prohibitions contained in this Terms of Use , we reserve the right to:

- reverse the transaction; and/or
- block or suspend your eWallet; and/or
- report the transaction to the relevant law enforcement agency; and/or
- claim damages from You; and





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

- charge You an administration fee of up to 100 USD in case we apply any of the above.

## 3.    EWALLET REGISTRATION

3.1.    In order to use eWallet You must first register it by providing your details on www.fxopen.com (hereinafter – the "Website"), i.e. filling the Account Opening Form. As part of the signup process You will need to accept this Terms of Use  and You must have legal capacity to accept the same. If You complete the process successfully, You will obtain the registration data for Your new eWallet. The detailed information will be sent to your registered e-mail and will be indicated on Your eWallet screen (My FXOpen area) right after registration.

3.2.    Any newly registered eWallet has the "Not Verified" status. You may not initiate any transfer of funds until You provide FXOpen with the documents and information needed to verify Your identity. This verification data accomplished with respective documents shall be provided by the Company to the FXOpen for the anti-money laundering (AML) and countering financing of terrorism (CFT) compliance requirements.

3.3.    You may only open an eWallet if it is legal to do so in Your country of residence. By opening a eWallet You represent and warrant to us that Your opening of a eWallet does not violate any laws or regulations applicable to You. You shall indemnify us against any losses we may incur in connection with Your breach of this section. You may maintain only one eWallet with the Company.

3.4.    All information You provide to the Company must be accurate and truthful.

## 4.    EWALLET MAINTENANCE

4.1.    You must ensure that the information recorded on Your eWallet during the signup process or any time thereafter is always accurate, truthful and up to date and You shall notify us promptly, but not later than within one month, of any changes in such information and we shall not be liable for any loss arising out of Your failure to do so. As per our AML/CFT obligations and internal procedures we may ask You at any time to confirm the accuracy of Your information or to provide documents or other evidence.

4.2.    Funds deposits, transfers received, transfers sent and fund withdrawals are displayed in Your online transactions history in the My FXOpen area. Each transaction is given a transaction ID and shown in the transaction history. You should quote this transaction ID when communicating with us about a particular transaction. You should check Your eWallet balance and transaction history regularly. You should report any irregularities or clarify any questions you have as soon as possible by contacting Customer Service.

4.3.    Reports, statements, notices and any other communications will be transmitted to You electronically by posting to the eWallet (My FXOpen area) or via registered e-mail to Your registered e-mail address. All communications so posted or sent shall be deemed transmitted by the Company when posted or sent and deemed delivered to You personally, whether actually received by You or not.

## 5.    KEEPING YOUR EWALLET SAFE

5.1.    The registered e-mail address and the Password are used to enter your eWallet (My FXOpen area). The **PIN Code** is required to confirm funds withdrawal from your eWallet and transfers to/from/between trading accounts. You must record the PIN Code in a safe place. It will be shown **ONLY ONCE** and won't be sent to Your registered email. You must take all reasonable steps to keep Your registered e-mail address, the Password, the PIN Code, login to eWallet and telephone password used for



**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

communications with FXOpen (collectively - eWallet Credentials) safe at all times and never disclose it to anyone.

5.2.  You must take all reasonable care to ensure that Your registered e-mail account as part of the eWallet Credentials is secure and only accessed by You, as Your registered e-mail address may be used to reset other eWallet Credentials or to communicate with You about the security of Your eWallet. In case the registered e-mail address registered with Your eWallet is compromised, You should without undue delay after becoming aware of this contact Customer Service and also contact Your registered e-mail service provider.

5.3.  In relation to the eWallet Credentials, the You hereby acknowledges and undertakes that:

   (a)  You will be responsible for the confidentiality and use of Your eWallet Credentials;

   (b)  other than with FXOpen prior written consent, You will not disclose Your eWallet Credentials to persons other than your authorized representatives for any purpose whatsoever;

   (c)  FXOpen may rely on all instructions, orders and other communications entered using valid eWallet Credentials, and You will be bound by any transaction entered into or expense incurred on the Your behalf in reliance on such instructions, orders and other communications; and

   (d)  You will immediately notify FXOpen at our sales and/or customer support desk if You become aware of the loss, theft or disclosure to any third party or of any unauthorized use of Your eWallet Credentials.

5.4.  Our personnel will never ask You to provide Your Password or PIN to us or to a third party. Any message You receive or website You visit that asks for your eWallet Credentials, other than the Website, should be reported to us. If You are in doubt whether a website is genuine, You should contact our Customer Service. You must never allow anyone to access Your eWallet or watch You accessing Your eWallet.

5.5.  If you have any indication or suspicion that Your eWallet Credentials being lost, stolen, misappropriated, used without authorisation or otherwise compromised, You are strongly advised to change your Password. You must contact Customer Service without undue delay on becoming aware of any loss, theft, misappropriation or unauthorised use of Your eWallet Credentials. Regardless of Your notification You shall be liable for any losses as a result and You agree to indemnify and hold the Company, its affiliates, employees, agents, successors and assigns harmless from and against any and all liabilities, losses, damages, costs and expenses, including attorney's fees, incurred by us arising out of Your failure to fully and timely perform the Your obligations herein or should any of the representations and warranties fail to be true and correct. You also agree to pay promptly to us all damages, costs and expenses, including attorney's fees, incurred by us arising out of Your failure to fully and timely perform the Your obligations herein.

5.6.  The processing of Your data is governed by our Privacy Policy which can be found on the Website. By accepting this Terms of Use , You also agree to the terms of our Privacy Policy.

5.7.  We may suspend Your eWallet or otherwise restrict its functionality on reasonable grounds relating to the security of the eWallet or any of eWallet Credentials or if we reasonably suspect that an unauthorised or fraudulent use of Your eWallet has occurred or that any of eWallet Credentials have been compromised. We will notify You of any suspension or restriction and of the reasons for such suspension or restriction in advance or, where we are unable to do so, immediately after the suspension or restriction has been imposed, unless notifying You would be unlawful or compromise our reasonable security interests. We will lift the suspension and/or the restriction as soon as





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

practicable after the reasons for the suspension and/or restriction have ceased to exist. Further, if we believe that You supplied Your eWallet Credentials to other persons in breach of subparagraph above, then we may terminate this Terms of Use immediately or take such other action as we may determine in its sole and absolute discretion

5.8.    You shall be solely responsible for providing and maintaining any equipment and software and for making all appropriate arrangements with any telecommunications suppliers or, where access to the eWallet is provided through a third party server, any such third party, necessary in order to obtain access to the eWallet. Neither we nor any company maintaining, operating, owning, licensing, or providing services to us in connection with, the eWallet makes any representation or warranty as to the suitability or otherwise of any such equipment, software or arrangements.

5.9.    Irrespective of whether You are using a public, a shared or Your own computer to access Your eWallet, You must always ensure that Your login details are not stored by the browser or cached or otherwise recorded. You should never use any functionality that allows login details or passwords to be stored by the computer You are using.

## 6.    BLOKING OF EWALLET

6.1.    You may block Your eWallet at any time by contacting Customer Service.

6.2.    When we receive a request to block the eWallet we may ask to provide us with additional verification documents to compare it with those we have already had in our databases. This is done for AML/CFT purposes.

6.3.    If Your eWallet holds a balance at the time of its blocking, You need to withdraw Your funds before we process with blocking. After the blocking is accomplished You will not be able to access Your eWallet but You may withdraw any remaining funds by contacting Customer Service and requesting that the funds are sent to You in a manner that is reasonably acceptable for us. We suggest that You withdraw Your remaining funds as soon as possible as they will not earn any interest while being deposited in Your eWallet. Your obligations with regards to keeping Your eWallet safe as set forth in section 5 shall continue to apply.

## 7.    DEPOSITING FUNDS

7.1.    You can deposit funds by visiting the Website, logging into Your eWallet and following the relevant deposit instructions on the Website.

7.2.    When You register Your eWallet, it contains only one default currency pocket which is denominated in EUR. You can add additional currency pockets (via) making a deposit. To do this, Your need to select (a) a payment option, the deposit currency (that you have not used before), the correspondent currency pocket and (b) to fill the deposit form following the provided instructions on the Website. After Your deposit request is processed successfully, the funds will be transferred to Your eWallet. The new currency pocket will be added to Your eWallet and saved.

7.3.    You may be presented with a number of different deposit methods, depending on which payment instruments You choose and which payment methods are available in Your country of residence. All the currency pockets that You have added to the eWallet, will be offered to You for depositing while making a transfer. We do not guarantee the use of any particular deposit method made available, and may make changes to or discontinue the acceptance of any particular deposit method at any time. We shall not be responsible for the deposit payment until the deposited funds are received by us.





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

7.4.  To deposit the funds Your should fill the respective form including among other:

- Indicate the payment instruments and its payment details; and
- Provide us with the details of the eWallet that we can use for identification. If the under those details there is no eWallet registered with us, the transfer will not be processed; and
- Choose the currency; and
- Choose the amount You want to transfer; and
- Enter Your eWallet PIN code.

7.5.  To deposit funds You are required to authorise the transfer with Your login details, Password and PIN.

7.6.  Depending on which deposit method and payment instrument is chosen You will need to provide other information or to complete other activities that we may reasonably require to ensure proper authorisation of a deposit transaction.

7.7.  If You choose a deposit method using a payment instrument that may be subject to chargeback rights or reversal, You declare that You will not exercise such chargeback right other than for unauthorised use of the payment instrument. We reserve the right to charge You all fees and expenses we incur in connection with such chargeback or reversal and any action undertaken to challenge the same, including without limitation to deduct the reversed amount from any of Your trading account or from the eWallet and block Your eWallet.

7.8.  If a chargeback or reversal of funds results in a negative balance in Your eWallet, You will be required to repay such negative balance by depositing sufficient funds into Your eWallet. Failure to do so is a breach of this Terms of Use . Repayment of the negative balance is due immediately without notice. We reserve the right, at any time, to send You reminders or to take other debt collection measures . We reserve the right to charge You the expenses we reasonably incur in connection with any debt collection or enforcement efforts. We may also block Your eWallet.

7.9.  Deposited funds will be credited to Your eWallet after the funds have been received by us. Before we receive the funds, the transaction is assigned with "Pending" status.

7.10.  You must not make a deposit through a bank or other payment institution if You are not the named holder of the account in such bank or payment institution.

7.11.  Deposits may be subject to deposit limits due to security and legal requirements of Payment service provider which process the payment instrument You have chosen (Payment service providers). These limits are set dynamically depending on the upload method You want to use. You can view these limits at the website of the relevant Payment service provider.

7.12.  Deposits may be subject to third party Payment service provider's deposit fees and currency conversion fees depending on which deposit method and payment instrument is chosen. Such fee will be deducted from Your deposit and You will receive the sum equal to "deposit less fee" to Your eWallet.

## 8.  FUNDS TRANSFERS

8.1.  Using eWallet You can request the following transfers:

1.  External transfer - to transfer funds from Your eWallet to another Company's customer eWallet.

    The minimum amount of the External transfer is equal to 200 USD. The External transfer transaction is subject to the commission of 50 USD;

2.  Mass External transfer - to make multiple transfers to other Company's customers eWallets using one transferring form.





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road, Charlestown, Nevis
www.fxopen.com

The minimum amount of the Mass External transfer is established equal to 200 USD. The Mass External transfer transaction is subject to the commission of 50 USD;

3. Internal transfers between trading accounts held with FXOpen and subscribed to the eWallet;
4. Internal transfers to trading accounts held with FXOpen and subscribed to the eWallet;
5. Internal transfers from trading accounts held with FXOpen and subscribed to the eWallet.

8.2. To transfer the funds You are required to authorise the transfer with Your login details, Password and PIN. We may also sent You an e-mail with a confirmation link.

8.3. You can transfer funds from Your eWallet using different currencies. You can make a transfer without currency conversion if You use the currency of Your trading account. In case You use the currency differ from the one of Your trading account the sum You are transferring will be converted into Your trading account currency. The conversion rate will be shown to You while filling in the deposit form. You can check all the currency rates with the help of Tools/Currency rates history in the My FXOpen Area.

8.4. To transfer the funds You must fill the respective transfer form, including among other:

- provide us with the correct details of destination account that we can use for identification. If the details are not registered with us, the transfer will not be processed; and
- Choose the currency; and
- Indicate the amount You want to transfer (considering the clause 8.1); and
- Enter Your eWallet PIN code.

8.5. As soon as You follow the confirmation link received from us, the transfer request will be put into the queue and processed within 48 hours. On this stage, we may request You to provide additional information and supporting documents regarding the transfer.

8.6. You may also cancel the transaction while it is assigned with the "pending" status, i.e. before the funds have been credited to the destination account.

## 9. FUNDS TRANSFERS BETWEEN EWALLET CURRENCY POCKETS

9.1. You may transfer Your funds within Your eWallet from one currency pocket into another one, following instructions provided on the Website.

9.2. The currency conversion is completed at the Currency Exchange rate specified on the Website. The currency conversion may be subject to the additional commission published by the Company on the Website or provided to the Customer prior to the conversion.

## 10. WITHDRAWING FUNDS

10.1 You can request a withdrawal of all or part of the funds held in all Your currency pockets in Your eWallet at any time by following the instructions specified on the Website.

10.2 The withdrawal currency depends on the payment option that You choose. In case the currency of the withdrawal does not correspond the currency of the eWallet pocket, the funds will be converted at the indicated Currency Exchange rate.





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

10.3  We do not guarantee the availability of any particular withdrawal method and may make changes to or discontinue a particular withdrawal method at any time as long as there is at least one withdrawal method available to You. Where the withdrawal payment is received by You through the involvement of a Payment service provider (such as the bank where you hold a bank account), we shall not be responsible for the withdrawal payment once the withdrawn funds are received by Your Payment service provider.

10.4  To withdraw the funds you are required to authorise the transfer with your login details, Password and PIN. We may also sent You an e-mail with a confirmation link.

10.5  To withdraw the funds Your should fill the respective form including among other:

- Indicate the payment instruments and its payment details; and
- Provide us with the correct details of the destination account that we can use for identification; and
- Choose the currency; and
- Indicate the amount You want to withdraw; and
- Enter your eWallet PIN code.

10.6  Depending on withdrawing method and payment instrument is chosen You will need to provide other information or to complete other activities that we may reasonably require to ensure proper authorisation of the withdrawing transaction.

10.7  Deposits from a credit/debit card, and any profits made, can be withdrawn back to your card without time limitations. Due to our fraud protection measures, withdrawing your profit using another payment method can be processed only after 30 days freeze period completion since your last credit/debit card deposit to Your eWallet. When multiple credit/debit cards have been used for depositing funds, the method and timeframes of profit withdrawal are subject to the Company's sole discretion.

10.8  Withdrawals may be subject to other limits due to security and legal requirements of the third party Payment service provider. Please contact your Payment service provider for the limits applied to the transactions.

10.9  If the funds sent (I) via wire transfer do not hit Your bank account during 10 business days, or (ii) if the funds sent via bank transfer are not deposited to Your eWallet within 10 business days, or (iii) If the funds sent by other than wire transfer method do not hit Your account within 5 trading days, or (iv) or if the funds sent by other than wire transfer method are not deposited to Your eWallet within 5 business days You shall have the right to request a banking investigation of the transfer.

10.10 You shall understand that the banking investigation may entail commission charges that must be paid by You except the cases of the mistakes in withdrawals made by the specialists of the Company. The method of payment of commission charges shall be determined by the Company individually and may be done by both transfer of necessary amount to the Company's account and withdrawal of necessary amount from Your eWallet. You shall ready to provide the Company with all necessary documents needed for investigation purposes.

10.11 Withdrawals may be subject to third party Payment service provider's withdrawal fees and currency conversion fees depending on which withdrawal method and payment instrument is chosen. Such fee is deducted from Your withdrawal amount.

10.12 You must not make a withdrawal to a bank account or to the account held with other payment institution if You are not the named holder of such an account. Violation of this requirement may be treated as a suspicion transaction in terms of our AML/CFT policy and resolved in compliance with the respective procedures





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

10.13 You must ensure that the payment details You enter when withdrawing funds are correct and complete. We will not be liable for withdrawn funds being sent to the wrong payment institution where this is due to Your providing incorrect payment details.

10.14 You may also cancel the transaction while it is assigned with the "pending" status, i.e. before the funds have been credited to the destination account.

10.15 We reserve the right to carry out any necessary money laundering, terrorism financing, fraud or other illegal activity checks before authorising any withdrawal of Your funds. For these purposes we may request You to provide additional verification documents within the terms defined by us.

## 11. BANK WIRES

11.1 If the funds sent (I) via wire transfer do not hit the bank account of the Customer during 10 business days, or (ii) if the funds sent via bank transfer are not deposited in the Customer's trading account within 10 business days, or (iii) If the funds sent by other than wire transfer method do not hit the account of the Customer within 5 trading days, or (iv) or if the funds sent by other than wire transfer method are not deposited in the Customer's trading account within 5 business days the Customer shall have the right to apply to the Company with request to make a banking investigation of the transfer.

11.2 The Customer shall understand that the banking investigation may entail commission charges which must be paid by the Customer except the cases of the mistakes in withdrawals made by the specialists of the Company. The method of payment of commission charges shall be determined by the Company individually and may be done by both transfer of necessary amount to the Company's account and withdrawal of necessary amount from the trading account of the Customer.

11.3 The Customer shall provide the Company with all necessary documents needed for investigation purposes.

## 12. LIABILITY

12.1 In case of an unauthorised transfer or a transfer that was incorrectly executed due to an error by us, we shall at Your request immediately refund the payment amount including all fees deducted therefrom. This shall not apply:

12.2.1 where the unauthorised payment arises from Your failure to keep the eWallet Credentials safe in accordance with section 5. In this case You shall remain solely liable for all losses;

12.2.2 if You fail to dispute and bring the unauthorised or incorrectly executed transaction to our attention within 1 month from the date of the transaction.

12.2 Subject to the foregoing, we shall not be liable for any disruption or impairment of our service or for disruptions or impairments of intermediary services on which we rely for the performance of our obligations hereunder, provided that such disruption or impairment is due to abnormal and unforeseeable circumstances beyond our reasonable control or the control of the intermediary affected.

12.3 Without prejudice to any other terms of this Terms of Use relating to the limitation of liability and provision of indemnities, the following shall apply in particular to provision of services under this Terms of Use :

i). **System errors**: The Company shall have no liability to the Customer for any partial or non-performance of its obligations hereunder by reason of any cause beyond its reasonable control,





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

for damage which the Company may suffer as a result of malfunction or failure of transmission, communication or computer facilities, or any transmission errors, technical faults, malfunctions, illegal intervention in network equipment, network overloads, malicious blocking of access by third parties, internet malfunctions, interruptions, the failure by the relevant intermediate service provider or agent, agent or principal of its custodian, sub-custodian, dealer for any reason, to perform its obligations or other deficiencies on the part any internet services provided by the Company. The Customer acknowledges that any services may be limited or unavailable due to such system errors, and that the Company reserves the right upon notice to suspend access to any such services for this reason.

ii). **Delays**: Neither the Company nor any of its affiliates and/or third party providers and/or suppliers accept any liability in respect of any delays, inaccuracies, errors or omissions in any data provided to the Customer in connection with eWallet using.

iii). **Viruses**: The Company shall have no liability to the Customer (whether in contract or in tort, including negligence) in the event that any viruses, worms, software bombs or similar malicious code items are introduced into the Customer`s information system via the eWallet and/or any service provided by the Company, provided that the Company has taken reasonable steps to prevent any such introduction.

iv). **Unauthorised use**: the Company shall not be liable for any loss, liability or cost whatsoever arising from any unauthorised use of the Software and/or any of the services. Without derogating from generality of indemnification provisions under the Terms of Use , the Customer shall indemnify, protect and hold the Company, its owners, subsidiaries, affiliates, employees, management and third party contractors harmless from and against all losses, liabilities, judgements, suits, actions, proceedings, claims, damages and costs resulting from or arising out of any act or omission by any person using the eWallet and/or any service using any designated passwords or other authentication and/or access details provided by the Company to the Customer, whether or not the Customer actually authorized such use.

v). **Markets**: The Company shall not be liable for any act taken by or on the instruction of a clearing house of any relevant market or regulatory or self-regulatory body or failure by such clearing house or regulatory or self-regulatory organisation, for any reason, their perform its obligations.

vi). In case any software and/or service of any third-party is used by the Company in the enforcement of any of the provisions of this Terms of Use , the Customer agrees to indemnify and hold harmless such a third party for any claims, actions or suits, as well as any related expenses, liabilities, damages, settlements, costs or fees arising from the Customer use or misuse of the third-party software and/or service as a part of the Company's services.

12.4    The Company shall not be liable for non-performance of its obligations hereunder due to any event beyond its reasonable control, including without limitation any industrial action, act of terrorism, act of God, acts and regulations of any governmental or supra national bodies or authorities or the failure by the relevant intermediate agent, agent or principal of our custodian, sub-custodian, dealer, Market, clearing house or regulatory or self-regulatory organisation, for any reason, to perform its obligations

12.5    We shall not be liable for any indirect or consequential losses including but not limited to loss of profit, loss of business and loss of reputation. We shall not be liable for any losses arising from our compliance with legal and regulatory requirements.

12.6    We shall not be liable for the assessment or payment of any taxes, duties or other charges that arise from the underlying transaction between you and another Company's customer.



**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

12.7    Indemnification/re-imbursement. You agree to defend, reimburse or compensate us and hold us and our other companies in our corporate group harmless from any claim, demand, expenses or costs (including legal fees, fines or penalties) that we incur or suffer due to or arising out of Your or Your agents' breach of this Terms of Use , breach of any applicable law or regulation and/or use of the services. This provision shall survive termination of the relationship between You and us.

## 13.    CUSTOMER REPRESENTATIONS AND WARRANTIES

13.1    The Customer represents and warrants that: (a) the Customer is of sound mind, legal age and legal competence; and, (b) no person other than the Customer has or will have an interest in the Customer's eWallet; and, (c) the Customer hereby warrants that regardless of any subsequent determination to the contrary, the Customer is suitable to enter into this Terms of Use , and, (d) all the information provided in the information portion of the eWallet opening process is true, correct and complete as of the date hereof and the Customer will notify the Company promptly of any changes in such information.

13.2    The Customer hereby confirms and acknowledges his/her express consent to eliminate the confidential nature of all communications regarding without limitation any disputes, legal proceeding, public statements between the parties hereto or its results including courts or other dispute resolution schemes decision on the matter. The Customer further agrees that FXOpen may disclose on its sole discretion the contents of such communication where and when FXOpen deems it necessary.

## 14.    STATEMENTS AND CONFIRMATION

Reports of the confirmation of orders and statements of accounts for the Customer shall be deemed correct and shall be conclusive and binding upon the Customer, if not objected to immediately upon receipt and confirmed in writing, within (1) day after electronic transmittal to the Customer. Instead of sending trade confirmations via postal mail, FXOpen will provide the Customer access to view the Customer's account at any time with an online login via the Internet.

## 15.    COMMUNICATIONS

Reports, statements, notices and any other communications will be transmitted to the Customer electronically by posting to the Customer's eWallet or via e-mail to the registered e-mail address. All communications so posted or sent shall be deemed transmitted by the Company when posted or sent and deemed delivered to the Customer personally, whether actually received by the Customer or not.

## 16.    GOVERNING LAW AND JURISDICTION

This Terms of Use, and the rights and obligations of the parties hereto, shall be governed by and enforced in all respects by the laws of New Zealand, without regard to choice of law principles.

## 17.    JURISDICTION, VENUE, WAIVER OF JURY TRIAL

The Customer agrees that any civil action, arbitration or other legal proceeding between the Company or its employees or agents, and the Customer arising out of or relating to this Terms of Use or the Customer's eWallet shall be brought, heard and resolved only by a court located in New Zealand and the Customer hereby waives trial by jury in any such action or proceeding and waives the right to have such proceeding transferred to any other location. No action, regardless of form, arising out of or relating to this Terms of Use





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

or transactions hereunder may be brought by the Customer more than one year after the cause of action arose.

## 18. BINDING EFFECT

This Terms of Use shall be continuous and shall cover, individually and collectively, all relationships in respect to the eWallet of the Customer at any time opened or reopened with the Company irrespective of any change or changes at any time in the personnel of the Company or its successors, assigns, or affiliates. This Terms of Use including all authorizations, shall inure to the benefit of the Company and its successors and assigns, whether by merger, assignment, consolidation or otherwise. Such assignment may be made without prior notification to the Customer, and shall be binding upon the Customer and/or the estate, executor, trustees, administrators, legal representatives, successors and assigns of the Customer. The Customer hereby ratifies all transactions with the Company prior to the date of this Terms of Use, and agrees that the rights and obligations of Customer in respect thereto shall be governed by the terms of this Terms of Use.

## 19. TERMINATION

19.1 This Terms of Use shall continue in effect until termination, and may be terminated by the Customer at any time when the Customer has no liabilities held by or owed to FXOpen upon the actual receipt by the Company of written notice of termination via registered e-mail, or at any time whatsoever by the Company upon the transmittal of written notice of termination to the Customer; provided, that such termination shall not affect any transactions previously entered into and shall not relieve either party of any obligations set out in this Terms of Use nor shall it relieve the Customer of any obligations arising out of prior transactions entered into in connection with this Terms of Use.

19.2 We may at any time suspend or terminate Your eWallet without notice in case:

a. You breach any condition of this Terms of Use;

b. You violate or we have reason to believe that You are in violation of any law or regulation that is applicable to Your use of our services; or

c. we have reason to believe that You are in any way involved in any fraudulent activity, money laundering, terrorism financing or other criminal activity.

We may suspend your eWallet any time if:

a. we reasonably believe that Your eWallet has been compromised or for other security reasons; or

b. we reasonably suspect Your eWallet to have been used or is being used without Your authorisation or fraudulently; and we shall notify You either prior to the suspension or, if prior notification is not possible under the circumstances, promptly after the suspension unless we are prohibited by law to notify You.

## 20. INDEMNIFICATION

The Customer agrees to indemnify and hold the Company, its affiliates, employees, agents, successors and assigns harmless from and against any and all liabilities, losses, damages, costs and expenses, including attorney's fees, incurred by the Company arising out of the Customer's failure to fully and timely perform the Customer's obligations herein or should any of the representations and warranties fail to be true and correct.





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

The Customer also agrees to pay promptly to the Company all damages, costs and expenses, including attorney's fees, incurred by the Company in the enforcement of any of the provisions of this Terms of Use and any other agreements between the Company and the Customer.

## 21. COMPLAINTS

21.1. If any conflict situation arises when the Customer reasonably believes that the Company, as a result of any action or failure to act, breaches one or more terms of this Terms of Use, the Customer has the right to file a complaint with the Company within two Business Days after the grievance has arisen.

21.2. Any complaints or disputes relating to operation of the eWallet (collectively "Complaints") must be made via electronic mail to the following address: compliance@fxopen.com

21.3. The process of dispute resolutions must be also governed by the Procedure for receipt and handling of customers complaints set forth in the Company's Complaints Policy.

21.4. When the Company receives a complaint, we will attempt to resolve it promptly. This will stop any unnecessary and inappropriate escalation of minor complaints. If we cannot reach agreement on your complaint, you may refer your complaint to our External Dispute Resolution Scheme, by contacting: Financial Dispute Resolution on Freephone 0508 337 337 or Freepost 231075 PO Box 5730, Wellington 6145 or Email: enquiries@fdr.org.nz or Website www.fdr.org.nz.

## 22. EWALLET SERVICE PROVIDER

EWallet account and eWallet related services are provided by XP Solutions Limited (New Zealand company number 3789182), registered in the Financial Service Provider of New Zealand FSP215305 (the "Company"). The Company receives Customers deposits to the eWallets, process Customer's payments to their trading accounts and withdrawals from the Customers eWallets, holds Customer's funds reflected on their eWallets and provide other services as specified in this Agreement.

The Company hereby informs the Customers that it appointed Zeus Assets Management Limited (UK company number: 07524005) having its registered address at 1 Kings Avenue, Winchmore Hill, London, England, N21 3NA (hereinafter – the "Payment Agent") as its agent to receive all and any payments the Customers will make to the Company under this Agreement. The payments made to the Payment Agent will be considered made directly to the Company. The Customers should refer to the Company on all payment-related matters. The Company may at any time unilaterally dismiss or replace the Payment Agent. The Company will publish respective notice on the Company's Website. Appointment of the Payment Agent does not reduce liabilities or release the Company from any liabilities under this Agreement.

## 23. REFUND POLICY

Due to the nature of business no refunds are provided by the Company. The only exception is made if you are not the Customer of the Company, i.e. you do not hold a verified eWallet with the Company. In this case the Company will refund money received from you using the same method originally used by you.

## 24. US PERSONS

The Company does not provide services to the persons who reside in the United States of America, its territories or possessions (the "USA").





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

The Company does not accept transfers to/from the accounts held in the banks and/or other payments institutions incorporated in the USA. In case the Company knows or suspects or has reasonable grounds to know or suspect that the Customer became a resident of the USA the Company will immediately block the eWallet belonging to the Customer.

By registering an eWallet You declare that You (including individuals and companies, trust, partnerships and their beneficial owners) are not the residents of the USA, or the US Persons within the meaning of US Foreign Account Tax Compliance Act (FATCA). Should become a resident of the USA or an US Person within the period of holding an account with the Company You will immediately inform us about.

The term 'US person' means:

- a citizen or resident of the United States,
- a partnership created or organised in the United States or under the law of the United States or of any state, or the District of Columbia,
- a corporation created or organised in the United States or under the law of the United States or of any state, or the District of Columbia,
- any estate or trust other than a foreign estate or foreign trust (see Internal Revenue Code section7701(a)(31) for the definition of a foreign estate and a foreign trust),
- a person that meets the substantial presence test,
- any other person that is not a foreign person.

The term 'US citizen' means:

- an individual born in the United States,
- an individual who has a parent who is a US citizen,
- a former alien who has been naturalised as a US citizen,
- an individual born in Puerto Rico or Guam, or the US Virgin Islands.

The Company will also look for indicia including:

- a U.S. place of birth,
- identification of the eWallet holder as a U.S. citizen or resident,
- a current U.S. residence or mailing address (including a U.S. PO box),
- a current U.S. telephone number,
- standing instructions to pay amounts from a foreign (meaning non U.S.) account to an account maintained in the United States,
- a current power of attorney or signatory authority granted to a person with a U.S. address,
- a U.S. "in-care-of" or "hold mail" address that is the sole address with respect to the eWallet holder,
- any non U.S. person who otherwise allows a U.S. person to have signatory authority on the eWallet,
- any business or not for profit organization that allows a U.S. person to have signatory authority on a financial account.

## 25.    TERMS AND HEADINGS

The paragraph headings in this Terms of Use are inserted for convenience of reference only and are not deemed to limit the applicability or affect the meaning of any of its provisions.

## 26.    RECORDINGS

The Customer agrees and acknowledges that all conversations regarding the Customer's eWallet between the Customer and the Company personnel may be electronically recorded with or without the use of an





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

automatic tone-warning device. The Customer further agrees to the use of such recordings and transcripts thereof as evidence by either party in connection with any dispute or proceeding that may arise involving the Customer or the Company. The Customer understands that the Company destroys such recordings on regular intervals in accordance with the Company established business procedures and the Customer hereby consents to such destruction.

## 27. AMENDMENTS

26.1. No provision of this Terms of Use may be waived or amended unless the waiver or amendment is in writing and signed by both the Customer and an authorized officer of the Company. No waiver or amendment of this Terms of Use may be implied from any course of dealing between the parties or from any failure by the Company or its agents to assert its rights under this Terms of Use on any occasion or series of occasions. No oral agreements or instructions to the contrary shall be recognized or enforceable. This instrument and the attachments hereto together with other information related to eWallet usage and contained on the official FXOpen website including among other https://www.fxopen.com/DepositWithdrawal.aspx embody the entire agreement of the parties, superseding any and all prior written and oral agreements and there are no other terms, conditions or obligations other than those contained herein.

26.2. The Customer understands, acknowledges and agrees that the Company may amend or change this Terms of Use at any time. The Company will provide Written Notice to the Customer of any such amendment or change by posting the amendment or change to its Website or by sending an email message to the Customer. The Customer agrees to be bound by the terms of such amendment or change on the earlier of:

      i.    5 (five) Business Days after the Company has posted notice of such amendment or change to the Website; or

      ii.    on the date of the entry of any transaction.

26.3. If You object to the changes, they will not apply to You, however, any such objection shall constitute a notice by You to terminate and block Your eWallet. Your eWallet will be blocked in accordance with the provisions of section 6 above. No waiver or amendment of this Terms of Use may be implied from any course of dealing between the parties or from any failure by the Company or its agents to assert its rights under this Terms of Use on any occasion or series of occasions. No oral agreements or instructions to the contrary shall be recognized or enforceable.

THIS IS A LEGALLY BINDING TERMS OF USE. YOU HAVE TO CAREFULLY READ ALL OF THE FOREGOING COMPLETELY AND COMPLETE THE CUSTOMER APPLICATION TO OPEN AN EWALLET.

Your consent acknowledges that You have carefully read, in its entirety, and understood this Terms of Use, and that You agree to all of the provisions contained therein. Your consent further represents, warrants and certifies that the information provided by you in the Customer Application process to open an eWallet is correct and complete.



4

FXOpen Markets Limited
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

This is the exhibit marked with the number "**4**" referred to in the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28 day of May 2020 before me

S. C BLACKWELL

A solicitor of the High Court of New Zealand

# CUSTOMER AGREEMENT

## FOR ECN ACCOUNTS

CA ECN 2019-10-14



**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

# CONTENTS

1. SUBJECT OF THE ECN/STP CUSTOMER AGREEMENT ..... 3
2. KEEPING YOUR ACCOUNT SAFE ..... 3
3. MARGINS AND DEPOSIT REQUIREMENTS ..... 5
4. CARRYING POSITIONS FORWARD ..... 5
5. COLLATERAL ..... 5
6. SETTLEMENT DATE AND ROLLOVERS ..... 5
7. BUSTED TRADES ..... 6
8. LIQUIDATION OF ACCOUNTS ..... 6
9. CHARGES ..... 6
10. REMUNERATION, OPERATIONAL PREMIUMS, EXPENSES AND COMMISSIONS ..... 7
11. DEPOSIT/WITHDRAWAL TRANSACTIONS ..... 7
12. STATEMENTS AND CONFIRMATION ..... 8
13. COMMUNICATIONS ..... 8
14. FXOPEN'S RESPONSIBILITIES ..... 8
15. FXOPEN'S RIGHTS ..... 9
16. RISKS ACKNOWLEDGMENT ..... 10
17. TRADING RECOMMENDATIONS ..... 11
18. CUSTOMER REPRESENTATIONS AND WARRANTIES ..... 11
19. DISCLOSURE OF FINANCIAL INFORMATION ..... 12
20. NO GUARANTEES ..... 12
21. CREDIT ..... 13
22. JOINT ACCOUNTS ..... 13
23. NO WAIVER OR AMENDMENT ..... 13
24. BINDING EFFECT ..... 14
25. TERMINATION ..... 14
26. INDEMNIFICATION ..... 14
27. CROSS TRADE CONSENT ..... 14
28. TERMS AND HEADINGS ..... 15
29. ACCEPTANCE ..... 15
30. GOVERNING LAW AND JURISDICTION ..... 15
31. RECORDINGS ..... 15
32. EXPERT ADVISORS ..... 16
33. AMENDMENTS ..... 16





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

This is a legal contract (hereinafter referred to as "Agreement") between FXOpen Markets Limited, whose registered office is located at P.O. Box 590, Springates East, Government Road, Charlestown, Nevis, Company number C 42235 acting in accordance with the Articles of Association, its successors and assigns (hereinafter referred to as FXOpen), and the any individual or legal entity or other corporate body (hereinafter referred to as "Customer" or "Client") who has completed the application to open an Individual/Corporate Trading Account. In consideration of FXOpen shall carry one or more accounts of the undersigned Customer and provide services to the Customer in connection with the purchase and sale of financial instruments contracts, the Customer agrees to the following:

## 1. SUBJECT OF THE ECN/STP CUSTOMER AGREEMENT

This Agreement governs all transactions between the Customer and FXOpen performed on ECN and TickTrader ECN trading accounts (hereinafter referred to as the "ECN Account (-s)").

Subject to the terms expressly stipulated below FXOpen shall provide services in respect of foreign exchange and precious metals contracts, contracts for difference, oil and natural gas (hereinbelow referred to as "FX contracts") to retail and wholesale clients.

FX contract shall mean a leveraged transaction made via FXOpen electronic trading platforms for the purchase or sale of a financial instrument, aimed on generating profit arising out of speculating activity or for hedging purposes, provided that such transaction does not give rise to an obligation relating to, or resulting in physical delivery of financial instrument and does not assume currencies conversion operations subject to physical delivery. For the removable of doubts upon settlement of the FX contract, the difference in value between the opening and closing positions will either be credited or debited to the Customer's account according to the profit or loss for the transaction.

FXOpen executes all trading orders subject to the available liquidity. FXOpen will provide execution through the FXOpen ECN/STP trading system.

FXOpen holds the multi-currency exposure as such corresponds to all the Customer's transactions.

## 2. KEEPING YOUR ACCOUNT SAFE

The registered e-mail address and the Password are used to enter Your My FXOpen area. You must take all reasonable steps to keep Your registered e-mail address, the Password, login and password to ECN Account and Exchange Platform Terminal, telephone password used for communications with FXOpen (collectively - Credentials) safe at all times and never disclose it to anyone.

You must take all reasonable care to ensure that Your registered e-mail account as part of the Credentials is secure and only accessed by You, as Your registered e-mail address may be used to reset other Credentials or to communicate with You about the security of Your ECN Account. In case the registered e-mail address is compromised, You should without undue delay after becoming aware of this contact Customer Service and also contact Your registered e-mail service provider.

In relation to the Credentials, You hereby acknowledge and undertake that:

(a) You will be responsible for the confidentiality and use of Your Credentials;

(b) other than with FXOpen prior written consent, You will not disclose Your Credentials to persons other than your authorized representatives for any purpose whatsoever;





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

(c) FXOpen may rely on all instructions, orders and other communications entered using valid Credentials, and You will be bound by any transaction entered into or expense incurred on the Your behalf in reliance on such instructions, orders and other communications; and

(d) You will immediately notify FXOpen at our sales and/or customer support desk if You become aware of the loss, theft or disclosure to any third party or of any unauthorized use of Your Credentials.

Our personnel will never ask You to provide Your Password and/or login to the registered email to us or to a third party. Any message You receive or website You visit that asks for Your Credentials, other than the Website, should be reported to us. If You are in doubt whether a website is genuine, You should contact our Customer Service. You must never allow anyone to access Your ECN Account or watch You accessing Your ECN Account.

If you have any indication or suspicion that Your Credentials being lost, stolen, misappropriated, used without authorisation or otherwise compromised, You are strongly advised to change all your passwords forming part of Your Credentials. You must contact Customer Service without undue delay on becoming aware of any loss, theft, misappropriation or unauthorised use of Your Credentials. Regardless of Your notification You shall be liable for any losses as a result and You agree to indemnify and hold FXOpen, its affiliates, employees, agents, successors and assigns harmless from and against any and all liabilities, losses, damages, costs and expenses, including attorney's fees, incurred by us arising out of Your failure to fully and timely perform the Your obligations herein or should any of the representations and warranties fail to be true and correct. You also agree to pay promptly to us all damages, costs and expenses, including attorney's fees, incurred by us arising out of Your failure to fully and timely perform the Your obligations herein.

The processing of Your data is governed by our Privacy Policy which can be found on the Website. By accepting this Agreement, You also agree to the terms of our Privacy Policy.

We may suspend Your or otherwise restrict its functionality on reasonable grounds relating to the security of the ECN Account or any of the Credentials or if we reasonably suspect that an unauthorised or fraudulent use of Your ECN Account has occurred or that any of the Credentials have been compromised. We will notify You of any suspension or restriction and of the reasons for such suspension or restriction in advance or, where we are unable to do so, immediately after the suspension or restriction has been imposed, unless notifying You would be unlawful or compromise our reasonable security interests. We will lift the suspension and/or the restriction as soon as practicable after the reasons for the suspension and/or restriction have ceased to exist. Further, if we believe that You supplied Your Credentials to other persons in breach of subparagraph above, then we may terminate this Agreement immediately or take such other action as we may determine in its sole and absolute discretion

You shall be solely responsible for providing and maintaining any equipment and software and for making all appropriate arrangements with any telecommunications suppliers or, where access to the ECN Account is provided through a third party server, any such third party, necessary in order to obtain access to the ECN Account. Neither we nor any company maintaining, operating, owning, licensing, or providing services to us in connection with ECN Account makes any representation or warranty as to the suitability or otherwise of any such equipment, software or arrangements.

Irrespective of whether You are using a public, a shared or Your own computer to access Your ECN Account, You must always ensure that Your login details are not stored by the browser or cached or otherwise recorded. You should never use any functionality that allows login details or passwords to be stored by the computer You are using.



**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

### 3. MARGINS AND DEPOSIT REQUIREMENTS

The Customer shall provide to, and maintain with FXOpen margin in amounts and in forms, as FXOpen, in its sole discretion, requires. FXOpen may change margin requirements at any time. No previous margin requirement by FXOpen shall prevent FXOpen from increasing that requirement without prior notice. FXOpen retains the right to limit the amount and/or total number of open positions that Customer may acquire or maintain at FXOpen. It is the responsibility of the Customer to maintain the minimum Margin Level requirements to support all open positions without notice from FXOpen. The Customer hereby assumes that if he/she fails to comply with margin requirements, FXOpen in its sole discretion may liquidate any or all of open positions as per Stop out procedure. FXOpen is not obliged to make any warnings to the Customer prior to liquidating the position for insufficient margin. FXOpen shall not be responsible for any loss or damage caused, directly or indirectly, by any events, actions or omissions including but not limited to loss or damage resulting, directly or indirectly, from any delays or inaccuracies in the transmission of orders and/or information due to a breakdown in or failure of any transmission or communication facilities. For example, in volatile market conditions, margin calls may be delayed resulting in the possibility of a negative usable margin; a margin call may occur even if positions are hedged due to currency conversion rate or daily interest if appropriate.

### 4. CARRYING POSITIONS FORWARD

A position will be carried forward at the initial execution price until it is eventually closed by Customer or by FXOpen under the provisions of Paragraph 7 (Liquidation of Accounts). Consistent with FXOpen policy, a position that is carried forward may be credited or debited interest charges, as may be defined in the Terms of Business and/or on the official website, until the position is closed if appropriate.

### 5. COLLATERAL

All funds, securities, currencies, and other property of the Customer which FXOpen or its affiliates may at any time be carrying for the Customer (either individually, jointly with another, or as a guarantor of the account of any other person) which may at any time be in its possession or control or carried on its books for any purpose, including safekeeping, are to be held by FXOpen as security and is subject to a general lien and right to set-off for liabilities of the Customer to FXOpen whether or not FXOpen has made advances in connection with securities, commodities, currencies or other property, and irrespective of the number of accounts Customer may have with FXOpen. The Customer hereby also grants FXOpen the right to pledge, re-pledge, hypothecate, invest or loan, either separately or with the property of other Customers, to itself as broker or to others, any securities or other property of Customer held by FXOpen as margin or security. FXOpen shall at no time be required to deliver to the Customer the identical property delivered to or purchased by FXOpen for any account of Customer.

### 6. SETTLEMENT DATE AND ROLLOVERS

The Customer authorizes FXOpen to rollover all Open Positions in the Customer's Trading Account, at the Customer's risk, into the next settlement time period upon such terms as FXOpen determines, in its sole discretion. The positions will be rolled over by debiting or crediting the Customer's Trading Account with the amount calculated in accordance with the FXOpen's Rollover/Interest Policy if appropriate.



**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

**7. BUSTED TRADES**

FXOpen shall have the right to annul and/or reverse any trades which are deemed untrue or opened at a fictitious price not existing on the market at the time of opening or are in breach with the subject of this Agreement as expressly stipulated in the clause 1 above.

Without limiting the foregoing, if FXOpen, in its reasonable discretion, determines that the Customer is engaging or has engaged in trading strategies or activities designed intentionally to exploit errors in price quotations and/or delay, disruption, failure or malfunction of any transmission or communication system or software, FXOpen may upon notice to the Customer restrict or modify Customer's access to price quotations, cancel trades, or terminate Customer's access to FXOpen ECN/STP trading system.

**8. LIQUIDATION OF ACCOUNTS**

In the event of (a) the death or judicial declaration of incompetence by the Customer; (b) the filing of a petition in bankruptcy, or a petition for the appointment of a receiver, or the institution of any insolvency or similar proceeding by or against the Customer; (c) the filing of an attachment against any of the Customer's accounts carried by FXOpen, (d) insufficient margin, or FXOpen's determination that any collateral deposited to protect one or more accounts of the Customer is inadequate, regardless of current market quotations, to secure the account; (e) the Customer's failure to provide FXOpen any information requested pursuant to this agreement; or (f) any other circumstances or developments that FXOpen may deem appropriate for its protection, in FXOpen's sole discretion, it may take one or more, or any portion of the following actions: (1) satisfy any obligation the Customer may have to FXOpen, either directly or by way of guarantee with any of the Customer's funds or property in its custody or control or in the custody or control of any FXOpen affiliate; (2) sell or purchase any or all FX contracts, securities or other property held or carried for the Customer; (3) cancel any or all outstanding orders or contracts, or any other commitments made with the Customer. Any of the above actions may be taken without demand for margin or additional margin, without prior notice of sale or purchase or other notice to the Customer, the Customer's personal representatives, heirs, executors, administrators, trustees, legatees or assigns and regardless of whether the ownership interest shall be solely the Customer's or held jointly with others. In the liquidation of the Customer's long or short positions, FXOpen may, in its sole discretion, offset in the same settlement or it may initiate new long or short positions in order to establish a spread or straddle which in FXOpen's sole judgment may be advisable to protect or reduce existing positions in the Customer's account. Any sales or purchases hereunder may be made according to FXOpen's judgment and at its sole discretion.

FXOpen does not provide services for the persons who reside in the USA, its territories or possessions and in the countries identified by the FATF as high risk and non-cooperative jurisdictions due to adequate AML controls. FXOpen does not accept transfers to/from the accounts held in the banks and/or other payments institutions incorporated in the USA, its territories or possessions or in the Countries identified by the FATF as high risk and non-cooperative jurisdictions due to adequate AML controls. In case FXOpen knows or suspects or has reasonable grounds to know or suspect that the Customer became a resident of the USA, its territories or possessions, or in the countries identified by the FATF as high risk and non-cooperative jurisdictions due to adequate AML controls FXOpen will immediately close all outstanding positions and block the accounts in question.

**9. CHARGES**

The Customer shall pay any such charges (including, without limitation, markups and markdowns, statement charges, idle account charges, order cancellation charges, account transfer charges or other charges), costs





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

including litigation and independent dispute resolution costs, expenses and fees including attorneys' fees, arising directly or indirectly out of FXOpen providing services hereunder including without limitation those associated with dispute resolution or any customer's complaint filled with FXOpen, investigation of any kind included those provided by third parties, consultation with third parties conducted by FXOpen and requests for preparing by third parties of an official statement on the results of such comprehensive investigation or consultation handled.

For the removable of doubts the Customer remains liable for all charges/costs/expenses/fees incurred by FXOpen regarding customer's requests claims or complaints if such requests could not be comprehensively satisfied without involving of third parties.

FXOpen may change its charges/costs/expenses/fees without prior notice. All such charges/costs/expenses/fees shall be paid by the Customer as they are incurred, or as FXOpen in its sole and absolute discretion may determine, and the Customer hereby authorizes FXOpen to withdraw the amount of any such charges/costs/expenses/fees from the Customer's account(s).

## 10. REMUNERATION, OPERATIONAL PREMIUMS, EXPENSES AND COMMISSIONS

The execution of the Customer's trading orders and the maintenance of the Customer's multi-currency exposure and margin account as defined in this Agreement, shall charge a commission to the Customer. The commission varies according to the type of operations performed by FXOpen. The current commissions are listed on the website www.fxopen.com and may be amended by FXOpen without prior notice to the Customer. The Customer agrees to review FXOpen's website to check for changes in policies and procedures. However, in the case of managed accounts, the commission is mentioned in the report concerning the transactions performed on the Customer's account.

The execution of the Customer's trading order by FXOpen are based on the conditions provided by a number of Counterparties involved which may apply different trading conditions, e.g. prices, commissions, overnights, leverages etc. FXOpen shall not be obliged to apply the conditions received by the Counterparties to each particular transaction of the Customer. Any and all such differences shall compose Operational Premiums or Operational Expenses of FXOpen. Neither Operational Premiums, nor the Operational Expenses shall be subject to any reimbursement duty by either party, and the Customer expressly releases FXOpen from any duty to inform the Customer of the amount of such Operational Premiums or Operational Expenses, if any.

The Customer acknowledges, recognizes and agrees that FXOpen may occasionally receive or pay certain fees from or to Counterparties, introducing brokers, external managers or any other third parties involved in the transactions executed by FXOpen for the account of its Customers, including the Customer. The Customer agrees that such fees, if any, are paid to FXOpen as part of FXOpen's remuneration under this Trading Agreement is entitled to retain such amount. The calculation method is not standardized and will be calculated on case by case basis in accordance with agreements between FXOpen and its Counterparties, the amount of such fees cannot be detailed in this Agreement. However, FXOpen will provide the Customer, upon written request, with any information, reasonably attained, regarding payments related to fees.

## 11. DEPOSIT/WITHDRAWAL TRANSACTIONS

FXOpen shall neither receive nor disburse Customer's funds in cash currency. All transactions between the Customer and FXOpen shall be performed by wire or other methods, in which, the identities of both the sending and receiving parties can be verified by FXOpen and which FXOpen in its sole discretion shall deem appropriate. FXOpen shall not accept deposits from any third party to the Customer's account, FXOpen shall not withdraw any funds from the Customer's account to any third party until otherwise agreed in written



**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

between the parties hereto. FXOpen shall perform wire transactions only between the Customer's FXOpen account and another account which is held in the Customer's name or of which the Customer clearly demonstrates ownership to FXOpen.

If the funds sent (I) via wire transfer do not hit the bank account of the Customer during 10 business days, or (ii) if the funds sent via bank transfer are not deposited in the Customer's trading account within 10 business days, or (iii) If the funds sent by other than wire transfer method do not hit the account of the Customer within 5 trading days, or (iv) or if the funds sent by other than wire transfer method are not deposited in the Customer's trading account within 5 business days the Customer shall have the right to apply to FXOpen with request to make a banking investigation of the transfer.

The Customer shall understand that the banking investigation may entail commission charges which must be paid by the Customer except the cases of the mistakes in withdrawals made by the specialists of the FXOpen. The method of payment of commission charges shall be determined by FXOpen individually and may be done by both transfer of necessary amount to the FXOpen's account and withdrawal of necessary amount from the trading account of the Customer.

The Customer shall provide FXOpen with all necessary documents needed for investigation purposes.

## 12. STATEMENTS AND CONFIRMATION

Reports of the confirmation of orders and statements of accounts for the Customer shall be deemed correct and shall be conclusive and binding upon the Customer, if not objected to immediately upon receipt and confirmed in writing, within (1) day after electronic transmittal to the Customer. Instead of sending trade confirmations via postal mail, FXOpen will provide the Customer access to view the Customer's account at any time with an online login via the Internet.

## 13. COMMUNICATIONS

Reports, statements, notices and any other communications will be transmitted to the Customer electronically by posting to the Customer's online account or via e-mail to the e-mail address on the Customer's application, or to such other e-mail address as the Customer may from time to time designate to FXOpen. All communications so posted or sent shall be deemed transmitted by FXOpen when posted or sent and deemed delivered to the Customer personally, whether actually received by the Customer or not.

## 14. FXOPEN'S RESPONSIBILITIES

FXOpen will make all possible endeavors to execute trading orders placed by the Customer. The Customer hereby understands that FXOpen is unable to guarantee the execution or the Customer's orders or requests and that the Customer will not hold FXOpen liable for any failure in the execution process. FXOpen shall not be liable to the Customer for any claims, losses, damages, costs or expenses, lost opportunity to trade, including attorneys' fees, caused, directly or indirectly, by any events, actions or omissions, including, without limitation, claims, losses, damages, costs or expenses, including attorneys' fees, resulting from civil unrest, war, insurrection, international intervention, governmental action (including, without limitation, exchange controls, forfeitures, nationalizations, devaluations), natural disasters, acts of God, market conditions, inability to communicate with any relevant person or any delay, disruption, failure or malfunction of any transmission or communication system or computer facility, whether belonging to FXOpen, the Customer, any market, or any settlement or clearing system FXOpen will not be responsible for delays in the transmission of orders due to a breakdown or failure of transmission or communication facilities, electrical power outage or for any other



FXOpen Markets Limited
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

cause beyond FXOpen' control or anticipation. FXOpen shall not be liable for losses arising from the default of any agent or any other party used by FXOpen under this agreement.

### 15. FXOPEN'S RIGHTS

The Customer acknowledges that FXOpen has the following rights:

1) To reject any order or instruction the Customer may place.
2) To cancel or adjust the transaction of the Customer.
3) To provide the Customer's account with any trade requested or deemed necessary by FXOpen.
4) Notwithstanding any other provisions of this Agreement, FXOpen shall be entitled to restrict access to, impose limits on, suspend, stop or cancel trading in the FXOpen ECN/STP trading system (including, without limitation, discontinuing the Customer's use of the API) either generally or of particular financial instrument, transactions or customers, or to discontinue transmission of any or all information. FXOpen may refuse to facilitate or proceed with any transactions or refuse access to the FXOpen ECN/ STP trading system at FXOpen sole discretion, as a result of any of the following:
   - ✓ Full of partial failure of the FXOpen ECN/STP trading system, including failure of the technology constituting the marketplace trading system or any of the communications linked to the FXOpen ECN/STP trading system and the Customer and/or any of the Counterparties, or any other circumstance which is deemed impractical to use the FXOpen ECN/STP trading system.
   - ✓ A breach of security of the FXOpen ECN/STP trading system.
   - ✓ A material breach by the Customer of his obligations under this Agreement or any of agreement with FXOpen (including the Account Opening Documentation).
   - ✓ Non-compliance by the Customer of any applicable laws.
   - ✓ Market conditions generally or conditions affecting a particular financial instrument rendering it necessary or desirable (at FXOpen sole discretion).
   - ✓ Absence of liquidity.

   Any such actions taken by FXOpen in accordance with this Section, shall continue for such a time period as FXOpen reasonable determines it to be necessary.
5) For the purposes of mitigating and managing the potential fraud and/or ML/TF risks faced by FXOpen and without derogating from the generality of FXOpen rights as expressly stipulated above, FXOpen reserves the right in its sole discretion to block Customer's account and all funds held on such account and prohibit any activity including but not limited to withdrawals for the term of internal investigation but not less than 180 days, providing that FXOpen has reasonable suspicious that the Customer's activity (i) does not comply with services provided by FXOpen and the provisions of this Agreement, and/or (ii) is fraudulent, and/or (iii) is in breach with the law, present Agreement and FXOpen Anti-money laundering and Counter-Terrorism Policies.
6) In order for FXOpen to show prices with the speed associated with speculative trading, FXOpen may have to rely on available price that may later prove to be incorrect. In such a case, FXOpen may cancel or adjust the trade with the Customer, but shall do so within reasonable time and shall provide the Customer with a full explanation for actions taken.



**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road, Charlestown, Nevis
www.fxopen.com

7) FXOpen shall have at its sole discretion, control over and the right to modify the functionality of the FXOpen ECN/STP trading system's price feeds, configurations and content, including but not limited to:

   - ✓ The parameter and protocols, by which the trading orders are placed, routed, matched or otherwise processed by the FXOpen ECN/STP trading system.
   - ✓ The availability of the FXOpen ECN/STP trading system with respect to particular financial instrument or transaction at any particular time or location.

**16. RISKS ACKNOWLEDGMENT**

The Customer acknowledges that in leveraged transactions are speculative, involve a high degree of risk, and is appropriate only for persons who can assume risk of loss of their margin deposit. The Customer understands that because of the low margin normally required in trading FX contracts, price changes in FX contracts may result in the loss of the Customer's margin deposit. The Customer warrants that the Customer is willing and able, financially and otherwise, to assume the risk of FX contracts trading, and in consideration of FXOpen carrying his/her account(s), the Customer agrees not to hold FXOpen responsible for losses incurred through following any information received from FXOpen or those of its employees, agents or representatives. The Customer recognizes that guarantees of profit or freedom from loss are impossible performances in FX contracts trading. The Customer acknowledges that the Customer has received no such guarantees from FXOpen or from any of its representatives or any introducing agent or other entity with whom the Customer is conducting his/her FXOpen account and has not entered into this agreement in consideration of or in reliance upon any such guarantees or similar representations.

If the Customer directs FXOpen to enter into any FX contracts: (a) any profit or loss arising as a result of a fluctuation in the exchange rate affecting such currency will be entirely for the Customer's account and risk; (b) all initial and subsequent deposits for margin purposes shall be made in USD, or any other currency which FXOpen may choose to accept, in such amounts as FXOpen may in its sole discretion require, with subsequent deposits being in the same currency as the initial deposit; and (c) FXOpen is authorized to convert funds in Customer's account for margin into and from such financial instrument at a rate of exchange determined by FXOpen in its sole discretion on the basis of the then prevailing money market rates.

Foreign exchange trading can involve a high degree of volatility which may result in substantial movements in the level of the Customer's multi-currency exposure, possibly leading to significant losses. The risk that the value of Customer's open positions may change even though trading for the relevant financial instrument is not available and the Customer is not able to open or close a position until trading reopens. This may result in suffering a financial loss or a lost opportunity to trade.

Execution risk (delays in execution): the risk that an execution the Customer places is delayed or not executed due to a delay in transmission of data between Customer's trading platform and FXOpen's servers (see System Risk). This may result in the available price the Customer had placed an order at no longer being available. As the Customer will generally be accessing the trading platform over a third party Internet service provider there is a risk that this may be caused by the Customer's computer not maintaining a constant connection with the FXOpen servers.

Systems risk: the operational systems risk inherent in online trading systems apply to every trade placed. This includes disruptions to communications, IT systems, software or hardware errors or other events that delay, interrupt or otherwise effect our systems operation. In the event such a disruption to the system does occur, the Customer may suffer a financial loss or loss of opportunity. In accordance with this Agreement and relevant Terms of Business, FXOpen makes no warranties and is not liable in relation to the operation of the trading

FXOpen Markets Limited
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

platform or any other related service offered by FXOpen except to the case when disruption is caused by the fraud or dishonesty on the part of FXOpen or its employees, agents or representatives.

The Customer is responsible for the ongoing maintenance of multi-currency exposure which may exposure the Customer to increased risks of losses and may lead to significant losses. The Customer agrees to not hold FXOpen liable for any losses incurred as a consequence of FXOpen maintaining such multi-currency exposure in the Customer's account.

The Customer acknowledges that market regulations and/or a significant imbalance of supply and demand, or a lack of liquidity may result in the temporary inability to buy or sell orders. This may result in the Customer holding positions for longer than desire or having to liquidate due to insufficient margin, which may result in losses up to or in excess of deposits.

The Customer and FXOpen agree to comply with all rules, regulations, general practices and any other guidelines in force on relevant marketplaces and with counterparties FXOpen may operate.

## 17. TRADING RECOMMENDATIONS

The Customer acknowledges that:

(i) any market recommendations and information communicated to the Customer by FXOpen or by any person within the company, does not constitute financial advice or solicitation of an offer to sell or an offer to buy any FX contract,

(ii) such recommendation and information, although based upon information obtained from sources believed by FXOpen to be reliable, may be based solely on a broker's opinion and that such information may be incomplete and may be unverified, and

(iii) FXOpen makes no representation, warranty or guarantee as to, and shall not be responsible for, the accuracy or completeness of any information or trading recommendation provided to the Customer. The Customer acknowledges that FXOpen and/or its officers, directors, affiliates, associates, stockholders or representatives may have a position in or may intend to buy or sell FX contracts which are the subject of market recommendations provided to the Customer, and that the market position of FXOpen or any such officer, director, affiliate, associate, stockholder or representative may not be consistent with the recommendations furnished to the Customer by FXOpen. The Customer acknowledges that FXOpen makes no representations concerning the tax implications or treatment of FX contracts.

## 18. CUSTOMER REPRESENTATIONS AND WARRANTIES

18.1. The Customer represents and warrants that:

(a) the Customer is of sound mind, legal age and legal competence; and,

(b) no person other than the Customer has or will have an interest in the Customer's account(s); and,

(c) The Customer hereby warrants that regardless of any subsequent determination to the contrary, the Customer is suitable to trade FX contracts, and,

(d) the Customer is not now an employee of any exchange, any corporation in which any exchange owns a majority of the capital stock, any member of any exchange and/or firm registered on any exchange, or any bank, trust, or insurance company, and in the event that the Customer becomes so employed, the Customer will promptly notify FXOpen via e-mail of such employment; and,



**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

(e) the Customer is not the U.S. person in the meaning of the applicable US federal laws and CFTC regulations as of the date of this agreement commencement and will remain the same throughout its validity term; and

(f) all the information provided during the account opening process and represented and warranted above is true correct and complete as of the date hereof and will remain true, correct and complete for the whole period of the relationships with FXOpen. The Customer will notify FXOpen in writing, within one day of any changes in such information hereof.

18.2. The Customer hereby confirms and acknowledges his/her express consent to eliminate the confidential nature of all communications regarding without limitation any disputes, legal proceeding, public statements between the parties hereto or its results including courts or other dispute resolution schemes decision on the matter. The Customer further agrees that FXOpen may disclose on its sole discretion the contents of such communication where and when FXOpen deems it necessary.

18.3. The Customer represents and warrants that he will immediately notify FXOpen about any detected error in the trading platform, ECN Account or My FXOpen Area, affecting the interests of the Customer and to cease all further actions with the functionality of systems, except for those actions that are aimed at preventing loss on the client. The Customer hereby confirms and acknowledges that the Customer will not use the system error in their own interest. Violation of these provisions will make FXOpen to execute its rights under the Customer's indemnification responsibilities described below in clause 26 and may result in, among other things, termination or suspension of your right to use the service.

## 19. DISCLOSURE OF FINANCIAL INFORMATION

The Customer represents and warrants that the financial information disclosed to FXOpen in this document is an accurate representation of the Customer's current financial condition. The Customer represents and warrants that in determining the Customer's Net Worth, Assets and Liabilities were carefully calculated, Liabilities were subtracted from Assets to determine the value that the Customer has included in the financial information as Net Worth. The Customer represents and warrants that in determining the value of Assets, the Customer included cash and/or cash equivalents, Marketable securities, real estate owned (excluding primary residence), the cash value of life insurance and other valuable Assets. The Customer represents and warrants that in determining the value of Liabilities, the Customer includes notes payable to banks (secured and unsecured), notes payable to relatives, real estate mortgages payable (excluding primary residence) and other debts. The Customer represents and warrants that in determining the Customer's Liquid Assets the Customer included only those Assets that can be quickly (within one day's time) converted to Cash. The Customer represents and warrants that the Customer has very carefully considered the portion of the Customer's assets which the Customer considers to be Risk Capital. The Customer recognizes that Risk Capital is the amount of money the Customer is willing to put at risk and if lost would not, in any way, change the Customer's lifestyle. The Customer agrees to immediately inform FXOpen if the Customer's financial condition changes in such a way to reduce the Customer's Net Worth, Liquid Assets and/or Risk Capital.

## 20. NO GUARANTEES

The Customer acknowledges that the Customer has no separate agreement with the Customer's broker or any FXOpen employee or agent regarding the trading in the Customer's FXOpen account, including any agreement to guarantee profits or limit losses in the Customer's account. The Customer understands that the Customer is under an obligation to notify FXOpen's Compliance Officer immediately in writing as to any agreement of this type. Furthermore, the Customer understands that any representations made by anyone concerning the Customer's account that differ from any statements the Customer receives from FXOpen must





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

be brought to the attention of FXOpen's Compliance Officer immediately in writing. The Customer understands that the Customer must authorize every transaction prior to its execution unless the Customer has delegated discretion to another party by signing FXOpen's limited trading authorization, and any disputed transactions must be brought to the attention of FXOpen's Compliance Officer pursuant to the notice requirements of this Customer Agreement. The Customer agrees to indemnify and hold FXOpen harmless form all damages or liability resulting from the Customer's failure to immediately notify FXOpen's Compliance Officer of any of the occurrences referred to herein. All notices required under this section shall be sent to FXOpen at its home office. Furthermore, FXOpen shall make no guarantees that any order shall be executed with or without price gaps or not executed at all. The ability to execute an order is dependent upon FXOpen's ability to offset the trade at FXOpen's clearing houses, at FXOpen's sole discretion.

In case of any dispute arisen FXOpen reserves the right to apply to third parties for advice and/or conducting respective investigation, expertise or analysis, including without limitation on a fee paid basis and FXOpen shall retain the right to recharge such costs to the Customer with respect to clause 8 herein above.

## 21. CREDIT

The Customer authorizes FXOpen or agents acting on behalf of FXOpen to investigate the Customer's credit standing and in connection therewith to contact such banks, financial institutions and credit agencies as FXOpen shall deem appropriate to verify information regarding the Customer. The Customer further authorizes FXOpen to investigate the Customer's current and past investment activity, and in connection therewith, to contact such futures commission merchants, exchanges, broker/dealers, banks, and compliance data centers as FXOpen shall deem appropriate. Upon reasonable request made in writing by the Customer to FXOpen, the Customer shall be allowed to review any records maintained by FXOpen relating to the Customer's credit standing. The Customer shall also be allowed, at the Customer's sole cost and expense, to copy such records.

## 22. JOINT ACCOUNTS

If more than one natural person executes this Agreement as the Customer, all such natural persons agree to be jointly and severally liable for the obligations assumed in this Agreement. All such natural persons may act individually and FXOpen will rely on all instructions, orders and other communications entered by any of such natural persons using valid Credentials. All such natural persons will be bound by any transaction entered into or expense incurred on their behalf regardless of the fact who has issued respective instructions.

If this Agreement is executed by a trust, unincorporated association, partnership, custodian or other fiduciary, such Customer hereby agrees to indemnify, defend, save and hold free and harmless FXOpen for any liabilities, claims, losses, damages costs and expenses, including attorneys' fees, resulting directly or indirectly from breach of any fiduciary or similar duty or obligation or any allegation thereof, including attorneys' fees.

## 23. NO WAIVER OR AMENDMENT

No provision of this Agreement may be waived or amended unless the waiver or amendment is either in writing and signed by both the Customer and an authorized officer of FXOpen or expressly reflected on the official FXOpen website www.fxopen.com. No waiver or amendment of this Agreement may be implied from any course of dealing between the parties or from any failure by FXOpen or its agents to assert its rights under this Agreement on any occasion or series of occasions. No oral agreements or instructions to the contrary shall be recognized or enforceable. This instrument and the attachments hereto together with other client's documents and information contained on the official FXOpen website embody the entire agreement of the

FXOpen Markets Limited registration number C 42235





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

parties, superseding any and all prior written and oral agreements and there are no other terms, conditions or obligations other than those contained herein.

### 24. BINDING EFFECT

This Agreement shall be continuous and shall cover, individually and collectively, all accounts of the Customer at any time opened or reopened with FXOpen irrespective of any change or changes at any time in the personnel of FXOpen or its successors, assigns, or affiliates. This Agreement including all authorizations, shall inure to the benefit of FXOpen and its successors and assigns, whether by merger, assignment, consolidation or otherwise. Such assignment may be made without prior notification to the Customer and shall be binding upon the Customer and/or the estate, executor, trustees, administrators, legal representatives, successors and assigns of the Customer. The Customer hereby ratifies all transactions with FXOpen prior to the date of this Agreement, and agrees that the rights and obligations of Customer in respect thereto shall be governed by the terms of this Agreement.

### 25. TERMINATION

This Agreement shall continue in effect until termination, and may be terminated by the Customer at any time when the Customer has no open position(s) and no liabilities held by or owed to FXOpen upon the actual receipt by FXOpen of written notice of termination via e-mail, or at any time whatsoever by FXOpen upon the transmittal of written notice of termination to the Customer; provided, that such termination shall not affect any transactions previously entered into and shall not relieve either party of any obligations set out in this agreement nor shall it relieve the Customer of any obligations arising out of prior transactions entered into in connection with this Agreement.

### 26. INDEMNIFICATION

The Customer agrees to indemnify and hold FXOpen, its affiliates, employees, agents, successors and assigns harmless from and against any and all liabilities, losses, damages, costs and expenses, including attorney's fees, incurred by FXOpen arising out of the Customer's failure to fully and timely perform the Customer's agreements herein or should any of the representations and warranties fail to be true and correct. The Customer also agrees to pay promptly to FXOpen all damages, costs and expenses, including attorney's fees, incurred by FXOpen in the enforcement of any of the provisions of this Agreement and any other agreements between FXOpen and the Customer.

Unauthorised use: FXOpen shall not be liable for any loss, liability or cost whatsoever arising from any unauthorised use of the Software and/or any of the services. Without derogating from generality of indemnification provisions under the Agreement, the Customer shall indemnify, protect and hold FXOpen, its owners, subsidiaries, affiliates, employees, management and third party contractors harmless from and against all losses, liabilities, judgements, suits, actions, proceedings, claims, damages and costs resulting from or arising out of any act or omission by any person using the ECN Account and/or any service using current designated Credentials or any designated passwords or other authentication and/or access details provided by FXOpen to the Customer, whether or not the Customer actually authorized such use.

### 27. CROSS TRADE CONSENT

The undersigned hereby acknowledges and agrees that a situation may arise whereby an officer, director, affiliate, associate, employee, bank, bank employee or dealer associated with FXOpen may be the opposing



**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

broker for a trade entered for the undersigned's account. The undersigned hereby consents to any such transaction, subject to the limitations and conditions, if any, contained in the Rules or Regulations of any bank, institution, exchange or board of trade upon which such buy or sell orders are executed, and subject to the limitation ns and conditions, if any, contained in any applicable Regulations of any applicable regulatory agency.

**28. TERMS AND HEADINGS**

The term "FXOpen" shall be deemed to include FXOpen, its divisions, successors and assigns; the term "Customer" shall mean the party (or parties) executing the Agreement; and the term "Agreement" shall include all other agreements and authorizations executed by the Customer in connection with the maintenance of the Customer's account with FXOpen regardless of when executed. The paragraph headings in this Agreement are inserted for convenience of reference only and are not deemed to limit the applicability or affect the meaning of any of its provisions.

**29. ACCEPTANCE**

This Agreement shall not be deemed to be accepted by FXOpen nor become a binding contract between Customer and FXOpen until approved by FXOpen.

**30. GOVERNING LAW AND JURISDICTION**

This Agreement, and the rights and obligations of the parties hereto, shall be governed by and enforced in all respects by the laws of Federation of Saint Kitts and Nevis, without regard to choice of law principles.

The Customer agrees that any civil action, arbitration or other legal proceeding between FXOpen or its employees or agents, and the Customer arising out of or relating to this Agreement or the Customer's account shall be brought, heard and resolved only by a court located in Federation of Saint Kitts and Nevis and the Customer hereby waives trial by jury in any such action or proceeding and waives the right to have such proceeding transferred to any other location. No action, regardless of form, arising out of or relating to this agreement or transactions hereunder may be brought by the Customer more than one year after the cause of action arose. The Customer hereby submits and consents to personal jurisdiction in any court in Federation of Saint Kitts and Nevis and appoints and designates FXOpen (or any other party whom FXOpen may from time to time hereinafter designate) as the Customer's true and lawful attorney in-fact and duly authorized agent for service of legal process, and agrees that service of such process upon FXOpen or such other party shall constitute personal service of such process upon the Customer; provided, that FXOpen or such other party shall, within five days after receipt of any such process, forward the same by air courier or by certified or registered mail, together will all papers affixed thereto, to Customer at Customer's last known mailing address.

**31. RECORDINGS**

The Customer agrees and acknowledges that all conversations regarding the Customer's account(s) between the Customer and FXOpen personnel may be electronically recorded with or without the use of an automatic tone-warning device. The Customer further agrees to the use of such recordings and transcripts thereof as evidence by either party in connection with any dispute or proceeding that may arise involving the Customer or FXOpen. The Customer understands that FXOpen destroys such recordings on regular intervals in accordance with the FXOpen established business procedures and the Customer hereby consents to such destruction.





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

### 32. EXPERT ADVISORS

Automated trading systems, or "Expert Advisors" allow trade operations to be carried out without the Customer's participation. Most types of Expert Advisors are generally allowed. The Customer agrees and acknowledges that FXOpen may in FXOpen's sole discretion disable the Customer's ability to use Expert Advisors, without any prior notice. The Customer agrees and acknowledges that no claims will be accepted for any loss directly or indirectly resulting from the disabling of Expert Advisors use on the Customer's account. FXOpen may, at FXOpen's sole discretion, reinstate Expert Advisors privileges after an indefinite period of time;

### 33. AMENDMENTS

The Customer understands, acknowledges and agrees that FXOpen may amend or change this Agreement at any time. FXOpen will provide Written Notice to the Customer of any such amendment or change by posting the amendment or change to its Website or by sending an email message to the Customer. The Customer agrees to be bound by the terms of such amendment or change on the earlier of:

(i) 5 (five) Business Days after FXOpen has posted notice of such amendment or change to FXOpen Website; or

(ii) on the date of the entry of any Order other than a liquidating Order.

In the event that the Customer objects to any such change or amendment, the Customer agrees to liquidate the Customer's Open Positions and instruct FXOpen regarding the disposition of all assets in the Customer's Trading Account within 5 (five) Business Days after notice of the amendment or change has been posted to FXOpen Website.

THIS IS A LEGALLY BINDING CONTRACT. YOU HAVE TO CAREFULLY READ ALL OF THE FOREGOING COMPLETELY AND COMPLETE THE CUSTOMER APPLICATION TO OPEN AN INDIVIDUAL/CORPORATE TRADING ACCOUNT.

Your consent acknowledges that you have carefully read, in its entirety, and understood the FXOpen Customer Agreement, Risk Disclosure Statement, Terms of Business, and that you agree to all of the provisions contained therein. Your consent further represents, warrants and certifies that the information provided by you in the Customer Application process to open an Individual/Corporate Trading Account is correct and complete.



5

This is the exhibit marked with the number "**5**" referred to in the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28 day of May 2020 before me

S.C BLACKWELL

A solicitor of the High Court of New Zealand

# Privacy Policy

FXOpen Markets Limited is a company registered in Nevis under registered number C42235, having its registered address at P.O. Box 590, Springates East, Government Road, Charlestown, Nevis.
XP Solutions Limited is a company registered in New Zealand under registered number 3789182, having its registered address at 63 Pitt Street, Auckland Central, Auckland, 1010, New Zealand. For the purposes of this Privacy Policy both companies should be referred to as "FXOpen", "we" or "us".
We provide our customers with foreign exchange contracts (FX) and contracts for differences (CFD) trading and related eWallet services from www.fxopen.com.
This policy sets out the basis on which any personal information we collect from you, or that you provide to us, will be processed by us. Please read the following carefully to understand our views and practices regarding your personal information and how we will treat it. By using our website, you agree to be bound by this privacy policy.

## Privacy

We know that you are concerned with how we deal with your personal information. This privacy statement sets out our current policies and demonstrates our commitment to your privacy. Your further rights and our obligations in respect to collecting and dealing with your personal information are disclosed in the Privacy Act 1993.

## Purpose of the Information processing

We are required to maintain certain personal information about individuals for the purposes of satisfying our operational and legal obligations (to open an account, transact business effectively and to safeguard your assets and your privacy). We recognize the importance of correct and lawful treatment of personal information as it helps to maintain confidence in our organization and to ensure efficient and successful outcomes when using this information.
Once you open an eWallet and trading account (-s) with us you provide your personal information to both companies FXOpen Markets Limited and XP Solutions Limited. We collect your personal information to provide you with our services as specified in our Client Agreement, eWallet Terms of Use and other documents regulating our business relationship with you published at www.fxopen.com/en/policy. We only use personal information as appropriate to provide you with a high quality of service and security. For example, we may use the information collected from you to verify your identity and contact information and to establish the business relationship with you. We may also use this information to establish and set up your trading account, issue an account numb[illegible] secure password, maintain your account activity, and contact you with account information. W[illegible] [illegible] use your personal information to process and execute your trading orders. We also may use your personal

information in order to receive or send payments to you / from you. In this case, we may share your personal information with external payment provider, which you use to process the payment to us / from us, for example: your bank, corresponding banking institution, payment services provider. All this information helps us improve our services and inform you about new products, services or promotions that may be of interest to you.

## Principles of the Information processing

All personal information is:

- Fairly and lawfully processed;
- Processed for a lawful specified purpose;
- Adequate, relevant and not excessive;
- Not kept for longer than necessary;
- Processed in accordance with the individual's (data subject's) rights;
- Secure;
- Not transferred to other countries without adequate protection.

## Personal Information We Collect

We may collect and process the following data about you:

- Information that you provide by filling in forms on our website, in emails, by calls, in our live chat, support center;
- Up-to-date information about yourself, if you register your personal details to use our service;
- Information you provide to us in the applications we ask you to fill in;
- Details of your visits to our website, details of your emails, calls and requests sent through the live chat, support center from, including, but not limited to: traffic information, location information, weblogs and other communication information, the resources that you access, devices and services you use to contact us.

The personal information that we collect from our customers, process and control to provide our services, include:

- name, date of birth, address;
- contact details, such as: email address, phone number, postal address, messengers and/or social networks ID;
- financial information: source of funds you deposit or intend to deposit to us, source of wealth, your balances with us;
- occupation and name of employer;
- payment information: deposits and withdrawals amount, date of payment, banks and other payment institutions involved in the payment process;
- trading information: orders and their execution results;
- technical information such as your IP addresses used to access our website and services, your activity logs in our systems.

Considering our obligations under respective AML/CFT regulations we also collect, process and keep the documents, which the customer provides to us to verify the personal information specified above. This

include: passport, driving license and other ID copies, utility bills or other documents confirming the address of the customer, bank or other financial institutions statements, documents confirming source of funds and/or source of wealth etc. Please refer to www.fxopen.com/en/aml-policy.

We also collect the information about current, past and prospective clients and customers, website visitors, etc. with whom we have dealings. This information may include information required to communicate with you, including your name, mailing address, telephone number, email address and your location information.

We may also ask you for information when you report a problem with our website. If you contact us, we may keep a record of that correspondence. We may also ask you to complete surveys that we use for research purposes, although you do not have to respond to them.

You have choices about the information we collect. When you are asked to provide personal information, you may decline. Subject to the provisions of this policy specified below, you are also entitled to have FXOpen erase your personal information, cease further dissemination of the information and potentially have third parties halt processing of the information. The withdrawal of consent does not affect the lawfulness of processing based on consent before its withdrawal. However, if you choose not to provide information that is necessary to provide a service or feature or to withdraw the information that is still relevant to original purposes of processing, you may not be able to use that service or feature.

The information we collect depends on the context of your interactions with FXOpen, the choices you make, including your **privacy** settings, and the service and features you use. FXOpen shall comply with the regulations applicable to the financial services providers, including AML/CFT regulations. As a result, we need to collect, process and keep your personal information to meet the applicable legislation requirements. Your refusal to provide us with the personal information in some cases may lead to freezing of your accounts with us and the funds held on such accounts. Under certain circumstances, we shall also report your activity and respective personal information to authorities.

Personal information may consist of information kept on paper, computer or other electronic media all of which is protected under the **applicable law**.

## Your rights

As a data subject which provides its personal information to us you are entitled to:

- obtain from us an information whether your personal information is being processed by us. You may also access your personal information and request us to provide you with a copy of your personal information;
- obtain from us without undue delay the rectification of inaccurate personal information. You also have the right to have incomplete personal information completed;
- subject to the information protection regulations applicable to you, you may request from FXOpen the erasure of your personal information without undue delay. The request shall be made on the legal grounds provided in the information protection regulations applicable to you, which include among other:
  - the personal information are no longer necessary in relation to the purposes for which they were collected or otherwise processed;
  - you withdraw your consent on which the processing is based according to the provisions of the applicable to you information protection regulations and where there is no other legal grou[illegible] for the processing;
  - you object to the processing pursuant to the applicable information protection regulations [illegible] there are no overriding legitimate grounds for the processing, or the information subject objects to

the processing;

- the personal information have been unlawfully processed;
- the personal information have to be erased for compliance with a legal obligation in European Union or the law to which FXOpen is subject.

You should also pay an attention that being a financial services provider we shall keep a part of your personal information to comply with FATF recommendations, Anti-money laundering regulations of 2011, Statutory Rules and Orders No. 46 of 2011, Anti-Money Laundering and Countering Financing of Terrorism Act 2009 and other applicable legislation. Your request to erase your personal information would not affect such part of the personal information.

- subject to the information protection regulations applicable to you, you may request from FXOpen to restrict processing of your personal information in the following cases:
  - the accuracy of the personal information is contested by you, for a period enabling us to verify the accuracy of your personal information;
  - the processing of your personal information is unlawful and you oppose the erasure of your personal information and request the restriction of their use instead;
  - FXOpen no longer needs the personal information for the purposes of the processing, but they are required by you for the establishment, exercise or defense of legal claims;
  - You object to processing pursuant to the applicable information protection regulations pending the verification whether the legitimate grounds of us override yours.
- you shall be notified by us once any rectification or erasure of personal information or restriction of processing to each recipient to whom the personal information have been disclosed takes place;
- receive your personal information, provided to FXOpen, in a structured, commonly used and machine-readable format and you have the right to transmit those information to any third party. You may also ask us to transmit your personal information directly from FXOpen to other person in case such other person support the information formats and secure connections used by FXOpen to transmit such information;
- object, on grounds relating to your particular situation, at any time processing of your personal information. If you do so, FXOpen wouldn't process your personal information unless we demonstrate compelling legitimate grounds for the processing which override your interests, rights and freedoms or for the establishment, exercise or defence of legal claims. Such grounds include among other the responsibilities of FXOpen arising out of AML/CFT regulations;
- You have the right not to be subject to a decision based solely on automated processing, including profiling, which produces legal effects concerning you or similarly significantly affects you. However, we could do so if this is necessary for entering into, or performance of, a contract between us. We use an automated information system, which collects and process your personal information and make a pre-decision in respect to the entering into agreement with you or requests an additional information from you in order to execute our obligations under the agreement with you.

## Reasons we share your personal information

We share your personal information with your consent or as necessary to complete any transaction or provide any service you have requested or authorized (debiting and crediting your accounts, executing your trading orders, providing support to you etc.).
In order to provide you with our services we share your personal information with our partner[illegible]ors and service providers, including IT and software providers and vendors. We may also share your personal information with third persons and authorities if required by law, in respond to legal process,

to protect our clients, to maintain the security of our services and to protect the rights or property of FXOpen.

We do not sell, license, lease or otherwise disclose your personal information to any third party for any reason, except as described below.

We reserve the right to disclose your personal information to third parties when required to do so by law to regulatory, law enforcement or other government authorities. We may also disclose your information as necessary to credit reporting or collection agencies. We may also disclose your information to non-affiliated third parties if it is necessary to protect FXOpen rights or property.

We share your personal information with the banks and payment institutions, which process your payments to/from us. Commonly, we share your name, address, contact details (email) and the amount of payment to/from you. Such disclosure is made solely to provide you with an ability to deposit withdraw funds to/from us.

We may share your personal information with third parties acting as our liquidity providers. Once we hedge your positions with external liquidity providers they may access the information regarding your trading orders, including types of derivatives traded, their amount.

Your personal information may be shared with our software vendors and IT services providers including trading platform providers (hereinafter – "IT vendors"). While providing FXOpen with software, its modifications, implementation and support IT vendors may have an access to our information systems from their systems and locations. As a result, some of your personal information depending on the system where they are kept may be disclosed to our IT vendors. We limit an access of such IT vendors to our information systems to the best of our abilities. However, the situation may arise that in the process of software maintenance (modification of software functionality, migrating information to the new software versions, fixing bugs etc.) the vendor and/or IT provider get an access to the databases where your personal information is stored.

Some of IT vendors act as our technology providers based on the software-as-a-service (SAAS) business model. In this case, FXOpen use their information systems installed on their hardware environment. Respectively, our databases may be kept on the servers of such vendors. In this case, we limit an access using integrated management rules, which restrict vendor's access to the information kept by its clients (FXOpen).

To help us improve our services to you, we may engage another business to help us to carry out certain internal functions such as account processing, client service and support, client satisfaction surveys or other information collection activities relevant to our business. We may also provide a party with customer information from our database to help us to analyze and identify customer's needs and notify customers of product and service offerings. Use of the shared information is strictly limited to the performance of the task we request and for no other purpose.

According to the applicable law, we are required to upload your trading information (trading orders and/or positions) along with some of your personal information (name and/or UID) to the trading information depositories. We enter into agreements with the well-known international depositories, which provide a highest level of information security.

We may share information with affiliates and partners, including companies operating under FXOpen ® brand name, if the information is required to provide the product or service you have requested, or to provide you with the opportunity to participate in the products or services our affiliates and partners offer. We may also forge partnerships and alliances, which may include joint marketing agreements, with other companies who offer high-quality products and services that might be of value to our customers. In order to ensure that these products and services meet your needs and are delivered in a manner that is useful and relevant, we may share some information with partners, affiliates and alliances. This allows them to better understand the offers that are most relevant and useful t[illegible]elf. The use of your personal information is limited to the purposes identified in our relationship w[illegible]e partner or affiliate.

All third parties receiving your personal information from us under the respective agreements are required to protect your personal information in a manner similar to the way we do this. We use a variety of legal mechanisms, including contracts, to help insure your rights and protections.

## Restriction of responsibility

If at any time you choose to purchase a product or service offered by another company, any personal information you share with that company will no longer be controlled under our Privacy Policy. We are not responsible for the privacy policies or the content of sites we link to and have no control of the use or protection of information provided by you or collected by those sites. Whenever you elect to link to a co-branded Web site or to a linked Web site, you may be asked to provide registration or other information. Please note that the information you are providing is going to a third party, and you should familiarize yourself with the privacy policy provided by that third party.

## Access to Personal Information

All individuals who are the subject of personal information held by us are entitled to:
- ask what information we hold about them and why;
- ask how to gain access to it;
- be informed how to keep it up to date;
- have inaccurate personal information corrected or removed;
- to receive the personal information concerning them, which they have previously provided;
- prevent us from processing information or request that it is stopped if the processing of such information is likely to cause substantial, unwarranted damage or distress to the individual or anyone else, etc.;
- require us to ensure that no decision which significantly affects an individual is solely based on an automated process for the purposes of evaluating matters relating to him/her, such as conduct or performance;
- be informed what we are doing to comply with our obligations under the **personal information protection laws**.

If you cannot access certain information and personal information collected by FXOpen, you can always contact FXOpen by contact details as specified in this Privacy Policy. We will respond to requests to access or delete your personal information within 30 days.
Should you consider that your rights under this Privacy policy and/or applicable legislation are infringed by us and we didn't take all necessary actions to remedy such violation or rejected your claim you have the right to lodge a complaint with a supervisory authority and before the competent court.

## Security of Personal Information

We maintain strict security standards and procedures with a view to preventing unauthorized access to your information by anyone, including our staff.
We use different organizational and technological measures to protect your personal information such as pseudonymisation and encryption. As a part of the pseudonymisation process when you establish a business relationship with us we assign to your accounts (both ewallet and trading account) th[illegible]ue identifiers (UID) which make your personal information no longer be attributed to you withou[illegible]e of additional information from our information system. Your UID instead of your name is used in most of the information systems we utilize to provide you with our services. Only a limited number of our staff

and third parties have an access to the information system where your personal information in conjunction with UID is stored.
We use leading encryption technologies to secure your information on a hardware and software levels. The hardware protection includes Cisco security products. The software protection tools include strict control mechanisms as follows: SSL, TLS with keys larger than 2048-bit.
All FXOpen members, all our staff and third parties whenever we hire them to provide support services, are required to observe our privacy standards and to allow us to audit them for compliance.

## Where Personal Information is stored and processed

Personal information collected by FXOpen may be stored and processed in your region or in any other country where FXOpen or its affiliates, subsidiaries or service providers maintain facilities. Typically, the primary storage location is in the European Union, with a backup to the information centers in another regions. The storage location(s) are chosen in order to operate efficiently, to improve performance, and to create redundancies in order to protect the information in the event of an outage or other problem. We take steps to ensure that the information we collect under this privacy statement is processed according to the provisions of this statement and the requirements of applicable law wherever the information is located.
We transfer personal information to other countries. When we do so, we use a variety of legal mechanisms, including contracts, to help ensure your rights and protections travel with your information.

## Retention of Personal Information

As a general rule, FXOpen retains your personal information for the whole period of the business relationship with you and 5 years from the moment termination of such relationship. However, the period of your personal information retention can vary for different information types in the context of different products, actual retention periods can vary significantly. The criteria used to determine the retention periods include, for instance:

- The period of information processing needed to provide the services. This includes such things as maintaining and improving the performance of those services, keeping our systems secure, and maintaining appropriate business and financial records. This is the general rule that establishes the baseline for most information retention periods.
- The information subject's consent for a longer retention period. If so, we will retain information in accordance with the consent.
- FXOpen is subject to a legal, contractual, or similar obligation to retain the information. Mandatory information retention laws including AML/CFT regulations can be applied in the applicable jurisdiction, government orders to preserve information relevant to an investigation, or information that must be retained for the purposes of litigation.

## Use of Cookies

We use cookies to assist us in securing your trading activities and to enhance the performance of [illegible] Website. (Cookies are small text files sent from the Web server to your computer.) Cookies us[illegible] do not contain any personal information, nor do they contain account or password information. [illegible]ey merely allow the site to recognize that a page request comes from someone who has already logged on.

We may share Website usage information about visitors to the Website with reputable advertising companies for targeting our Internet banner advertisements on this site and other sites. For this purpose, pixel tags (also called clear gifs or web beacons) may be used to note the pages you've visited. The information collected by the advertising company through the use of these pixel tags is not personally identifiable.

To administer and improve our Website, we may use a third party to track and analyze usage and statistical volume information including page requests, form requests, and click paths. The third party may use cookies to track behavior and may set cookies on behalf of us. These cookies do not contain any personally identifiable information.

## Changes to this Privacy Policy

From time to time, we may update this Privacy Policy. In the event we materially change this Privacy Policy, the revised Privacy Policy will promptly be posted to the websites and we will post a notice on our websites informing you of such changes. You agree to accept posting of a revised Privacy Policy electronically on the website as actual notice to you. Any dispute over our Privacy Policy is subject to this notice and our agreement with you. We encourage you to periodically check back and review this policy so that you will always know what information we collect, how we use it, and to whom we disclose it. If you have any questions that this statement does not address, please contact us.

## Contact

If you have a privacy concern, complaint or a question regarding your personal information collecting, processing and keeping, please contact the Information Protection Officer by email privacy@fxopen.com, by phone +64 9 8010123 or send a correspondence to 63 Pitt Street, Auckland Central, Auckland, 1010, New Zealand. We will respond to questions or concerns within 30 days. Unless otherwise stated, both FXOpen Markets Limited and XP Solutions Limited are information controllers for personal information we collect through the services subject to this statement.

Registered at:

2005-2020 © FXOpen All rights reserved. Various trademarks held by their respective owners.

Risk Warning: Trading on the Forex market involves substantial risks, including complete possible loss of funds and other losses and is not suitable for all members. Clients should make an independent judgement as to whether trading is appropriate for them in the light of their financial condition, investment experience, risk tolerance and other factors.

FXOpen Markets Limited, a company duly registered in Nevis under the company No. C 42235. FXOpen is a member of The Financial Commission.

FXOpen does not provide services for United States residents.

Privacy : Terms (Documents) : AML

Server Status:



6

Search user by: XX60FXPNXXF9776910001

Profile | Information | Experience | Statements | Bonuses | User Block | Operations Summary | Commission | Activity

User type: Corporate (Not verified)

Canton Business Corp
Mr Stanislav Golovanov
eWallet: XX60FXPNXXF9776910001

## Personal details:

| | |
|---|---|
| Title: | Mr |
| First name: | Stanislav |
| Surname: | Golovanov |
| Nickname: | Xqe646HJm1 |
| Date of Birth: | |
| Nationality: | |
| Employment status: | |

## Corporate details:

| | |
|---|---|
| Company name: | Canton Business Corp |
| Director: | |
| Position: | Director |
| www: | |
| Country: | SEYCHELLES |
| City: | Victoria |
| Address: | Suite1,2Fl,Sound Vision House,Fr.Rachel Str |
| State: | Mahe |
| Zip Code: | na |

## Similar users:

| Payment type | Date | Email |
|---|---|---|
| Webmoney | 6/20/2016 | wmewme@gmail.com |

## Contact information:

| | |
|---|---|
| Language: | Russian |
| Email: | info@wme.cc |
| Phone: | 74957543455 |
| Skype: | |
| Comment: | !!! For CUSTOMER SUPPORT: In case customer will contact and ask to unblock his ewallet, a relevant request must be sent to compliance@fxopen.com !!! |
| Identities: | |

## Verification details:

Grade: Grade 1
Grade 2 — Rejected

Verification Comment:

Dear Client,

in accordance with our KYC and AML program we kindly ask you to renew your corporate documents and upload them into verification section:

1) Certificate of Good Standing;
2) Memorandum and Articles of Association or any national equivalent
3) Utility Bill/ Bank Statement with company's name and address issued within last 3 months;
4) Resolution of the board of directors to open an account and confer authority on those who will operate it;
5) Proof of identity and proof of address of directors in case he/she will deal with the company on bahalf of the Customer;
6) Proof of identity and proof of address of all ultimate beneficiaries/shareholders;
7) In case there are some shareholders with total share over 25% :ID of that person(s) and Utility Bill or Stetment with home address issued after 1st of March, 2017;
8) In case the owner of the corporation is another legal entity: ID of the owner of that corporate and Utilit Bill or Statement with home address issued after 1st of March, 2017.

The documents shall be presented in scan copies of the originals.

The company has the right to require additional documents for verification procedure with or without further explanation to the client.

This is the exhibit marked with the number "**6**" referred to in the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28 day of May 2020 before me

S.C BLACKWELL

A solicitor of the High Court of New Zealand

Search user by: XX60FXPNXXF9776910001

Profile | Information | Experience | Statements | Bonuses | User Block | Operations Summary | Commission | Activity

| All accounts | ECN | STP |
|---|---|---|
| XX60FXPNXXF9776910001 (eWallet) | 386425 USD | 684292 USD |
| | 520485 USD | |
| | 821608 USD | |
| | 896201 USD | |
| | 896205 AUD | |
| | 900207 USD | |
| | 901065 USD | |
| | 901066 EUR | |
| | 901546 USD | |
| | 902064 AUD | |
| | 907619 USD | |
| | 903955 USD | |
| | 904182 USD | |

| | |
|---|---|
| Registration Date: | 2/29/2012 6:01:04 AM |
| Last Login Date: | 7/24/2017 1 22:41 PM |
| From IP: | 37.48.94.107 |
| Browser: | Desktop, WinNT, Chrome 58.0 |
| Last Activity Domain: | my.fxopen.ru |
| Domain Account: | my.fxopen.com |
| Technical status: | -- |
| Client satisfaction status: | -- |
| Trading status: | -- |
| Finance status: | -- |
| Client status: | -- |
| Subject area: | -- |
| Trading strategy status: | -- |

Enabled:
SWAP: ✓
Send Statement:
Overdraft:

## Payment Information XX60FXPNXXF9776910001 (eWallet)

| Payment Type | Payment Option | Debit | Credit | Currency |
|---|---|---|---|---|

## Account Balance XX60FXPNXXF9776910001 (eWallet)

| Currency | Balance | Balance difference | Blocked amount |
|---|---|---|---|

Search user by: XX60FXPNXXF9776910001

Profile | Information | Experience | Statements | Bonuses | User Block | Operations Summary | Commission | Activity

## Trading Experience

| | | How long have you traded? | Frequency of Trades |
|---|---|---|---|
| Do you have experience trading currencies through interbank or OTC foreign exchange? | Yes No | 6-12 months | Weekly |
| Do you have experience trading securities? | Yes No | - Select - | - Select - |
| Do you have experience trading commodities? | Yes No | - Select - | - Select - |
| Do you have experience trading futures? | Yes No | - Select - | - Select - |
| Do you have experience trading CFDs (Contracts for Difference)? | Yes No | - Select - | - Select - |
| Do you work, or have you worked in the financial services sector for at least 1 year in a professional position requiring knowledge of transactions or services related to BrokerName's offered product(s)? | Yes No | | |
| Do you have any educational qualifications relevant to BrokerName's offered product(s)? | Yes No | If Yes, please specify | |

## Financial Information

| Total annual income | Net Worth (Assets minus Liabilities) | Liquid Assets (Quickly Disposable) |
|---|---|---|
| Over $1,000,000 | Over $10,000,000 | Over $1,000,000 |

| | Yes/No | If yes, please specify |
|---|---|---|
| Have you declared bankruptcy within the past 10 years? | Yes No | |
| | If Yes, pleace indicate date and provide copy of discharge letter: | |
| Do you have or have you ever had any other account with us? | Yes No | |
| | If yes, provide account number(s): | |
| Are you or any person having interest in this account | | |
| A member of any commodity exchange? | Yes No | |
| | If Yes, please list: | |
| An employee of a regulatory agency? | Yes No | |
| | If Yes, please list: | |
| Do you have a personal assets portfolio, including cash and/or other financial instruments, of at least $500,000? | Yes No | |
| Investment | Speculation | |



**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

# CUSTOMER ANNUAL REVIEW FORM

## GENERAL INFORMATION:

Dear Client, subject to our AML/CFT Compliance Program we are obliged to perform our customers due diligence on a regular basis.

Therefore, we kindly ask you to complete this form and provide supporting documents in case any of the details of your company and/or its financial position changed. Please also provide us with the document, issued by a government authority clearly showing your company is in good standing in the jurisdiction of its registration.

Thank you for your understanding!

## COMPANY'S INFORMATION

Company Name: **Canton Business Corp.**

Registered Number: **095878**

Date and Country of Incorporation: **29th of August 2011, Republic of Seychelles**

Trading Name: **Canton Business Corp.**

Website URL: -

Company Address: **Suite 1, Second Floor, Sound & Vision House, Francis Rachel Str., Victoria, Mahe, Seychelles**

Phone and Fax Number: ______________________

Email address: **info@wme.cc**

*Please note that this email will be used for delivery the confirmations and profit-and–loss statements generated for this account.*

Nature of Business: **Information Technologies**

Description of Business: **software development, support, financial operation processing using developed software**

VAT/Tax ID # **no Tax ID**

Source of Funds: **remuneration gained on customers transactions processing**

List of business locations: CIS, Asia, Europe

Is your company supervised by a National authority? YES ☑ NO

If YES, please specify the name of the regulating authority and your authorization number:

______________________





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

Where your corporate officer/principal ever charged or convicted of a felonious crime which would potentially disqualify your company from registration with any regulatory agency? ☐ YES ☑ NO

If YES, please specify: ______________________

Is there currently pending or has there ever been any litigation, disputed accounts or other matters between your and any governmental or regulatory bodies? ☐ YES ☑ NO

If YES, please specify: ______________________

Is the Company incorporated outside the United States of America? ☑ YES ☐ NO

Do all beneficial shareholders reside outside the United States of America? ☑ YES ☐ NO

## TRADING EXPERIENCE

*The purpose of this questionnaire is to enable FXOpen to assess whether specific types of products or services are appropriate for you. We are to gather certain information regarding your knowledge and experience of investment in the products you wish to trade.*

Please specify your trading experience?

| Instrument | YES | NO | Years of Experience | Frequency per month |
|---|---|---|---|---|
| Off- exchange currency exchange rate or precious metals based derivatives | yes | | 5 | 100 |
| Futures | yes | | 1 | 10 |
| Options | | | | |
| Forwards | | | | |
| Contracts for Difference | yes | | 5 | 100 |
| Spread Betting | | | | |
| Securities | yes | | 1 | 10 |
| Commodities | yes | | 1 | 10 |
| Other | | | | |

Has/Have the responsible officer(s) of the Customer been employed, or currently employed in the financial sector for at least 1 year requiring knowledge of transactions or services related to FXOpen's offered product(s)? **Yes, Company's Director**

Do you hold any existing trading accounts with other companies similar to those you are applying to open with FXOpen? **NO**

If yes, please specify ______________________

What is the size of the Customer's current financial portfolio? **25,000,000 USD**





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www fxopen.com

## INVESTMENT OBJECTIVE

Nature of your trading: Speculative ☑ Hedging

Will this account be traded on your behalf by anyone other than you? YES ☑ NO

Does any other person/entity control this account? YES ☑ NO

Does any other person/entity have financial interest in this account? YES ☑ NO

If you have answered **yes** to any of the above, please specify: ______________________

______________________________________________________________

Estimated amount to invest USD: **25,000,000 USD**

## COMPANY'S DIRECTORS/SENIOR OFFICERS/REPRESENTATIVES

Name, Position: **Gina Sandra Kilindo, Director**

Residential Address and contact details: **Anse Faure, Mahe, Seychelles**

Name, Position: **Golovanov Stanislav, Attorney-in-fact**

Date of Birth: **21.06.1980**

Passport/ID number: **passport 4505013246 issued on 13.02.2003 OVD Timiryazevskiy, Moscow, Russia**

Residential Address and contact details: **Russia, Moscow, Krasnostydencheskiy proezd, buid.1, app.110**

Is any of the company's Directors/Senior Officers a politically exposed person (PEP)? YES ☑ NO

*Politically Exposed Persons" ("PEPs") – are individuals who are or have been entrusted with prominent public functions in a foreign country e.g., Heads of State or of government, senior politicians, senior government, judicial or military officials, senior executives of state owned corporations, important political party officials. Business relationships with family members or close associates of PEPs involve reputational risks similar to those with PEPs themselves. The definition is not intended to cover middle ranking or more junior individuals in the foregoing categories.*

If **yes**, please specify:______________________________________________

## COMPANY'S SHAREHOLDERS:

*Please provide the list of all ultimate beneficial owners including those who have (i) effective control of a customer or (ii) owns more than 25 percent of the Customer (iii), or the person on whose behalf a transaction is conducted.*





**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

*Please pay attention that Beneficial owner is an INDIVIDUAL who satisfies any one or any combination of elements listed above.*

Name, % Shareholding **Golovanov Stanislav, 100%**

Date of Birth: **21.06.1980**

Passport/ID number: **passport 4505013246 issued on 13.02.2003 OVD Timiryazevskiy, Moscow, Russia**

Residential Address and contact details: **Russia, Moscow, Krasnostydencheskiy proezd, buid.1, app.110**

Source of wealth and source of funds: **own business, IT services**

Is any of the company's Shareholders a politically exposed person (PEP)? YES ☑ NO

If yes, please specify:________________________________________

## FINANCIAL SITUATION (please indicate in USD)

Company's annual turnover: **200,000,000 USD**

Company's total balance sheet: **100,000,000 USD**

Company's own funds: **30,000,000 USD**

Date of latest audited financials: **no audit required**

## AUTHORISED TRADERS

*Please also sign the Corporate Resolutions attached hereto*

Name, Position: **Golovanov Stanislav, Director**

Date of Birth: **21.06.1980**

Passport/ID number: **passport 4505013246 issued on 13.02.2003 OVD Timiryazevskiy, Moscow, Russia**

Residential Address and contact details: **Russia, Moscow, Krasnostydencheskiy proezd, buid.1, app.110**

## BANKING DETAILS

Bank name: **Mayzus Financial Services Limited (UK)**

Address: **869 High Road, London, United Kingdom, N12 8QA**

Bank Account Name: **Canton Business Corp.**



**FXOpen Markets Limited**
P.O. Box 590, Springates East, Government Road,
Charlestown, Nevis
www.fxopen.com

The Company confirms that all the details provided in this form are correct, complete and truthful. The Company will inform FXOpen Markets Limited immediately in writing of any changes to the details contained herein.

The Company confirms its board of directors have read and understood the relevant items enclosed.

The Company hereby confirms that eWallet account and eWallet related services are provided to the Company by XP Solutions Limited (New Zealand company number 3789182), registered in the Financial Service Provider of New Zealand (FSP215305). The Company authorizes FXOpen to provide this form and all supporting documents to XP Solutions Limited in order meet the Company obligations towards XP Solutions Limited, including but not limited to: provision of the information and documents as a part of KYC/CDD procedures, which XP Solutions Limited has in place.

Executed by the Company's duly authorised representatives:

Name:        **Golovanov Stanislav**

Position:    **Director**

Date:        **3rd of April 2015**

7

Search user by: XX20FXPNXXF3396510002

Profile | Information | Experience | Statements | Bonuses | User Block | Operations Summary | Commission | Activity | Payment Account

## User type: Personal (Not verified)

Mr Aleksandr Vinnik
eWallet: XX20FXPNXXF3396510002

### Personal details

| | |
|---|---|
| Title: | Mr |
| First name: | Aleksandr |
| Surname: | Vinnik |
| Nickname: | H52kImNFql |
| Country: | RUSSIAN FEDERATION |
| City: | Moscow |
| Address: | 2 Novoostankinskya str., 21-138 |
| State: | RU |
| Zip Code: | 129075 |
| Date of Birth: | 8/16/1979 |
| Nationality: | Russian |
| Employment status: | Unemployed |

### Similar users:

| Payment type | Date | Email |
|---|---|---|
| Webmoney | 6/20/2016 | info@wme.cc |

### Contact information:

| | |
|---|---|
| Language: | Russian |
| Email: | wmewme@gmail.com |
| Phone: | 77777777 |
| Skype: | |
| Comment: | |
| Identities: | |

### Verification details:

| | |
|---|---|
| Grade: | Grade 1<br>Grade 2 — Rejected |
| Verification Comment: | in order to complete verification procedure of your account you have to upload copies of ID card and Utility Bill or Bank Statement that must be duly certified by a trusted referee. |

Markers | Settings

| | |
|---|---|
| Technical status: | -- |
| Client satisfaction status: | -- |
| Trading status: | -- |
| Finance status: | -- |
| Client status: | -- |
| Subject area: | -- |
| Trading strategy status: | -- |

### Additional information:

| Name | Status |
|---|---|
| ChangeCredentials (Credentials/RequiredChange) | Filled |
| PopulateAccount (ByPass/PopulateAccount) | Filled |
| PrimaryInformation (Populate/PrimaryInformation) | Filled |

This is the exhibit marked with the number "**7**" referred to in the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28 day of May 2020 before me

S.C. Blackler

A solicitor of the High Court of New Zealand

Search user by: XX20FXPNXXF3396510002

Profile | Information | Experience | Statements | Bonuses | User Block | Operations Summary | Commission | Activity | Payment Account

| All accounts | Crypto | ECN | Investment | Standard | STP |
|---|---|---|---|---|---|
| XX20FXPNXXF3396510002 (eWallet) | 7011693 MBT | 231519 USD | 9003549 RUB | 7525D USD | 659094 RUB |
| | | 231554 USD | | 290201 USD | |
| | | 405964 USD | | | |
| | | 930739 USD | | | |
| | | 938347 RUB | | | |

Registration Date: 3/26/2008 6:42:33 PM
Last Login Date: 6/29/2017 12:00:39 PM
From IP: 37.48.94.107
Browser: Desktop, Unknown, Safari 10.1
Last Activity Domain: my.fxopen.ru
Domain Account: my.fxopen.com
Technical status: --
Client satisfaction status: --
Trading status: --
Finance status: --
Client status: --
Subject area: --
Trading strategy status: --

Enabled:
SWAP: ✓
Send Statement:
Overdraft:

## Payment Information XX20FXPNXXF3396510002 (eWallet)

| Payment Type | Payment Option | Debit | Credit | Currency |
|---|---|---|---|---|
| Exchange | Exchange | 1000000 | 0 | RUB |
| Exchange | Exchange | 0 | 13478.120697 | USD |
| Manual | Deposit | 0 | 1650000 | RUB |
| Manual | Deposit | 0 | 3740621.11 | USD |
| Manual | Exchange | 0 | 1000000 | RUB |
| Manual | Exchange | 13478.12 | 0 | USD |
| Manual | Transfer | 469394.56999999995 | 469394.56999999995 | RUB |

## Account Balance XX20FXPNXXF3396510002 (eWallet)

| Currency | Balance | Balance difference | Blocked amount |
|---|---|---|---|
| BTC | 0.00 | 0.00 | 0.00 |
| RUB | 453361.65 | 0.00 | 0.00 |
| USD | 72574.48 | 0.00 | 0.00 |

Search user by: XX20FXPNXXF3396510002

Profile | Information | Experience | Statements | Bonuses | User Block | Operations Summary | Commission | Activity | Payment Account

## Trading Experience

| | | How long have you traded? | Frequency of Trades |
|---|---|---|---|
| Do you have experience trading currencies through interbank or OTC foreign exchange? | Yes (selected) / No | 6-12 months | Daily |
| Do you have experience trading securities? | Yes / No (selected) | - Select - | - Select - |
| Do you have experience trading commodities? | Yes / No (selected) | - Select - | - Select - |
| Do you have experience trading futures? | Yes / No (selected) | - Select - | - Select - |
| Do you have experience trading CFDs (Contracts for Difference)? | Yes / No (selected) | - Select - | - Select - |
| Do you work, or have you worked in the financial services sector for at least 1 year in a professional position requiring knowledge of transactions or services related to BrokerName's offered product(s)? | Yes (selected) / No | | |
| Do you have any educational qualifications relevant to BrokerName's offered product(s)? | Yes / No (selected) | If Yes, please specify | |

## Financial Information

| Total annual income | Net Worth (Assets minus Liabilities) | Liquid Assets (Quickly Disposable) |
|---|---|---|
| Under $25,000 | Under $25,000 | Under $25,000 |

| | Yes/No | If yes, please specify |
|---|---|---|
| Have you declared bankruptcy within the past 10 years? | Yes / No (selected) | |
| | If Yes, pleace indicate date and provide copy of discharge letter: | |
| Do you have or have you ever had any other account with us? | Yes / No (selected) | |
| | If yes, provide account number(s): | |
| Are you or any person having interest in this account | | |
| A member of any commodity exchange? | Yes / No (selected) | |
| | If Yes, please list: | |
| An employee of a regulatory agency? | Yes / No (selected) | |
| | If Yes, please list: | |
| Do you have a personal assets portfolio, including cash and/or other financial instruments, of at least $500,000? | Yes / No (selected) | |
| Investment | Hedging | |



ВЫПИСКА ПО СЧЕТУ

Клиент: VINNIK ALEXANDER
Номер счета: LV43LATB0002220133878 EUR
Период: 01.01.2014 - 09.06.2014

Начальный баланс: 3 029.06 EUR

| Дата | Детали операции | Дебет | Кредит | Остаток |
|---|---|---|---|---|
| 12.05.2014 | FX6728591A Конвертация по курсу 1.39 USD / EUR (1,475.89 LVL) | | 2 100.00 | 5 129.06 EUR |
| 12.05.2014 | RMO522079W (исходящий перевод) Booking Althea Kalamies 3bedroom vi lla 6/9-18/10. MU 266. Счет получателя: /CY20002001830000001101032400. Дата валютирования: 13/05/14 (3,514.02 LVL) **Получатель:** Louis Hotels PLC CO LTD<br>**Банковская ссылка** RMO522079W | 5 000.00 | | 129.06 EUR |
| 20.05.2014 | RMI001230M (входящий перевод) REF-NO : 03MT140519313419 /RFB/SIP/19.05-11:33IN ORDER OF 931 1.23015 ALEXANDER VINNIK ORIGINAL AMOUNT : EUR50000. (35,140.20 LVL) **Отправитель:** MAYZUS FINANCIAL SERVICES LIMITED Ordering account: 4030200108<br>**Банковская ссылка** RMI001230M | | 50 000.00 | 50 129.06 EUR |
| 05.06.2014 | Kartes konta 7250137962 automatiska parāda dzēšana VINNIK ALEXANDER . P.k: (35.14 LVL) | 50.00 | | 50 079.06 EUR |
| | Всего дебет: | 5 050.00 | | |
| | Всего кредит: | | 52 100.00 | |
| | Текущий баланс: | | | 50 079.06 EUR |
| | Замороженный баланс: | | | 0.00 EUR |
| | Доступный баланс: | | | 50 079.06 EUR |

Дата: 2014.06.09 12:56:09

РОССИЙСКАЯ ФЕДЕРАЦИЯ

37 03 768352

Паспорт выдан: УВД ГОР.КУРГАНА

Дата выдачи: 28.05.2003

Код подразделения: 451-001

Личный код

Личная подпись

Паспортно-визовая служба МВД России 451-001

37 03 768352

Фамилия: ВИННИК

Имя: АЛЕКСАНДР

Отчество: ВЛАДИМИРОВИЧ

Пол: МУЖ.

Дата рождения: 16.08.1979

Место рождения: ГОР.КУРГАН

г. Москва
УВД СВАО
Отдел внутренних дел
Останкинского района
Паспортно-визовое отделение
ЗАРЕГИСТРИРОВАН

ул. 2я Новоостанкинская
дом № 21 корп. - кв. 138
04 мая 2007 г.
Подпись

37 03 768352



РОССИЙСКАЯ ФЕДЕРАЦИЯ
RUSSIAN FEDERATION
Подпись владельца
Holder's signature
RUS

РОССИЙСКАЯ ФЕДЕРАЦИЯ / RUSSIAN FEDERATION

ПАСПОРТ / PASSPORT

Тип / Type: P

Код государства выдачи / Code of issuing State: RUS

Номер паспорта / Passport No.: 72 3880694

Фамилия / Surname: ВИННИК / VINNIK

Имя / Given names: АЛЕКСАНДР ВЛАДИМИРОВИЧ / ALEXANDER

Гражданство / Nationality: РОССИЙСКАЯ ФЕДЕРАЦИЯ / RUSSIAN FEDERATION

Дата рождения / Date of birth: 16.08.1979

Учетная запись

Пол / Sex: М / M

Место рождения / Place of birth: Г. КУРГАН / USSR

Дата выдачи / Date of issue: 01.04.2013

Орган, выдавший документ / Authority: ФМС 77001

Дата окончания срока действия / Date of expiry: 01.04.2023

Подпись владельца / Holder's signature

```
P<RUSVINNIK<<ALEXANDER<<<<<<<<<<<<<<<<<<<<<<
7238806941RUS7908161M2304012<<<<<<<<<<<<<<<0
```

8

This is the exhibit marked with the number "**8**" referred to in the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28 day of May 2020 before me

S.C Blackwell

A solicitor of the High Court of New Zealand

XPSolutions LIMITED

XP Solutions Limited
Level 3, 187 Queen Street, Auckland Cbd, 1010 , New Zealand
www.finfxtech.com

Registered in the Financial Service Provider Register of New Zealand (FSP215305)

**Canton Business Corporation (company number 095878)**

**Account Number** XX60FXPNXXF9776910001
**Currency** USD
**Start** 4/1/2015
**End** 7/31/2017

| Date | CREDIT | DEBIT | Account balance | Comment | Contractor Account |
|---|---|---|---|---|---|
| 4/1/15 12:00 AM | 5,501,507.99 | | 5,501,507.99 | B2B Transfer | |
| 4/23/15 7:00 AM | | 28,556.90 | 5,472,951.09 | Serv agr dd 03.02.14 | |
| 4/23/15 7:01 AM | | 4,200.00 | 5,468,751.09 | Serv agr dd 03.02.14 | |
| 5/14/15 11:30 AM | 22,778.40 | | 5,491,529.49 | Bank Wire DP | |
| 5/15/15 11:30 AM | 64,086.89 | | 5,555,616.38 | Bank Wire DP | |
| 6/3/15 11:06 AM | 155,674.13 | | 5,711,290.51 | Bank Wire DP | |
| 7/10/15 12:31 PM | | 31,803.00 | 5,679,487.51 | Serv agr dd 03.02.14 | |
| 7/10/15 12:33 PM | | 8,400.00 | 5,671,087.51 | Serv agr dd 03.02.14 | |
| 7/10/15 12:34 PM | | 22,500.00 | 5,648,587.51 | MT4 terminal license (upto 01apr2015) | |
| 7/10/15 12:35 PM | | 15,750.00 | 5,632,837.51 | MT4 Mobile license | |
| 10/7/15 2:04 PM | | 28,343.00 | 5,604,494.51 | Serv agr dd 03.02.14 | |
| 10/7/15 2:04 PM | | 4,200.00 | 5,600,294.51 | Serv agr dd 03.02.14 | |
| 10/7/15 2:05 PM | | 12,250.00 | 5,588,044.51 | MT4 license (apr-oct2015) | |
| 11/27/15 12:32 PM | | 132,403.35 | 5,455,641.16 | Serv agr dd 03.02.14 | |
| 11/27/15 12:34 PM | | 330,600.00 | 5,125,041.16 | Serv agr dd 03.02.14 | |
| 11/27/15 12:35 PM | | 378,800.00 | 4,746,241.16 | Serv agr dd 03.02.14 | |
| 11/27/15 12:35 PM | | 480,600.00 | 4,265,641.16 | Serv agr dd 03.02.14 | |
| 11/30/15 9:41 AM | | 289,408.18 | 3,976,232.98 | Serv agr dd 03.02.14 | |
| 12/22/15 7:32 AM | 249,973.90 | | 4,226,206.88 | Bank Wire DP | |
| 12/28/15 11:00 AM | 9,570,234.98 | | 13,796,441.86 | Credit as per BB form dd24Dec2015 | |
| 12/28/15 11:05 AM | | 2,716,234.98 | 11,080,206.88 | Transfer Internal | 896201 |
| 12/29/15 7:01 AM | | 4,200.00 | 11,076,006.88 | Serv agr dd 03.02.14 | |
| 12/29/15 7:02 AM | | 3,500.00 | 11,072,506.88 | MT4 license (nov-dec2015) | |
| 12/29/15 7:36 AM | | 28,938.93 | 11,043,567.95 | Serv agr dd 03.02.14 | |
| 1/8/16 12:19 PM | 490,000.00 | | 11,533,567.95 | Bank Wire DP | |
| 1/8/16 12:19 PM | 99,000.00 | | 11,632,567.95 | Bank Wire DP | |
| 1/8/16 1:14 PM | 1,000.00 | | 11,633,567.95 | Bank Wire DP | |
| 1/11/16 2:48 PM | 500,000.00 | | 12,133,567.95 | Bank Wire DP | |
| 2/4/16 7:14 AM | 500,000.00 | | 12,633,567.95 | Bank Wire DP | |
| 2/5/16 8:33 PM | | 0.01 | 12,633,567.94 | Transfer Internal | 900207 |
| 2/9/16 10:55 AM | 1,000,000.00 | | 13,633,567.94 | Bank Wire DP | |
| 2/20/16 10:57 AM | 52,310.70 | | 13,685,878.64 | Transfer Internal | 896201 |
| 2/20/16 11:49 AM | | 100,000.00 | 13,585,878.64 | Transfer Internal | 901546 |
| 2/20/16 11:49 AM | 100,000.00 | | 13,685,878.64 | Transfer Internal | 896201 |
| 2/24/16 2:16 PM | 1,000,000.00 | | 14,685,878.64 | Bank Wire DP | |
| 2/25/16 5:35 PM | | 3,000,000.00 | 11,685,878.64 | Transfer Internal | 901065 |
| 2/28/16 8:58 PM | 100,000.00 | | 11,785,878.64 | Transfer Internal | 896201 |
| 2/28/16 8:58 PM | | 100,000.00 | 11,685,878.64 | Transfer Internal | 684292 |
| 3/2/16 1:28 PM | | 5,000,000.00 | 6,685,878.64 | Transfer Internal | 902619 |
| 3/2/16 6:58 PM | 20,000.00 | | 6,705,878.64 | Transfer Internal | 896201 |
| 3/3/16 12:25 PM | 20,000.00 | | 6,725,878.64 | Transfer Internal | 896201 |
| 3/3/16 12:42 PM | 20,000.00 | | 6,745,878.64 | Transfer Internal | 896201 |
| 3/3/16 4:04 PM | 45,000.00 | | 6,790,878.64 | Transfer Internal | 896201 |
| 3/4/16 3:20 PM | 82,600.00 | | 6,873,478.64 | Transfer Internal | 684292 |
| 3/4/16 3:20 PM | | 82,600.00 | 6,790,878.64 | Transfer Internal | 896201 |
| 3/7/16 5:05 PM | 100,000.00 | | 6,890,878.64 | Transfer Internal | 896201 |
| 3/7/16 5:05 PM | | 100,000.00 | 6,790,878.64 | Transfer Internal | 684292 |
| 3/8/16 9:12 AM | 20,000.00 | | 6,810,878.64 | Transfer Internal | 896201 |
| 3/9/16 10:02 AM | | 1,200,000.00 | 5,610,878.64 | Transfer Internal | 902619 |
| 3/9/16 10:04 AM | | 300,000.00 | 5,310,878.64 | Transfer Internal | 902619 |
| 3/9/16 10:14 AM | | 150,000.00 | 5,160,878.64 | Transfer Internal | 902619 |
| 3/11/16 12:57 PM | | 50,000.00 | 5,110,878.64 | Webmoney | |
| 3/11/16 12:07 PM | 50,000.00 | | 5,160,878.64 | Transfer Internal | 896201 |
| 3/14/16 8:29 AM | 100,233.21 | | 5,261,111.85 | Transfer Internal | 684292 |
| 3/14/16 8:29 AM | | 100,233.21 | 5,160,878.64 | Transfer Internal | 903955 |
| 3/15/16 9:13 AM | | 50,000.00 | 5,110,878.64 | Webmoney | |
| 3/14/16 1:49 PM | 50,000.00 | | 5,160,878.64 | Transfer Internal | 896201 |
| 3/15/16 7:06 PM | 25,000.00 | | 5,185,878.64 | Transfer Internal | 896201 |
| 3/15/16 8:13 PM | 100,000.00 | | 5,285,878.64 | Transfer Internal | 896201 |
| 3/15/16 8:13 PM | | 100,000.00 | 5,185,878.64 | Transfer Internal | 904182 |
| 3/16/16 7:35 PM | 89,991.13 | | 5,275,869.77 | Transfer Internal | 904182 |
| 3/16/16 7:35 PM | | 89,991.13 | 5,185,878.64 | Transfer Internal | 896201 |

| | | | | | |
|---|---|---|---|---|---|
| 3/17/16 7:15 AM | 50,000.00 | | 5,235,878.64 | Transfer Internal | 896201 |
| 3/18/16 6:42 AM | | 500,000.00 | 4,735,878.64 | Transfer Internal | 902619 |
| 3/20/16 7:18 PM | 100,000.00 | | 4,835,878.64 | Transfer Internal | 896201 |
| 3/22/16 6:05 AM | | 100,000.00 | 4,735,878.64 | Webmoney | |
| 3/25/16 10:36 AM | | 41,253.45 | 4,694,625.19 | Serv agr dd 03.02.14 | |
| 3/25/16 10:37 AM | | 8,400.00 | 4,686,225.19 | Serv agr dd 03.02.14 | |
| 3/25/16 10:37 AM | | 7,000.00 | 4,679,225.19 | MT4 license (till 30apr16) | |
| 3/28/16 9:54 AM | 56,653.45 | | 4,735,878.64 | Transfer Internal | 896201 |
| 4/1/16 6:12 AM | | 50,000.00 | 4,685,878.64 | Webmoney | |
| 3/29/16 6:45 AM | 50,000.00 | | 4,735,878.64 | Transfer Internal | 896201 |
| 3/29/16 4:22 PM | | 2,000,000.00 | 2,735,878.64 | Transfer Internal | 896201 |
| 4/4/16 7:19 PM | 2,000,000.00 | | 4,735,878.64 | Transfer Internal | 896201 |
| 4/6/16 1:00 PM | | 2,000,000.00 | 2,735,878.64 | Transfer Internal | 896201 |
| 4/12/16 10:12 AM | 3,649,080.00 | | 6,384,958.64 | Transfer External | XX20FXPNXXF3396510002 |
| 4/15/16 5:38 PM | 2,008,000.00 | | 8,392,958.64 | Transfer Internal | 896201 |
| 4/19/16 4:39 PM | 8,300.00 | | 8,401,258.64 | Transfer Internal | 896201 |
| 4/22/16 8:16 PM | 5,800.00 | | 8,407,058.64 | Transfer Internal | 896201 |
| 4/25/16 7:19 PM | 5,000.00 | | 8,412,058.64 | Transfer Internal | 896201 |
| 4/26/16 7:48 PM | 3,350.00 | | 8,415,408.64 | Transfer Internal | 896201 |
| 4/28/16 7:39 PM | 5,150.00 | | 8,420,558.64 | Transfer Internal | 896201 |
| 4/29/16 7:07 AM | | 2,000,000.00 | 6,420,558.64 | Transfer Internal | 896201 |
| 4/29/16 2:56 PM | | 3,500,000.00 | 2,920,558.64 | Transfer Internal | 902619 |
| 4/29/16 7:03 PM | 20,000.00 | | 2,940,558.64 | Transfer Internal | 896201 |
| 5/3/16 3:32 PM | 124,027.14 | | 3,064,585.78 | Transfer Internal | 901546 |
| 5/3/16 3:33 PM | 111,444.42 | | 3,176,030.20 | Transfer Internal | 903955 |
| 6/8/16 7:17 AM | 190,000.00 | | 3,366,030.20 | Bank Wire DP | |
| 6/15/16 8:15 AM | 185,000.00 | | 3,551,030.20 | Bank Wire DP | |
| 6/17/16 9:39 AM | 175,000.00 | | 3,726,030.20 | Bank Wire DP | |
| 6/22/16 7:15 AM | 181,000.00 | | 3,907,030.20 | Bank Wire DP | |
| 6/22/16 7:16 AM | 196,000.00 | | 4,103,030.20 | Bank Wire DP | |
| 6/23/16 7:50 AM | 189,700.00 | | 4,292,730.20 | Bank Wire DP | |
| 6/24/16 9:05 AM | 198,300.00 | | 4,491,030.20 | Bank Wire DP | |
| 6/29/16 7:13 AM | 197,100.00 | | 4,688,130.20 | Bank Wire DP | |
| 7/4/16 10:07 AM | 191,250.00 | | 4,879,380.20 | Bank Wire DP | |
| 7/4/16 10:07 AM | 194,250.00 | | 5,073,630.20 | Bank Wire DP | |
| 7/4/16 12:05 PM | | 42,967.11 | 5,030,663.09 | Serv agr dd 03.02.14 | |
| 7/4/16 12:06 PM | | 6,300.00 | 5,024,363.09 | Serv agr dd 03.02.14 | |
| 7/4/16 12:07 PM | | 10,500.00 | 5,013,863.09 | MT4 license (3months, till 31july16) | |
| 7/5/16 10:12 AM | 128,900.00 | | 5,142,763.09 | Bank Wire DP | |
| 7/6/16 6:57 AM | 189,700.00 | | 5,332,463.09 | Bank Wire DP | |
| 7/13/16 10:03 AM | 10,182.00 | | 5,342,645.09 | Transfer External | XX67FXPNXXK704091000B |
| 7/18/16 11:26 AM | 124,428.00 | | 5,467,073.09 | Transfer External | XX67FXPNXXK704091000B |
| 7/19/16 6:57 AM | 191,900.00 | | 5,658,973.09 | Bank Wire DP | |
| 7/20/16 7:06 AM | 195,380.00 | | 5,854,353.09 | Bank Wire DP | |
| 7/20/16 7:06 AM | 181,150.00 | | 6,035,503.09 | Bank Wire DP | |
| 7/21/16 6:59 AM | 197,280.00 | | 6,232,783.09 | Bank Wire DP | |
| 7/21/16 6:59 AM | 198,750.00 | | 6,431,533.09 | Bank Wire DP | |
| 7/21/16 7:07 AM | 121,700.00 | | 6,553,233.09 | Bank Wire DP | |
| 7/22/16 7:01 AM | 194,890.00 | | 6,748,123.09 | Bank Wire DP | |
| 7/25/16 7:07 AM | 197,620.00 | | 6,945,743.09 | Bank Wire DP | |
| 7/27/16 7:44 AM | 194,790.00 | | 7,140,533.09 | Bank Wire DP | |
| 7/27/16 10:03 AM | 110,408.00 | | 7,250,941.09 | Transfer External | XX67FXPNXXK704091000B |
| 7/28/16 7:18 AM | 172,050.00 | | 7,422,991.09 | Bank Wire | |
| 7/28/16 7:18 AM | 141,900.00 | | 7,564,891.09 | Bank Wire | |
| 7/28/16 7:19 AM | 158,400.00 | | 7,723,291.09 | Bank Wire | |
| 7/29/16 7:37 AM | 151,982.00 | | 7,875,273.09 | Transfer External | XX67FXPNXXK704091000B |
| 7/29/16 7:41 AM | 203,062.00 | | 8,078,335.09 | Transfer External | XX67FXPNXXK704091000B |
| 8/8/16 9:00 AM | 127,800.00 | | 8,206,135.09 | Bank Wire DP | |
| 8/9/16 7:18 AM | 185,300.00 | | 8,391,435.09 | Bank Wire DP (AB) | |
| 8/9/16 7:18 AM | 179,550.00 | | 8,570,985.09 | Bank Wire DP (AB) | |
| 8/10/16 9:35 AM | 189,320.00 | | 8,760,305.09 | Bank Wire DP (AB) | |
| 8/15/16 10:46 AM | | 16,902.97 | 8,743,402.12 | Serv agr dd 03.02.14 | |
| 9/2/16 12:32 PM | | 2,100.00 | 8,741,302.12 | Serv agr dd 03.02.14 | |
| 9/2/16 12:32 PM | | 3,500.00 | 8,737,802.12 | MT4 license | |
| 9/2/16 12:33 PM | | 3,250.00 | 8,734,552.12 | Serv agr dd 03.02.14 | |
| 9/2/16 12:34 PM | | 5,272.00 | 8,729,280.12 | Serv agr dd 03.02.14 | |
| 9/2/16 12:34 PM | | 9,419.66 | 8,719,860.46 | Serv agr dd 03.02.14 | |
| 9/2/16 12:35 PM | | 2,600.00 | 8,717,260.46 | Serv agr dd 03.02.14 | |
| 9/2/16 12:36 PM | | 398.04 | 8,716,862.42 | Serv agr dd 03.02.14 | |
| 9/2/16 12:36 PM | | 72,538.30 | 8,644,324.12 | Serv agr dd 03.02.14 | |
| 9/2/16 12:37 PM | | 16,566.66 | 8,627,757.46 | Serv agr dd 03.02.14 | |
| 9/2/16 12:37 PM | | 2,997.00 | 8,624,760.46 | Serv agr dd 03.02.14 | |
| 9/26/16 9:12 AM | | 2,100.00 | 8,622,660.46 | Serv agr dd 03.02.14 | |
| 9/26/16 9:13 AM | | 3,500.00 | 8,619,160.46 | MT4 license Sept.16 | |
| 9/26/16 9:13 AM | | 5,272.00 | 8,613,888.46 | Serv agr dd 03.02.14 | |
| 9/26/16 9:14 AM | | 2,997.00 | 8,610,891.46 | Serv agr dd 03.02.14 | |
| 9/26/16 9:14 AM | | 732.14 | 8,610,159.32 | Serv agr dd 03.02.14 | |
| 10/20/16 8:06 AM | 70,480.00 | | 8,680,639.32 | Transfer External | XX67FXPNXXK704091000B |
| 10/21/16 8:55 AM | 100,000.00 | | 8,780,639.32 | Transfer External | XX67FXPNXXK704091000B |
| 10/27/16 10:10 AM | | 2,100.00 | 8,778,539.32 | Serv agr dd 03.02.14 | |



| | | | | | |
|---|---|---|---|---|---|
| 10/27/16 10:11 AM | | 3,500.00 | 8,775,039.32 | MT4 license Oct.16 | |
| 10/27/16 10:12 AM | | 5,372.00 | 8,769,667.32 | Serv agr dd 03.02.14 | |
| 10/27/16 10:13 AM | | 2,997.00 | 8,766,670.32 | Serv agr dd 03.02.14 | |
| 10/27/16 10:14 AM | | 19,580.95 | 8,747,089.37 | Serv agr dd 03.02.14 | |
| 10/28/16 12:12 PM | | 2,100.00 | 8,744,989.37 | Serv agr dd 03.02.14 | |
| 10/28/16 12:12 PM | | 3,500.00 | 8,741,489.37 | MT4 license Nov.16 | |
| 10/28/16 12:13 PM | | 2,997.00 | 8,738,492.37 | Serv agr dd 03.02.14 | |
| 11/1/16 7:37 AM | 125,000.00 | | 8,863,492.37 | Transfer External | XX67FXPNXXK704091000B |
| 11/3/16 7:56 AM | 130,000.00 | | 8,993,492.37 | Transfer External | XX67FXPNXXK704091000B |
| 11/7/16 8:37 AM | 80,000.00 | | 9,073,492.37 | Transfer External | XX67FXPNXXK704091000B |
| 11/8/16 7:42 AM | | 1,000,000.00 | 8,073,492.37 | Transfer Internal | 902619 |
| 11/8/16 9:57 AM | 108,000.00 | | 8,181,492.37 | Transfer External | XX67FXPNXXK704091000B |
| 11/9/16 8:49 AM | 122,000.00 | | 8,303,492.37 | Transfer External | XX67FXPNXXK704091000B |
| 11/10/16 7:40 AM | 90,000.00 | | 8,393,492.37 | Transfer External | XX67FXPNXXK704091000B |
| 11/15/16 9:44 AM | 50,050.00 | | 8,443,542.37 | Transfer External | XX67FXPNXXK704091000B |
| 11/18/16 6:28 AM | 3,287.53 | | 8,446,829.90 | Transfer Internal | 520485 |
| 11/18/16 6:28 AM | | 3,287.53 | 8,443,542.37 | Transfer External | XX60FXPNXXF9776910001 |
| 11/28/16 12:55 PM | | 2,100.00 | 8,441,442.37 | Serv agr dd 03.02.14 | |
| 11/28/16 12:56 PM | | 3,500.00 | 8,437,942.37 | MT4 license Dec.16 | |
| 11/28/16 12:57 PM | | 2,997.00 | 8,434,945.37 | Serv agr dd 03.02.14 | |
| 11/28/16 12:57 PM | | 5,272.00 | 8,429,673.37 | Serv agr dd 03.02.14 | |
| 11/28/16 12:58 PM | | 1,735.51 | 8,427,937.86 | Serv agr dd 03.02.14 | |
| 12/15/16 7:48 AM | | 100,000.00 | 8,327,937.86 | Transfer Internal | 902619 |
| 12/26/16 10:40 AM | 100,180.00 | | 8,428,117.86 | Transfer External | XX67FXPNXXK704091000B |
| 12/28/16 7:54 AM | | 400,000.00 | 8,028,117.86 | Transfer Internal | 902619 |
| 12/28/16 9:02 AM | 318,940.00 | | 8,347,057.86 | Transfer External | XX67FXPNXXK704091000B |
| 12/30/16 9:40 AM | 43,464.00 | | 8,390,521.86 | Transfer External | XX67FXPNXXK704091000B |
| 1/5/17 7:57 AM | | 600,000.00 | 7,790,521.86 | Transfer Internal | 902619 |
| 1/5/17 11:15 AM | 192,440.00 | | 7,982,961.86 | Transfer External | XX67FXPNXXK704091000B |
| 1/10/17 7:36 AM | 210,000.00 | | 8,192,961.86 | Transfer External | XX67FXPNXXK704091000B |
| 1/11/17 2:30 PM | 105,480.00 | | 8,298,441.86 | Transfer External | XX67FXPNXXK704091000B |
| 1/12/17 8:38 AM | 70,000.00 | | 8,368,441.86 | Transfer External | XX67FXPNXXK704091000B |
| 1/12/17 7:51 PM | 6,532.91 | | 8,374,974.77 | Conversion | |
| 1/12/17 7:51 PM | | 6,532.91 | 8,368,441.86 | Transfer Internal | 902619 |
| 1/12/17 7:53 PM | | 400,000.00 | 7,968,441.86 | Transfer Internal | 902619 |
| 1/13/17 6:32 AM | 6,532.91 | | 7,974,974.77 | Transfer Internal | 902619 |
| 1/13/17 6:32 AM | | 6,532.91 | 7,968,441.86 | Transfer Internal | 902619 |
| 1/13/17 9:45 AM | 82,000.00 | | 8,050,441.86 | Transfer External | XX67FXPNXXK704091000B |
| 1/20/17 7:49 AM | 98,000.00 | | 8,148,441.86 | Transfer External | XX67FXPNXXK704091000B |
| 1/25/17 10:02 AM | 18,055.07 | | 8,166,496.93 | Conversion | |
| 1/25/17 10:02 AM | | 18,055.07 | 8,148,441.86 | Transfer Internal | 902619 |
| 1/25/17 10:05 AM | | 1,100,000.00 | 7,048,441.86 | Transfer Internal | 902619 |
| 1/25/17 10:14 AM | 18,055.07 | | 7,066,496.93 | Transfer Internal | 902619 |
| 1/25/17 10:14 AM | | 18,055.07 | 7,048,441.86 | Transfer Internal | 902619 |
| 1/25/17 10:23 AM | | 50,000.00 | 6,998,441.86 | Transfer Internal | 902619 |
| 1/25/17 10:44 AM | | 4,500,000.00 | 2,498,441.86 | Transfer Internal | 902619 |
| 1/26/17 6:18 AM | 49,980.00 | | 2,548,421.86 | Transfer External | XX67FXPNXXK704091000B |
| 1/27/17 9:13 AM | 79,980.00 | | 2,628,401.86 | Transfer External | XX67FXPNXXK704091000B |
| 2/6/17 1:42 PM | 170,480.00 | | 2,798,881.86 | Transfer External | XX67FXPNXXK704091000B |
| 2/7/17 8:00 AM | 150,000.00 | | 2,948,881.86 | Transfer External | XX67FXPNXXK704091000B |
| 2/8/17 2:15 PM | 52,000.00 | | 3,000,881.86 | Transfer External | XX67FXPNXXK704091000B |
| 2/10/17 10:11 AM | 98,500.00 | | 3,099,381.86 | Transfer External | XX67FXPNXXK704091000B |
| 2/10/17 1:13 PM | 5,000.00 | | 3,104,381.86 | Transfer External | XX15FXPNXXL419651000B |
| 2/14/17 9:06 AM | 500,000.00 | | 3,604,381.86 | Transfer External | XX15FXPNXXL419651000B |
| 3/27/17 9:46 AM | | 19,800.00 | 3,584,581.86 | Transfer External | XX67FXPNXXK704091000B |
| 4/3/17 11:28 AM | 70,637.00 | | 3,655,218.86 | Transfer External | XX67FXPNXXK704091000B |
| 4/5/17 8:56 AM | 134,545.00 | | 3,789,763.86 | Transfer External | XX67FXPNXXK704091000B |
| 4/6/17 10:43 AM | 135,420.00 | | 3,925,183.86 | Transfer External | XX67FXPNXXK704091000B |
| 4/7/17 8:19 AM | 84,573.30 | | 4,009,757.16 | Transfer External | XX67FXPNXXK704091000B |
| 4/10/17 7:05 AM | 100,000.00 | | 4,109,757.16 | Transfer External | XX67FXPNXXK704091000B |
| 4/10/17 9:19 AM | 138,110.77 | | 4,247,867.93 | Transfer External | XX67FXPNXXK704091000B |
| 4/11/17 9:10 AM | 255,000.00 | | 4,502,867.93 | Transfer External | XX67FXPNXXK704091000B |
| 4/11/17 3:27 PM | | 2,200,000.00 | 2,302,867.93 | Transfer Internal | 902619 |
| 4/12/17 6:46 AM | 260,000.00 | | 2,562,867.93 | Transfer External | XX67FXPNXXK704091000B |
| 4/13/17 2:08 PM | 189,100.00 | | 2,751,967.93 | Transfer External | XX67FXPNXXK704091000B |
| 4/17/17 9:15 AM | 140,926.34 | | 2,892,894.27 | Transfer External | XX67FXPNXXK704091000B |
| 4/17/17 2:50 PM | | 16,442.49 | 2,876,451.78 | Serv agr dd 03.02.14 | |
| 4/17/17 2:51 PM | | 252.77 | 2,876,199.01 | Serv agr dd 03.02.14 | |
| 4/17/17 2:52 PM | | 24,011.89 | 2,852,187.12 | Serv agr dd 03.02.14 | |
| 4/17/17 2:53 PM | | 10,500.00 | 2,841,687.12 | Serv agr dd 03.02.14 | |
| 4/17/17 2:53 PM | | 17,500.00 | 2,824,187.12 | MT4 license (Jan.2017-May2017) | |
| 4/17/17 2:54 PM | | 31,632.00 | 2,792,555.12 | Serv agr dd 03.02.14 | |
| 4/18/17 11:14 AM | | 14,985.00 | 2,777,570.12 | Serv agr dd 03.02.14 | |
| 4/27/17 1:18 PM | 10,303.84 | | 2,787,873.96 | Transfer External | XX15FXPNXXL419651000B |
| 5/2/17 11:49 AM | 82,239.12 | | 2,870,113.08 | Transfer External | XX10FXPNXXL468831000B |
| 5/3/17 7:46 AM | 56,312.39 | | 2,926,425.47 | Transfer External | XX67FXPNXXK704091000B |
| 5/4/17 7:04 AM | 20,000.00 | | 2,946,425.47 | Transfer External | XX37FXPNXXL897391000B |
| 5/4/17 10:40 AM | 55,165.00 | | 3,001,590.47 | Transfer External | XX89FXPNXXL868591000B |
| 5/5/17 12:39 PM | 160,480.00 | | 3,162,070.47 | Transfer External | XX89FXPNXXL868591000B |
| 5/8/17 12:16 PM | 99,296.94 | | 3,261,367.41 | Transfer External | XX67FXPNXXK704091000B |



| | | | | | |
|---|---|---|---|---|---|
| 5/9/17 8:10 AM | 158,570.96 | | 3,419,938.37 | Transfer External | XX67FXPNXXK704091000B |
| 5/10/17 6:25 AM | 109,427.69 | | 3,529,366.06 | Transfer External | XX67FXPNXXK704091000B |
| 5/10/17 1:18 PM | 169,856.03 | | 3,699,222.09 | Transfer External | XX67FXPNXXK704091000B |
| 5/11/17 7:32 AM | 84,165.50 | | 3,783,387.59 | Transfer External | XX67FXPNXXK704091000B |
| 5/11/17 7:48 AM | 169,852.80 | | 3,953,240.39 | Transfer External | XX67FXPNXXK704091000B |
| 5/11/17 12:32 PM | 258,447.26 | | 4,211,687.65 | Transfer External | XX67FXPNXXK704091000B |
| 5/12/17 6:27 AM | 299,591.12 | | 4,511,278.77 | Transfer External | XX67FXPNXXK704091000B |
| 5/15/17 8:55 AM | 173,433.00 | | 4,684,711.77 | Transfer External | XX89FXPNXXL868591000B |
| 5/15/17 1:09 PM | 140,744.82 | | 4,825,456.59 | Transfer External | XX67FXPNXXK704091000B |
| 5/16/17 11:54 AM | 183,950.00 | | 5,009,406.59 | Transfer External | XX89FXPNXXL868591000B |
| 5/17/17 6:18 AM | 98,064.08 | | 5,107,470.67 | Transfer External | XX67FXPNXXK704091000B |
| 5/17/17 7:19 AM | 121,532.84 | | 5,229,003.51 | Transfer External | XX67FXPNXXK704091000B |
| 5/17/17 1:08 PM | 68,711.46 | | 5,297,714.97 | Transfer External | XX67FXPNXXK704091000B |
| 5/18/17 6:51 AM | 68,606.83 | | 5,366,321.80 | Transfer External | XX67FXPNXXK704091000B |
| 5/18/17 6:51 AM | 111,008.00 | | 5,477,329.80 | Transfer External | XX67FXPNXXK704091000B |
| 5/18/17 8:56 AM | 200,000.00 | | 5,677,329.80 | Transfer External | XX89FXPNXXL868591000B |
| 5/19/17 7:00 AM | 106,082.01 | | 5,783,411.81 | Transfer External | XX67FXPNXXK704091000B |
| 5/19/17 10:43 AM | 208,894.21 | | 5,992,306.02 | Transfer External | XX67FXPNXXK704091000B |
| 5/22/17 8:52 AM | 390,823.14 | | 6,383,129.16 | Transfer External | XX67FXPNXXK704091000B |
| 5/22/17 9:18 AM | 279,985.00 | | 6,663,114.16 | Transfer External | XX89FXPNXXL868591000B |
| 5/22/17 2:36 PM | 12,800.00 | | 6,675,914.16 | Transfer External | XX15FXPNXXM017171000B |
| 5/23/17 2:59 AM | | 4,000,000.00 | 2,675,914.16 | Transfer Internal | 902619 |
| 5/23/17 7:59 AM | 98,000.00 | | 2,773,914.16 | Transfer External | XX15FXPNXXM017171000B |
| 5/23/17 8:12 AM | 507,499.95 | | 3,281,414.11 | Transfer External | XX67FXPNXXK704091000B |
| 5/23/17 8:28 AM | 55,700.00 | | 3,337,114.11 | Transfer External | XX15FXPNXXM017171000B |
| 5/23/17 2:07 PM | 105,700.00 | | 3,442,814.11 | Transfer External | XX15FXPNXXM017171000B |
| 5/23/17 2:07 PM | 141,000.00 | | 3,583,814.11 | Transfer External | XX89FXPNXXL868591000B |
| 5/24/17 10:28 AM | 505,561.16 | | 4,089,375.27 | Transfer External | XX67FXPNXXK704091000B |
| 5/24/17 10:29 AM | 281,600.00 | | 4,370,975.27 | Transfer External | XX89FXPNXXL868591000B |
| 5/25/17 9:27 AM | 490,052.42 | | 4,861,027.69 | Transfer External | XX67FXPNXXK704091000B |
| 5/25/17 10:28 AM | 156,050.00 | | 5,017,077.69 | Transfer External | XX68FXPNXXM007441000B |
| 5/25/17 10:29 AM | 172,548.76 | | 5,189,626.45 | Transfer External | XX67FXPNXXK704091000B |
| 5/25/17 10:29 AM | 149,870.00 | | 5,339,496.45 | Transfer External | XX68FXPNXXM007441000B |
| 5/25/17 10:29 AM | 125,300.00 | | 5,464,796.45 | Transfer External | XX68FXPNXXM007441000B |
| 5/25/17 2:00 PM | 298,570.00 | | 5,763,366.45 | Transfer External | XX89FXPNXXL868591000B |
| 5/26/17 9:45 AM | 355,320.00 | | 6,118,686.45 | Transfer External | XX89FXPNXXL868591000B |
| 5/26/17 9:46 AM | 197,320.00 | | 6,316,006.45 | Transfer External | XX91FXPNXXM021191000B |
| 5/26/17 12:41 PM | 485,000.00 | | 6,801,006.45 | Transfer External | XX67FXPNXXK704091000B |
| 5/26/17 2:07 PM | 210,369.13 | | 7,011,375.58 | Transfer External | XX67FXPNXXK704091000B |
| 5/29/17 6:52 AM | 598,431.44 | | 7,609,807.02 | Transfer External | XX67FXPNXXK704091000B |
| 5/29/17 10:48 AM | 161,310.00 | | 7,771,117.02 | Transfer External | XX91FXPNXXM021191000B |
| 5/30/17 8:27 AM | 390,658.67 | | 8,161,775.69 | Transfer External | XX67FXPNXXK704091000B |
| 5/30/17 9:42 AM | | 2,100.00 | 8,159,675.69 | Serv agr dd 03.02.14 | |
| 5/30/17 9:42 AM | | 3,500.00 | 8,156,175.69 | MT4 license (June2017) | |
| 5/30/17 9:43 AM | | 5,272.00 | 8,150,903.69 | Serv agr dd 03.02.14 | |
| 5/30/17 9:43 AM | | 2,997.00 | 8,147,906.69 | Serv agr dd 03.02.14 | |
| 5/30/17 9:44 AM | | 2,516.89 | 8,145,389.80 | Serv agr dd 03.02.14 | |
| 5/30/17 2:01 PM | | 2,602.95 | 8,142,786.85 | Serv agr dd 03.02.14 | |
| 5/31/17 6:32 AM | 21,000.00 | | 8,163,786.85 | Transfer External | XX15FXPNXXM017171000B |
| 5/31/17 8:59 AM | 301,700.00 | | 8,465,486.85 | Transfer External | XX89FXPNXXL868591000B |
| 5/31/17 9:05 AM | 124,700.00 | | 8,590,186.85 | Transfer External | XX68FXPNXXM007441000B |
| 5/31/17 9:05 AM | 164,200.00 | | 8,754,386.85 | Transfer External | XX68FXPNXXM007441000B |
| 5/31/17 9:06 AM | 40,000.00 | | 8,794,386.85 | Transfer External | XX68FXPNXXM007441000B |
| 5/31/17 9:06 AM | 47,800.00 | | 8,842,186.85 | Transfer External | XX68FXPNXXM007441000B |
| 5/31/17 9:45 AM | 127,251.48 | | 8,969,438.33 | Transfer External | XX67FXPNXXK704091000B |
| 6/1/17 9:25 AM | 301,670.00 | | 9,271,108.33 | Transfer External | XX89FXPNXXL868591000B |
| 6/1/17 11:24 AM | 503,461.54 | | 9,774,569.87 | Transfer External | XX67FXPNXXK704091000B |
| 6/2/17 7:31 AM | 310,500.00 | | 10,085,069.87 | Transfer External | XX89FXPNXXL868591000B |
| 6/2/17 10:23 AM | 347,825.21 | | 10,432,895.08 | Transfer External | XX67FXPNXXK704091000B |
| 6/5/17 6:41 AM | 175,773.18 | | 10,608,668.26 | Transfer External | XX67FXPNXXK704091000B |
| 6/5/17 1:13 PM | 50,000.00 | | 10,658,668.26 | Transfer External | XX63FXPNXXM098331000B |
| 6/6/17 9:16 AM | 210,000.00 | | 10,868,668.26 | Transfer External | XX08FXPNXXM094171000B |
| 6/6/17 9:43 AM | 61,899.00 | | 10,930,567.26 | Transfer External | XX49FXPNXXM092281000B |
| 6/7/17 6:32 AM | 300,536.05 | | 11,231,103.31 | Transfer External | XX67FXPNXXK704091000B |
| 6/7/17 7:07 AM | 291,100.00 | | 11,522,203.31 | Transfer External | XX91FXPNXXM021191000B |
| 6/7/17 11:03 AM | 60,000.00 | | 11,582,203.31 | Transfer External | XX49FXPNXXM092281000B |
| 6/9/17 8:50 AM | 210,232.70 | | 11,792,436.01 | Transfer External | XX67FXPNXXK704091000B |
| 6/12/17 8:13 AM | 54,000.00 | | 11,846,436.01 | Transfer External | XX49FXPNXXM092281000B |
| 6/13/17 1:26 PM | 252,300.00 | | 12,098,736.01 | Transfer External | XX89FXPNXXL868591000B |
| 6/13/17 2:33 PM | 56,000.00 | | 12,154,736.01 | Transfer External | XX49FXPNXXM092281000B |
| 6/13/17 2:43 PM | 93,353.59 | | 12,248,089.60 | Transfer External | XX67FXPNXXK704091000B |
| 6/16/17 7:28 AM | | 1,540,100.61 | 10,707,988.99 | Serv agr dd 03.02.14 | |
| 6/19/17 10:40 AM | 583,935.89 | | 11,291,924.88 | Transfer External | XX67FXPNXXK704091000B |
| 6/19/17 10:42 AM | 8,019.00 | | 11,299,943.88 | Transfer External | XX08FXPNXXM094171000B |
| 6/20/17 11:50 AM | 51,838.55 | | 11,351,782.43 | Transfer External | XX67FXPNXXK704091000B |
| 6/20/17 12:00 PM | 100,000.00 | | 11,451,782.43 | Transfer External | XX89FXPNXXL868591000B |
| 6/20/17 1:24 PM | 15,000.00 | | 11,466,782.43 | Transfer External | XX68FXPNXXM007441000B |
| 6/21/17 10:23 AM | 165,492.00 | | 11,632,274.43 | Transfer External | XX49FXPNXXM092281000B |
| 6/22/17 8:29 AM | 45,000.00 | | 11,677,274.43 | Transfer External | XX49FXPNXXM092281000B |
| 6/23/17 9:36 AM | 240,000.00 | | 11,917,274.43 | Transfer External | XX89FXPNXXL868591000B |



| | | | | | |
|---|---|---|---|---|---|
| 6/23/17 11:19 AM | | 2,100.00 | 11,915,174.43 | Serv agr dd 03.02.14 | |
| 6/23/17 11:20 AM | | 3,500.00 | 11,911,674.43 | MT4 license (July2017) | |
| 6/23/17 11:21 AM | | 5,272.00 | 11,906,402.43 | Serv agr dd 03.02.14 | |
| 6/23/17 11:21 AM | | 2,997.00 | 11,903,405.43 | Serv agr dd 03.02.14 | |
| 6/26/17 12:22 PM | 124,615.93 | | 12,028,021.36 | Transfer External | XX67FXPNXXK704091000B |
| 6/26/17 12:21 PM | 394,031.89 | | 12,422,053.25 | Transfer External | XX67FXPNXXK704091000B |
| 6/26/17 2:57 PM | 150,000.00 | | 12,572,053.25 | Transfer External | XX08FXPNXXM094171000B |
| 6/27/17 6:52 AM | 249,639.63 | | 12,821,692.88 | Transfer External | XX67FXPNXXK704091000B |
| 6/27/17 9:46 AM | 234,450.00 | | 13,056,142.88 | Transfer External | XX89FXPNXXL868591000B |
| 6/27/17 2:12 PM | | 150,000.00 | 12,906,142.88 | Transfer External | XX08FXPNXXM094171000B |
| 6/28/17 11:42 AM | 241,700.00 | | 13,147,842.88 | Transfer External | XX89FXPNXXL868591000B |
| 6/29/17 2:37 PM | 143,936.83 | | 13,291,779.71 | Transfer External | XX15FXPNXXM017171000B |
| 6/29/17 6:49 AM | 199,000.00 | | 13,490,779.71 | Transfer External | XX68FXPNXXM007441000B |
| 6/29/17 10:25 AM | 201,150.00 | | 13,691,929.71 | Transfer External | XX91FXPNXXM021191000B |
| 7/3/17 8:55 AM | 231,800.00 | | 13,923,729.71 | Transfer External | XX89FXPNXXL868591000B |
| 7/3/17 2:09 PM | 44,000.00 | | 13,967,729.71 | Transfer External | XX68FXPNXXM007441000B |
| 7/4/17 1:08 PM | | 2,676.11 | 13,965,053.60 | Serv agr dd 03.02.14 | |
| 7/5/17 9:16 AM | 170,000.00 | | 14,135,053.60 | Transfer External | XX89FXPNXXL868591000B |
| 7/6/17 9:13 AM | 200,000.00 | | 14,335,053.60 | Transfer External | XX68FXPNXXM007441000B |
| 7/7/17 1:18 PM | 201,300.00 | | 14,536,353.60 | Transfer External | XX89FXPNXXL868591000B |
| 7/10/17 9:54 AM | 207,500.00 | | 14,743,853.60 | Transfer External | XX91FXPNXXM021191000B |
| 7/11/17 6:58 AM | 9,958.00 | | 14,753,811.60 | Transfer External | XX31FXPNXXL387211000B |
| 7/11/17 11:36 AM | 200,210.00 | | 14,954,021.60 | Transfer External | XX91FXPNXXM021191000B |
| 7/11/17 11:37 AM | 458,900.00 | | 15,412,921.60 | Transfer External | XX89FXPNXXL868591000B |
| 7/12/17 10:14 AM | 52,200.00 | | 15,465,121.60 | Transfer External | XX89FXPNXXL868591000B |
| 7/17/17 7:57 AM | 19,958.00 | | 15,485,079.60 | Transfer External | XX31FXPNXXL387211000B |
| 7/18/17 8:55 AM | 135,000.00 | | 15,620,079.60 | Transfer External | XX68FXPNXXM007441000B |
| 7/20/17 1:36 PM | 97,000.00 | | 15,717,079.60 | Transfer External | XX89FXPNXXL868591000B |
| 7/21/17 2:21 PM | 146,000.00 | | 15,863,079.60 | Transfer External | XX68FXPNXXM007441000B |
| 7/24/17 7:35 AM | 164,690.00 | | 16,027,769.60 | Transfer External | XX15FXPNXXL419651000B |
| Turnover | **57,708,822.28** | **41,681,052.68** | | | |

This statement is in electronic form and does not bear the signature of the issuer



Canton Business Corporation (company number 095878)

Supplement to the e-Wallet statement report

e-Wallet: XX60FXPNXXF9776910001

e-Wallet holder: Canton Business Corporation

Reporting period: 29.02.2012-01.04.2015

Currency: USD

| Date | Credit | Debit | Account balance | Transaction type | Contractor Account |
|---|---|---|---|---|---|
| 29.02.2012 | 99 100.00 | | 99 100.00 | Bank wire | |
| 24.10.2012 | 50 000.00 | | 149 100.00 | Bank wire | |
| 26.04.2013 | | 19 997.00 | 129 103.00 | Transfer Internal | 520485 |
| 05.06.2013 | 30 000.00 | | 159 103.00 | Webmoney deposit | |
| 05.06.2013 | | 30 000.00 | 129 103.00 | Transfer Internal | 520485 |
| 20.08.2013 | | 75 500.00 | 53 603.00 | Bank wire | |
| 21.01.2014 | 505 000.00 | | 558 603.00 | Bank wire | |
| 21.01.2014 | 980 000.00 | | 1 538 603.00 | Bank wire | |
| 22.01.2014 | 1 290 000.00 | | 2 828 603.00 | Bank wire | |
| 24.01.2014 | | 25 000.01 | 2 803 602.99 | Transfer Internal | 520485 |
| 31.03.2014 | | 500 000.00 | 2 303 602.99 | Transfer Internal | 821608 |
| 12.09.2014 | | 2 691.00 | 2 300 911.99 | Serv agr dd 03.02.14 | |
| 12.09.2014 | | 2 705.00 | 2 298 206.99 | Serv agr dd 03.02.14 | |
| 12.09.2014 | | 63 247.00 | 2 234 959.99 | Serv agr dd 03.02.14 | |
| 12.09.2014 | | 6 300.00 | 2 228 659.99 | Serv agr dd 03.02.14 | |
| 01.10.2014 | 500 000.00 | | 2 728 659.99 | Transfer Internal | 821608 |
| 09.10.2014 | 500 000.00 | | 3 228 659.99 | Webmoney deposit | |
| 27.11.2014 | | 1 575.00 | 3 227 084.99 | Serv agr dd 03.02.14 | |
| 27.11.2014 | | 1 475.00 | 3 225 609.99 | Serv agr dd 03.02.14 | |
| 27.11.2014 | | 2 200.00 | 3 223 409.99 | Serv agr dd 03.02.14 | |
| 27.11.2014 | | 6 300.00 | 3 217 109.99 | Serv agr dd 03.02.14 | |
| 27.11.2014 | 11 550.00 | | 3 228 659.99 | Currency exchange USD/RUB | |
| 06.01.2015 | 1 999 931.00 | | 5 228 590.99 | Bank Wire | |
| 22.01.2015 | | 20 278.00 | 5 208 312.99 | Serv agr dd 03.02.14 | |
| 22.01.2015 | | 530.00 | 5 207 782.99 | Serv agr dd 03.02.14 | |
| 22.01.2015 | | 4 200.00 | 5 203 582.99 | Serv agr dd 03.02.14 | |
| 10.02.2015 | | 2 075.00 | 5 201 507.99 | Serv agr dd 03.02.14 | |
| 11.03.2015 | 300 000.00 | | 5 501 507.99 | Bank Wire | |
| 01.04.2015 | | 5 501 507.99 | - | B2B Transfer | |

This is a supplement to the # XX60FXPNXXF9776910001 e-Wallet statement provided by XP Solutions Limited. This supplement contains the information available in the databases of XP Solutions Limited related to the period up to 1st of April 2015. The e-Wallet services in the period up to 31st of March 2015 were not provided by XP Solutions Limited.

XP Solutions Limited provides this supplement for information purposes only.





XP Solutions Limited
Level 3, 187 Queen Street, Auckland Cbd, 1010 , New Zealand
www.finfxtech.com

Registered in the Financial Service Provider
Register of New Zealand (FSP215305)

Canton Business Corporation (company number 095878)

| | |
|---|---|
| Account Number | XX60FXPNXXF9776910001 |
| Currency | AUD |
| Start | 4/1/2015 |
| End | 7/31/2017 |

| Date | CREDIT | DEBIT | Account balance | Comment | Contractor Account |
|---|---|---|---|---|---|
| 12/28/15 11:01 AM | 5,387,464.33 | | 5,387,464.33 | Credit as per BB form dd24Dec2015 | |
| 12/28/15 11:04 AM | | 57,403.51 | 5,330,060.82 | Transfer Internal | 896205 |
| 2/25/16 11:20 AM | | 5,330,060.82 | - | Transfer Internal | 902064 |
| 5/10/17 5:51 PM | 9,543.56 | | 9,543.56 | Transfer Internal | 896205 |
| 5/10/17 5:51 PM | | 9,543.56 | - | Transfer Internal | 902064 |
| 5/10/17 5:53 PM | 5,471,132.02 | | **5,471,132.02** | Transfer Internal | 902064 |
| Turnover | **10,868,139.91** | **5,397,007.89** | | | |

This statement is in electronic form and does not bear the signature of the issuer





XP Solutions Limited
Level 3, 187 Queen Street, Auckland Cbd, 1010 , New Zealand
www.finfxtech.com

Registered in the Financial Service Provider
Register of New Zealand (FSP215305)

Canton Business Corporation (company number 095878)

Account Number XX60FXPNXXF9776910001
Currency EUR
Start 4/1/2015
End 7/31/2017

| Date | CREDIT | DEBIT | Account balance | Comment | Contractor Account |
|---|---|---|---|---|---|
| 3/8/16 7:07 AM | 2,999,903.00 | | 2,999,903.00 | WireTransfer | |
| 3/11/16 9:19 AM | 999,903.00 | | 3,999,806.00 | WireTransfer | |
| 3/16/16 9:09 AM | 1,000,000.00 | | 4,999,806.00 | WireTransfer | |
| 3/18/16 9:37 AM | 1,000,000.00 | | 5,999,806.00 | WireTransfer | |
| 4/18/16 6:58 AM | 850,000.00 | | 6,849,806.00 | WireTransfer | |
| 4/18/16 6:58 AM | 700,000.00 | | 7,549,806.00 | WireTransfer | |
| 4/20/16 7:02 AM | 749,830.00 | | 8,299,636.00 | WireTransfer | |
| 4/22/16 8:21 AM | 700,000.00 | | 8,999,636.00 | WireTransfer | |
| 5/11/16 7:42 AM | 550,000.00 | | 9,549,636.00 | WireTransfer | |
| 5/11/16 7:43 AM | 550,000.00 | | 10,099,636.00 | WireTransfer | |
| 5/17/16 9:45 AM | 510,000.00 | | 10,609,636.00 | WireTransfer | |
| 5/24/16 8:32 AM | 530,000.00 | | 11,139,636.00 | WireTransfer | |
| 6/6/16 9:19 AM | 389,730.00 | | 11,529,366.00 | WireTransfer | |
| 6/14/16 9:13 AM | 470,000.00 | | 11,999,366.00 | WireTransfer | |
| 6/17/16 9:39 AM | 231,438.00 | | 12,230,804.00 | WireTransfer | |
| 6/20/16 9:24 AM | 195,438.00 | | 12,426,242.00 | WireTransfer | |
| 11/2/16 9:52 AM | 454,483.00 | | 12,880,725.00 | WireTransfer | |
| 11/8/16 9:46 AM | 247,438.00 | | 13,128,163.00 | WireTransfer | |
| 11/25/16 10:27 AM | 399,938.00 | | 13,528,101.00 | WireTransfer | |
| 11/30/16 9:49 AM | 419,938.00 | | 13,948,039.00 | WireTransfer | |
| 12/8/16 7:05 AM | 409,938.00 | | 14,357,977.00 | WireTransfer | |
| 12/14/16 9:55 AM | 434,938.00 | | 14,792,915.00 | WireTransfer | |
| 12/26/16 8:54 AM | 389,938.00 | | 15,182,853.00 | WireTransfer | |
| 1/5/17 7:46 AM | 409,938.00 | | 15,592,791.00 | WireTransfer | |
| 1/10/17 6:51 AM | 419,938.00 | | 16,012,729.00 | WireTransfer | |
| 1/11/17 12:53 PM | 449,938.00 | | 16,462,667.00 | WireTransfer | |
| 1/18/17 8:54 AM | 425,738.00 | | 16,888,405.00 | WireTransfer | |
| 1/20/17 7:11 AM | 424,938.00 | | 17,313,343.00 | WireTransfer | |
| 1/26/17 7:53 AM | 484,938.00 | | 17,798,281.00 | WireTransfer | |
| 1/30/17 9:44 AM | 489,938.00 | | 18,288,219.00 | WireTransfer | |
| 2/1/17 2:04 PM | 479,938.00 | | 18,768,157.00 | WireTransfer | |
| 2/27/17 10:40 AM | 480,938.00 | | 19,249,095.00 | WireTransfer | |
| 2/21/17 7:59 AM | 470,420.00 | | 19,719,515.00 | WireTransfer | |
| 2/13/17 7:34 AM | 475,238.00 | | 20,194,753.00 | WireTransfer | |
| 2/8/17 10:05 AM | 468,438.00 | | 20,663,191.00 | WireTransfer | |
| 2/6/17 10:00 AM | 459,238.00 | | 21,122,429.00 | WireTransfer | |
| 3/1/17 8:38 AM | 382,038.00 | | 21,504,467.00 | WireTransfer | |
| 3/6/17 8:03 AM | 475,238.00 | | 21,979,705.00 | WireTransfer | |
| 3/9/17 7:37 AM | 476,738.00 | | 22,456,443.00 | WireTransfer | |
| 3/15/17 7:05 AM | 489,238.00 | | 22,945,681.00 | WireTransfer | |
| 3/20/17 7:23 AM | 484,338.00 | | 23,430,019.00 | WireTransfer | |
| 3/22/17 7:23 AM | 494,738.00 | | 23,924,757.00 | WireTransfer | |
| 3/27/17 6:48 AM | 492,838.00 | | 24,417,595.00 | WireTransfer | |
| 3/29/17 7:55 AM | 458,338.00 | | 24,875,933.00 | WireTransfer | |
| 4/5/17 6:25 AM | 372,838.00 | | 25,248,771.00 | WireTransfer | |
| 4/11/17 7:46 AM | 445,838.00 | | 25,694,609.00 | WireTransfer | |
| 4/7/17 10:47 AM | 447,438.00 | | 26,142,047.00 | WireTransfer | |
| 4/12/17 7:03 AM | 443,138.00 | | 26,585,185.00 | WireTransfer | |
| 4/14/17 8:00 AM | 440,838.00 | | 27,026,023.00 | WireTransfer | |
| 4/27/17 8:07 AM | 472,438.00 | | 27,498,461.00 | WireTransfer | |
| 4/28/17 7:57 AM | 448,438.00 | | 27,946,899.00 | WireTransfer | |
| 5/2/17 9:34 AM | 449,638.00 | | 28,396,537.00 | WireTransfer | |
| 5/3/17 11:14 AM | 449,038.00 | | 28,845,575.00 | WireTransfer | |
| 5/12/17 7:31 AM | 447,488.00 | | 29,293,063.00 | WireTransfer | |
| 5/19/17 7:31 AM | 446,515.00 | | 29,739,578.00 | WireTransfer | |
| 6/1/17 12:31 PM | 443,738.00 | | 30,183,316.00 | WireTransfer | |
| 5/17/17 7:43 AM | 449,038.00 | | 30,632,354.00 | WireTransfer | |
| 5/17/17 7:45 AM | 446,400.00 | | 31,078,754.00 | WireTransfer | |
| 5/19/17 7:31 AM | 445,438.00 | | 31,524,192.00 | WireTransfer | |
| 5/10/17 1:00 PM | 314,858.43 | | 31,839,050.43 | WireTransfer | |
| 5/22/17 9:18 AM | 99,944.00 | | 31,938,994.43 | Transfer External | XX89FXPNXXL868591000B |
| 5/23/17 8:28 AM | 448,750.00 | | 32,387,744.43 | Transfer External | XX68FXPNXXM007441000B |



| | | | | | |
|---|---|---|---|---|---|
| 5/25/17 10:28 AM | 449,560.00 | | 32,837,304.43 | Transfer External | XX68FXPNXXM007441000B |
| 5/30/17 9:20 AM | 448,630.00 | | 33,285,934.43 | Transfer External | XX68FXPNXXM007441000B |
| 5/31/17 9:04 AM | 449,440.00 | | 33,735,374.43 | Transfer External | XX68FXPNXXM007441000B |
| 6/6/17 11:16 AM | 444,500.00 | | 34,179,874.43 | Transfer External | XX68FXPNXXM007441000B |
| 6/9/17 9:47 AM | 483,200.00 | | 34,663,074.43 | Transfer External | XX68FXPNXXM007441000B |
| 6/16/17 9:15 AM | 200,000.00 | | 34,863,074.43 | Transfer External | XX68FXPNXXM007441000B |
| 6/16/17 9:15 AM | 310,500.00 | | 35,173,574.43 | Transfer External | XX68FXPNXXM007441000B |
| 6/19/17 6:26 AM | 100.00 | | 35,173,674.43 | Transfer External | XX31FXPNXXL387211000B |
| 6/20/17 8:37 AM | 498,500.00 | | 35,672,174.43 | Transfer External | XX68FXPNXXM007441000B |
| 6/26/17 9:43 AM | 498,250.00 | | 36,170,424.43 | Transfer External | XX68FXPNXXM007441000B |
| 6/29/17 6:47 AM | 499,100.00 | | 36,669,524.43 | Transfer External | XX68FXPNXXM007441000B |
| 7/5/17 11:47 AM | 389,400.00 | | 37,058,924.43 | Transfer External | XX68FXPNXXM007441000B |
| 7/5/17 11:47 AM | 482,900.00 | | 37,541,824.43 | Transfer External | XX68FXPNXXM007441000B |
| 7/13/17 12:40 PM | 450,800.00 | | 37,992,624.43 | Transfer External | XX68FXPNXXM007441000B |
| 7/21/17 2:21 PM | 492,117.00 | | 38,484,741.43 | Transfer External | XX68FXPNXXM007441000B |
| 7/21/17 2:21 PM | 493,450.00 | | 38,978,191.43 | Transfer External | XX68FXPNXXM007441000B |
| 7/25/17 9:06 AM | 498,210.00 | | 39,476,401.43 | Transfer External | XX68FXPNXXM007441000B |
| Turnover | **39,476,401.43** | - | | | |

This statement is in electronic form and does not bear the signature of the issuer





XP Solutions Limited
Level 3, 187 Queen Street, Auckland Cbd, 1010 , New Zealand
www.finfxtech.com

Registered in the Financial Service Provider
Register of New Zealand (FSP215305)

**Canton Business Corporation (company number 095878)**

**Account Number** XX60FXPNXXF9776910001
**Currency** GBP
**Start** 4/1/2015
**End** 7/31/2017

| Date | CREDIT | DEBIT | Account balance | Comment | Contractor Account |
|---|---|---|---|---|---|
| 5/14/15 11:29 AM | 35,459.32 | | **35,459.32** | Bank Wire DP | |
| Turnover | **35,459.32** | - | | | |

This statement is in electronic form and does not bear the signature of the issuer





XP Solutions Limited
Level 3, 187 Queen Street, Auckland Cbd, 1010 , New Zealand
www.finfxtech.com

Registered in the Financial Service Provider
Register of New Zealand (FSP215305)

**Canton Business Corporation (company number 095878)**

**Account Number** XX60FXPNXXF9776910001
**Currency** RUB
**Start** 4/1/2015
**End** 7/31/2017

| Date | CREDIT | DEBIT | Account balance | Comment | Contractor Account |
|---|---|---|---|---|---|
| 4/1/15 12:00 AM | 9,539,457.71 | | 9,539,457.71 | B2B Transfer | |
| 4/28/16 6:39 AM | | 3,000,000.00 | 6,539,457.71 | Transfer External | XX20FXPNXXF3396510002 |
| 1/12/17 7:51 PM | | 400,000.00 | 6,139,457.71 | Conversion | |
| 1/13/17 6:34 AM | 400,000.00 | | 6,539,457.71 | Transfer Internal | 902619 |
| 1/25/17 10:02 AM | | 1,100,000.00 | 5,439,457.71 | Conversion | |
| 1/25/17 10:15 AM | 1,100,000.00 | | 6,539,457.71 | Transfer Internal | 902619 |
| 7/3/17 11:58 AM | 200,000.00 | | 6,739,457.71 | WireTransfer | |
| 7/6/17 9:14 AM | 1,200,000.00 | | 7,939,457.71 | Transfer External | XX68FXPNXXM007441000B |
| 7/14/17 9:14 AM | 1,400,000.00 | | 9,339,457.71 | WireTransfer | |
| Turnover | 13,839,457.71 | 4,500,000.00 | | | |

This statement is in electronic form and does not bear the signature of the issuer



Canton Business Corporation (company number 095878)

Supplement to the e-Wallet statement report

e-Wallet: XX60FXPNXXF9776910001

e-Wallet holder: Canton Business Corporation

Reporting period: 29.02.2012-01.04.2015

Currency: RUB

| Date | Credit | Debit | Account balance | Transaction type | Contractor Account |
|---|---|---|---|---|---|
| 18.06.2014 | 100 000.00 | | 100 000.00 | Transfer External | XX28FXPNXXI329791000B |
| 24.06.2014 | 10 000 000.00 | | 10 100 000.00 | Transfer External | XX28FXPNXXI329791000B |
| 27.11.2014 | | 560 542.29 | 9 539 457.71 | Currency exchange USD/RUB | |
| 01.04.2015 | | 9 539 457.71 | - | B2B Transfer | |

This is a supplement to the # XX60FXPNXXF9776910001 e-Wallet statement provided by XP Solutions Limited. This supplement contains the information available in the databases of XP Solutions Limited related to the period up to 1st of April 2015. The e-Wallet services in the period up to 31st of March 2015 were not provided by XP Solutions Limited.

XP Solutions Limited provides this supplement for information purposes only.



This is the exhibit marked with the number "**9**" referred to in the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28 day of ~~April~~ May 2020 before me

9

S.C. Blackmen

A solicitor of the High Court of New Zealand

**XP Solutions Limited**
Level 3, 187 Queen Street, Auckland Cbd, 1010 , New Zealand
www.finfxtech.com

Registered in the Financial Service Provider
Register of New Zealand (FSP215305)

Aleksandr Vinnik

**Account Number** XX20FXPNXXF3396510002
**Currency** USD
**Start** 6/1/2012
**End** 7/31/2017

| Date | CREDIT | DEBIT | Account balance | Comment | Contractor Account |
|---|---|---|---|---|---|
| 6/19/12 9:07 AM | 3,243.00 | | 3,243.00 | TransferInternal | |
| 6/19/12 9:48 AM | | 3,243.00 | - | Webmoney | |
| 6/28/12 8:45 AM | 10,000.00 | | 10,000.00 | TransferInternal | |
| 6/28/12 1:55 PM | | 10,000.00 | - | Webmoney | |
| 7/3/12 10:01 PM | 428.21 | | 428.21 | TransferPamm | 339071 |
| 7/27/12 6:22 AM | 15,000.00 | | 15,428.21 | TransferInternal | |
| 7/27/12 12:24 PM | | 15,428.00 | 0.21 | Webmoney | |
| 8/19/12 9:56 AM | 41,491.03 | | 41,491.24 | Webmoney | |
| 8/19/12 3:52 PM | | 10,494.00 | 30,997.24 | TransferInternal | |
| 8/29/12 6:17 AM | 5,000.00 | | 35,997.24 | TransferInternal | |
| 8/29/12 12:58 PM | | 5,000.00 | 30,997.24 | Webmoney | |
| 9/24/12 8:15 AM | 4,000.00 | | 34,997.24 | TransferInternal | |
| 9/24/12 3:05 PM | | 4,000.00 | 30,997.24 | Webmoney | |
| 11/14/12 4:08 PM | | 30,997.00 | 0.24 | TransferInternal | |
| 11/16/12 10:07 PM | 813.58 | | 813.82 | TransferPamm | 370084 |
| 11/16/12 10:08 PM | 834.41 | | 1,648.23 | TransferPamm | 319988 |
| 11/27/12 2:50 PM | 30,000.00 | | 31,648.23 | TransferInternal | |
| 11/27/12 4:21 PM | | 31,648.23 | - | Webmoney | |
| 12/4/13 6:56 AM | 50,000.00 | | 50,000.00 | Webmoney | |
| 12/4/13 6:56 AM | | 50,000.00 | - | TransferInternal | |
| 1/21/15 8:56 AM | 50,000.00 | | 50,000.00 | Webmoney | |
| 1/21/15 8:56 AM | | 50,000.00 | - | TransferInternal | |
| 1/21/15 7:33 PM | 30,000.00 | | 30,000.00 | Webmoney | |
| 1/21/15 7:33 PM | | 30,000.00 | - | TransferInternal | |
| 5/20/15 9:29 AM | 25,000.00 | | 25,000.00 | TransferInternal | 231519 |
| 5/21/15 6:49 AM | | 25,000.00 | - | Webmoney | |
| 8/7/15 4:58 PM | 13,478.12 | | 13,478.12 | Conversion | |
| 8/10/15 11:01 AM | | 13,478.12 | - | Conversion | |
| 1/11/16 1:37 PM | 3,649,080.08 | | 3,649,080.08 | broker to broker form dd.08Jan2016 | |
| 4/12/16 10:12 AM | | 3,649,080.00 | 0.08 | TransferExternal | XX60FXPNXXF9776910001 |
| 6/20/16 6:06 AM | 42,570.00 | | 42,570.08 | Webmoney | |
| 6/20/16 6:06 AM | | 42,570.00 | 0.08 | TransferInternal | 231519 |
| 9/26/16 11:07 AM | 38,610.00 | | 38,610.08 | Webmoney | |
| 9/26/16 11:07 AM | | 38,610.00 | 0.08 | TransferInternal | 75250 |
| 9/29/16 8:31 AM | 50,050.00 | | 50,050.08 | Webmoney | |
| 9/29/16 8:37 AM | | 50,050.08 | 0.00 | TransferInternal | 930739 |
| 10/11/16 7:04 PM | 30,000.00 | | 30,000.00 | TransferInternal | 75250 |
| 10/11/16 7:04 PM | | 30,000.00 | 0.00 | TransferInternal | 231519 |
| 10/31/16 3:10 PM | 5,000.00 | | 5,000.00 | TransferInternal | 930739 |
| 10/31/16 9:11 PM | | 5,000.00 | 0.00 | Webmoney | |
| 11/9/16 3:30 AM | 49,500.00 | | 49,500.00 | Webmoney | |
| 11/9/16 3:30 AM | | 49,500.00 | 0.00 | TransferInternal | 231519 |
| 11/15/16 3:52 PM | 20,000.00 | | 20,000.00 | TransferInternal | 930739 |
| 11/15/16 3:52 PM | | 20,000.00 | 0.00 | TransferInternal | 231519 |
| 11/18/16 3:12 AM | 15,000.00 | | 15,000.00 | TransferInternal | 75250 |
| 11/18/16 3:12 AM | | 15,000.00 | 0.00 | TransferInternal | 231519 |
| 11/18/16 6:28 AM | 3,287.53 | | 3,287.53 | TransferExternal | XX60FXPNXXF9776910001 |
| 11/18/16 7:48 AM | | 3,287.53 | 0.00 | TransferInternal | 231519 |

| | | | | | |
|---|---|---|---|---|---|
| 11/23/16 1:29 PM | 10,000.00 | | 10,000.00 | TransferInternal | 930739 |
| 11/23/16 1:29 PM | | 10,000.00 | 0.00 | TransferInternal | 231519 |
| 11/23/16 4:02 PM | 42,570.00 | | 42,570.00 | Webmoney | |
| 11/23/16 4:02 PM | | 42,570.00 | 0.00 | TransferInternal | 231519 |
| 12/1/16 2:05 PM | 49,500.00 | | 49,500.00 | Webmoney | |
| 12/1/16 2:05 PM | | 49,500.00 | 0.00 | TransferInternal | 231519 |
| 1/3/17 8:27 AM | 37,620.00 | | 37,620.00 | Webmoney | |
| 1/3/17 8:27 AM | | 37,620.00 | 0.00 | TransferInternal | 231519 |
| 6/29/17 12:01 PM | 9,826.55 | | 9,826.55 | TransferInternal | 930739 |
| 6/29/17 12:01 PM | | 9,826.55 | 0.00 | TransferInternal | 231519 |
| Turnover | **4,331,902.51** | **4,331,902.51** | | | |

This statement is in electronic form and does not bear the signature of the issuer





XP Solutions Limited
Level 3, 187 Queen Street, Auckland Cbd, 1010 , New Zealand
www.finfxtech.com

Registered in the Financial Service Provider
Register of New Zealand (FSP215305)

Aleksandr Vinnik

| | |
|---|---|
| Account Number | XX20FXPNXXF3396510002 |
| Currency | RUB |
| Start | 6/1/2014 |
| End | 7/31/2017 |

| Date | CREDIT | DEBIT | Account balance | Comment | Contractor Account |
|---|---|---|---|---|---|
| 6/20/14 8:10 AM | 94,050.00 | | 94,050.00 | YandexMoney | |
| 2/19/15 6:34 PM | 100,000.00 | | 194,050.00 | YandexMoney | |
| 2/19/15 6:38 PM | | 194,050.00 | - | TransferInternal | |
| 2/24/15 4:08 PM | 100,000.00 | | 100,000.00 | YandexMoney | |
| 2/24/15 7:18 PM | 100,000.00 | | 200,000.00 | YandexMoney | |
| 2/24/15 7:20 PM | | 200,000.00 | - | TransferInternal | |
| 2/26/15 7:18 PM | 100,000.00 | | 100,000.00 | YandexMoney | |
| 2/26/15 7:22 PM | 110,000.00 | | 210,000.00 | YandexMoney | |
| 2/26/15 7:23 PM | | 210,000.00 | - | TransferInternal | |
| 2/28/15 4:34 PM | 50,000.00 | | 50,000.00 | YandexMoney | |
| 2/28/15 4:36 PM | 101,000.00 | | 151,000.00 | YandexMoney | |
| 2/28/15 4:37 PM | 102,000.00 | | 253,000.00 | YandexMoney | |
| 3/1/15 11:28 AM | 103,000.00 | | 356,000.00 | YandexMoney | |
| 3/2/15 6:36 AM | 100,000.00 | | 456,000.00 | YandexMoney | |
| 3/2/15 6:37 AM | 105,000.00 | | 561,000.00 | YandexMoney | |
| 3/2/15 6:38 AM | | 561,000.00 | - | TransferInternal | |
| 3/2/15 3:07 PM | 99,000.00 | | 99,000.00 | YandexMoney | |
| 3/2/15 6:04 PM | 50,000.00 | | 149,000.00 | YandexMoney | |
| 3/2/15 6:14 PM | 100,000.00 | | 249,000.00 | YandexMoney | |
| 3/2/15 6:15 PM | 107,000.00 | | 356,000.00 | YandexMoney | |
| 3/2/15 6:16 PM | | 356,000.00 | - | TransferInternal | |
| 3/3/15 4:40 PM | 150,000.00 | | 150,000.00 | YandexMoney | |
| 3/3/15 4:42 PM | 100,000.00 | | 250,000.00 | YandexMoney | |
| 3/5/15 5:34 PM | 200,000.00 | | 450,000.00 | YandexMoney | |
| 3/9/15 6:50 AM | 50,000.00 | | 500,000.00 | YandexMoney | |
| 3/9/15 6:52 AM | 55,000.00 | | 555,000.00 | YandexMoney | |
| 3/9/15 6:53 AM | 80,000.00 | | 635,000.00 | YandexMoney | |
| 3/9/15 6:54 AM | | 635,000.00 | - | TransferInternal | |
| 3/9/15 3:50 PM | 120,000.00 | | 120,000.00 | YandexMoney | |
| 3/9/15 3:53 PM | 99,000.00 | | 219,000.00 | YandexMoney | |
| 3/9/15 6:55 PM | | 10,000.00 | 209,000.00 | TransferInternal | |
| 3/9/15 6:55 PM | | 9,000.00 | 200,000.00 | TransferInternal | |
| 3/10/15 5:04 AM | 51,000.00 | | 251,000.00 | YandexMoney | |
| 3/10/15 5:05 AM | 89,000.00 | | 340,000.00 | YandexMoney | |
| 3/10/15 5:06 AM | 60,000.00 | | 400,000.00 | YandexMoney | |
| 3/10/15 6:54 PM | 50,000.00 | | 450,000.00 | YandexMoney | |
| 3/10/15 6:55 PM | 60,000.00 | | 510,000.00 | YandexMoney | |
| 3/11/15 4:55 PM | 40,000.00 | | 550,000.00 | YandexMoney | |
| 3/12/15 5:37 AM | 50,000.00 | | 600,000.00 | YandexMoney | |
| 3/12/15 5:38 AM | 55,000.00 | | 655,000.00 | YandexMoney | |
| 3/12/15 5:39 AM | 100,000.00 | | 755,000.00 | YandexMoney | |
| 3/12/15 5:40 AM | | 755,000.00 | - | TransferInternal | |
| 3/17/15 6:49 AM | 40,000.00 | | 40,000.00 | YandexMoney | |
| 3/17/15 6:24 PM | 100,000.00 | | 140,000.00 | YandexMoney | |
| 3/18/15 9:56 AM | 40,000.00 | | 180,000.00 | YandexMoney | |
| 3/18/15 3:35 PM | 50,000.00 | | 230,000.00 | YandexMoney | |
| 3/18/15 3:36 PM | 100,000.00 | | 330,000.00 | YandexMoney | |
| 3/18/15 3:37 PM | 60,000.00 | | 390,000.00 | YandexMoney | |

| | | | | | |
|---|---|---|---|---|---|
| 3/18/15 3:37 PM | | 390,000.00 | - | TransferInternal | |
| 3/18/15 8:25 PM | 105,000.00 | | 105,000.00 | YandexMoney | |
| 3/18/15 8:26 PM | 155,000.00 | | 260,000.00 | YandexMoney | |
| 3/18/15 8:27 PM | 120,000.00 | | 380,000.00 | YandexMoney | |
| 3/19/15 7:04 AM | 30,000.00 | | 410,000.00 | YandexMoney | |
| 3/19/15 7:05 AM | 50,000.00 | | 460,000.00 | YandexMoney | |
| 3/19/15 9:38 AM | 35,000.00 | | 495,000.00 | YandexMoney | |
| 3/19/15 9:43 AM | 45,000.00 | | 540,000.00 | YandexMoney | |
| 3/20/15 6:53 AM | 120,000.00 | | 660,000.00 | YandexMoney | |
| 3/20/15 6:53 AM | 60,000.00 | | 720,000.00 | YandexMoney | |
| 3/20/15 6:54 AM | 200,000.00 | | 920,000.00 | YandexMoney | |
| 3/20/15 10:55 AM | 50,000.00 | | 970,000.00 | YandexMoney | |
| 3/20/15 10:56 AM | 60,000.00 | | 1,030,000.00 | YandexMoney | |
| 3/20/15 10:57 AM | 85,000.00 | | 1,115,000.00 | YandexMoney | |
| 3/20/15 7:53 PM | 250,000.00 | | 1,365,000.00 | YandexMoney | |
| 3/20/15 7:54 PM | 120,000.00 | | 1,485,000.00 | YandexMoney | |
| 3/20/15 7:55 PM | 100,000.00 | | 1,585,000.00 | YandexMoney | |
| 3/20/15 7:56 PM | | 1,585,000.00 | - | TransferInternal | |
| 3/21/15 7:17 AM | 55,000.00 | | 55,000.00 | YandexMoney | |
| 3/21/15 7:19 AM | 45,000.00 | | 100,000.00 | YandexMoney | |
| 3/22/15 6:57 PM | 200,000.00 | | 300,000.00 | YandexMoney | |
| 3/22/15 6:59 PM | 150,000.00 | | 450,000.00 | YandexMoney | |
| 3/22/15 6:59 PM | 200,000.00 | | 650,000.00 | YandexMoney | |
| 3/22/15 7:34 PM | 40,000.00 | | 690,000.00 | YandexMoney | |
| 3/22/15 7:36 PM | 60,000.00 | | 750,000.00 | YandexMoney | |
| 3/22/15 7:37 PM | 70,000.00 | | 820,000.00 | YandexMoney | |
| 3/23/15 7:38 AM | 70,000.00 | | 890,000.00 | YandexMoney | |
| 3/23/15 7:42 AM | 40,000.00 | | 930,000.00 | YandexMoney | |
| 3/23/15 7:45 AM | 45,000.00 | | 975,000.00 | YandexMoney | |
| 3/24/15 5:46 AM | 80,000.00 | | 1,055,000.00 | YandexMoney | |
| 3/24/15 6:07 AM | 100,000.00 | | 1,155,000.00 | YandexMoney | |
| 3/25/15 8:17 AM | 200,000.00 | | 1,355,000.00 | YandexMoney | |
| 3/25/15 8:18 AM | 200,000.00 | | 1,555,000.00 | YandexMoney | |
| 3/25/15 8:19 AM | 180,000.00 | | 1,735,000.00 | YandexMoney | |
| 3/25/15 8:19 AM | | 1,735,000.00 | - | TransferInternal | |
| 3/25/15 5:10 PM | 250,000.00 | | 250,000.00 | YandexMoney | |
| 3/25/15 5:11 PM | 250,000.00 | | 500,000.00 | YandexMoney | |
| 3/26/15 6:36 AM | 100,000.00 | | 600,000.00 | YandexMoney | |
| 3/26/15 6:37 AM | 55,000.00 | | 655,000.00 | YandexMoney | |
| 3/26/15 11:42 AM | 100,000.00 | | 755,000.00 | YandexMoney | |
| 3/26/15 11:43 AM | 150,000.00 | | 905,000.00 | YandexMoney | |
| 3/26/15 4:42 PM | 70,000.00 | | 975,000.00 | YandexMoney | |
| 3/26/15 4:44 PM | 250,000.00 | | 1,225,000.00 | YandexMoney | |
| 3/26/15 4:45 PM | 80,000.00 | | 1,305,000.00 | YandexMoney | |
| 3/26/15 4:46 PM | | 1,305,000.00 | - | TransferInternal | |
| 3/28/15 5:43 AM | 50,000.00 | | 50,000.00 | YandexMoney | |
| 3/28/15 5:44 AM | 80,000.00 | | 130,000.00 | YandexMoney | |
| 3/28/15 5:45 AM | 150,000.00 | | 280,000.00 | YandexMoney | |
| 6/16/15 10:16 AM | | 100,000.00 | 180,000.00 | WireTransfer | |
| 7/30/15 8:19 AM | 9,300.00 | | 189,300.00 | YandexMoney | |
| 8/7/15 4:58 PM | | 1,000,000.00 | (810,700.00) | Conversion | |
| 8/7/15 4:58 PM | 1,000,000.00 | | 189,300.00 | Webmoney | |
| 8/7/15 4:59 PM | 1,000,000.00 | | 1,189,300.00 | Webmoney | |
| 8/7/15 4:59 PM | 1,000,000.00 | | 2,189,300.00 | Webmoney | |
| 8/7/15 5:04 PM | | 2,189,300.00 | - | TransferInternal | 659094 |
| 8/10/15 11:01 AM | 1,000,000.00 | | 1,000,000.00 | Conversion | |
| 8/10/15 11:26 AM | | 1,000,000.00 | - | TransferInternal | 659094 |
| 12/14/15 1:10 PM | 1,000,000.00 | | 1,000,000.00 | Webmoney | |
| 12/14/15 1:10 PM | | 1,000,000.00 | - | TransferInternal | 659094 |
| 12/30/15 5:15 PM | 1,000,000.00 | | 1,000,000.00 | Webmoney | |
| 12/30/15 5:15 PM | | 1,000,000.00 | - | TransferInternal | 659094 |
| 1/6/16 6:48 PM | 1,000,000.00 | | 1,000,000.00 | Webmoney | |
| 1/6/16 6:48 PM | | 1,000,000.00 | - | TransferInternal | 659094 |
| 1/11/16 11:47 AM | 9,000.00 | | 9,000.00 | TransferInternal | 9003549 |
| 1/11/16 11:47 AM | | 9,000.00 | - | TransferInternal | 659094 |
| 1/12/16 11:11 AM | 1,000,000.00 | | 1,000,000.00 | Webmoney | |



| | | | | | |
|---|---|---|---|---|---|
| 1/12/16 11:11 AM | | 1,000,000.00 | - | TransferInternal | 659094 |
| 1/26/16 2:26 PM | 650,000.00 | | 650,000.00 | | |
| 1/26/16 2:26 PM | | 650,000.00 | - | TransferInternal | 659094 |
| 1/26/16 2:29 PM | 1,000,000.00 | | 1,000,000.00 | | |
| 1/26/16 2:29 PM | | 1,000,000.00 | - | TransferInternal | 9003549 |
| 1/26/16 2:47 PM | 1,000,000.00 | | 1,000,000.00 | TransferInternal | 9003549 |
| 1/26/16 2:47 PM | | 1,000,000.00 | - | TransferInternal | 659094 |
| 3/2/16 6:59 PM | 990,000.00 | | 990,000.00 | Webmoney | |
| 3/2/16 6:59 PM | | 990,000.00 | - | TransferInternal | 659094 |
| 3/2/16 7:00 PM | 990,000.00 | | 990,000.00 | Webmoney | |
| 3/2/16 7:00 PM | | 990,000.00 | - | TransferInternal | 659094 |
| 3/3/16 11:58 AM | 891,000.00 | | 891,000.00 | Webmoney | |
| 3/3/16 11:58 AM | | 891,000.00 | - | TransferInternal | 659094 |
| 3/3/16 12:23 PM | 792,000.00 | | 792,000.00 | Webmoney | |
| 3/3/16 12:23 PM | | 792,000.00 | - | TransferInternal | 659094 |
| 3/3/16 12:43 PM | 990,000.00 | | 990,000.00 | Webmoney | |
| 3/3/16 12:43 PM | | 990,000.00 | - | TransferInternal | 659094 |
| 3/3/16 3:55 PM | 990,000.00 | | 990,000.00 | Webmoney | |
| 3/3/16 3:55 PM | | 990,000.00 | - | TransferInternal | 659094 |
| 3/3/16 3:55 PM | | 990,000.00 | (990,000.00) | TransferInternal | 659094 |
| 3/3/16 3:55 PM | 990,000.00 | | - | Webmoney | |
| 3/3/16 3:56 PM | 990,000.00 | | 990,000.00 | Webmoney | |
| 3/3/16 3:56 PM | | 990,000.00 | - | TransferInternal | 659094 |
| 3/3/16 4:02 PM | 206,366.03 | | 206,366.03 | Webmoney | |
| 3/3/16 4:02 PM | | 206,366.03 | - | TransferInternal | 659094 |
| 3/8/16 9:09 AM | 990,000.00 | | 990,000.00 | Webmoney | |
| 3/8/16 9:09 AM | | 990,000.00 | - | TransferInternal | 659094 |
| 3/8/16 9:10 AM | 401,038.38 | | 401,038.38 | Webmoney | |
| 3/8/16 9:10 AM | | 401,038.38 | - | TransferInternal | 659094 |
| 3/17/16 7:05 AM | 990,000.00 | | 990,000.00 | Webmoney | |
| 3/17/16 7:05 AM | | 990,000.00 | - | TransferInternal | 659094 |
| 3/17/16 7:13 AM | | 990,000.00 | (990,000.00) | TransferInternal | 659094 |
| 3/17/16 7:13 AM | 990,000.00 | | - | Webmoney | |
| 3/17/16 2:06 PM | 990,000.00 | | 990,000.00 | Webmoney | |
| 3/17/16 2:06 PM | | 990,000.00 | - | TransferInternal | 659094 |
| 3/17/16 2:07 PM | 661,806.02 | | 661,806.02 | Webmoney | |
| 3/17/16 2:07 PM | | 661,806.02 | - | TransferInternal | 659094 |
| 3/30/16 7:22 AM | 990,000.00 | | 990,000.00 | Webmoney | |
| 3/30/16 7:22 AM | | 990,000.00 | - | TransferInternal | 659094 |
| 4/1/16 12:20 PM | 990,000.00 | | 990,000.00 | Webmoney | |
| 4/1/16 12:20 PM | | 990,000.00 | - | TransferInternal | 659094 |
| 4/12/16 7:41 AM | 990,000.00 | | 990,000.00 | Webmoney | |
| 4/12/16 7:41 AM | | 990,000.00 | - | TransferInternal | 659094 |
| 4/15/16 3:26 PM | 990,000.00 | | 990,000.00 | Webmoney | |
| 4/15/16 3:26 PM | | 990,000.00 | - | TransferInternal | 659094 |
| 4/28/16 4:24 AM | 990,000.00 | | 990,000.00 | Webmoney | |
| 4/28/16 4:24 AM | | 990,000.00 | - | TransferInternal | 659094 |
| 4/28/16 6:39 AM | 3,000,000.00 | | 3,000,000.00 | TransferExternal | XX60FXPNXXF9776910001 |
| 4/28/16 9:32 AM | | 3,000,000.00 | - | TransferInternal | 659094 |
| 6/19/16 7:58 PM | 990,000.00 | | 990,000.00 | Webmoney | |
| 6/19/16 7:58 PM | | 990,000.00 | - | TransferInternal | 659094 |
| 6/19/16 8:03 PM | 990,000.00 | | 990,000.00 | Webmoney | |
| 6/19/16 8:03 PM | | 990,000.00 | - | TransferInternal | 659094 |
| 6/19/16 8:04 PM | 646,039.95 | | 646,039.95 | Webmoney | |
| 6/19/16 8:04 PM | | 646,039.95 | - | TransferInternal | 659094 |
| 8/18/16 9:08 AM | 990,000.00 | | 990,000.00 | Webmoney | |
| 8/18/16 9:08 AM | | 990,000.00 | - | TransferInternal | 659094 |
| 10/7/16 9:27 AM | | 16,032.91 | (16,032.91) | TransferInternal | |
| 10/7/16 9:28 AM | 16,032.91 | | - | TransferInternal | |
| 10/7/16 9:28 AM | | 16,032.91 | (16,032.91) | TransferInternal | 659094 |
| 10/31/16 3:09 PM | 16,032.91 | | - | Webmoney | |
| 11/24/16 10:27 AM | 500,000.00 | | 500,000.00 | WireTransfer | |
| 11/24/16 4:10 PM | | 500,000.00 | - | TransferInternal | 938347 |
| 11/25/16 12:23 PM | 500,000.00 | | 500,000.00 | WireTransfer | |
| 11/25/16 5:53 PM | | 500,000.00 | - | TransferInternal | 938347 |
| 12/12/16 9:46 AM | 500,000.00 | | 500,000.00 | WireTransfer | |



| | | | | | |
|---|---|---|---|---|---|
| 12/12/16 9:54 AM | | 500,000.00 | - | TransferInternal | 938347 |
| 4/27/17 7:35 AM | 693,000.00 | | 693,000.00 | Webmoney | |
| 4/27/17 7:37 AM | | 693,000.00 | - | TransferInternal | 938347 |
| 5/3/17 9:02 AM | 489,966.84 | | 489,966.84 | Webmoney | |
| 5/3/17 9:03 AM | | 489,966.84 | - | TransferInternal | 938347 |
| 6/29/17 7:13 AM | 346,500.00 | | 346,500.00 | Webmoney | |
| 6/29/17 7:13 AM | | 346,500.00 | - | TransferInternal | 938347 |
| **Turnover** | **46,373,133.04** | **46,373,133.04** | | | |

This statement is in electronic form and does not bear the signature of the issuer





10

This is the exhibit marked with the number "**10**" referred in the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28 day of May 2020 before me

A solicitor of the High Court of New Zealand

Account
Commission & Bonuses
Administration
Search user by:
Profile
Information
Experience
Statements
Bonuses
User Block
Operations Summary
Commission
Activity
Payment Account
Notifications
User Activity
Block and White lists
Date from
Date to
Show
Date
IP Address
Device
OS
Browser
Domain
02/03/2019 11:10:39 PM Desktop Unknown Unknown 0.0 my.fxopenasia.com
02/03/2019 10:56:15 PM Desktop Unknown Unknown 0.0 my.fxopenasia.com
02/03/2019 10:22:22 PM Desktop Unknown Unknown 0.0 my.fxopenasia.com
01/14/2019 03:03:41 PM 1.241.233.121 Desktop Windows 7 Firefox 60.0 my.fxopen.ru
01/14/2019 03:02:01 PM 1.241.233.121 Desktop Windows 7 my.fxopen.ru
10/24/2018 01:24:50 PM Desktop Windows 8 Chrome 43.0 my.fxopen.ru
1
20
items per page

11

This is the exhibit marked with the number "**11**" referred to **in** the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28 day of May 2020 before me

S.C. BLACKWELL

A solicitor of the High Court of New Zealand

Open Live Chat



Dear Trader,

Please, note that the following FXOpen accounts **XX60FXPNXXF9776910001 (eWallet), 896201 (ECN), 902619 (ECN),** have been **blocked**.
**Administrator's Comment:**

For more details, please feel free to contact Customer Support Service fxopen support.

**Best Regards,**
FXOpen Markets Limited
PO box 590, Springates East, Government Road,
Charlestown, Nevis

E-mail: support@fxopen.com
Tel: +64-9-801-0123
Live Chat (24\5)






P.S. This message was generated by an automated system. Do not reply to this message.
CONFIDENTIALITY: This message and any attachments is intended solely for the addressees and is confidential. If you receive this message in error, please delete it and immediately notify the sender. Any use not in accord with its purpose, any dissemination or disclosure, either whole or partial, is prohibited unless formal approval is granted.
DISCLAIMER: Any views or opinions presented within this e-mail are solely those of the author and do not necessarily represent those of FXOpen (and its subsidiaries), unless otherwise specifically stated. The content of this message does not constitute any Investment Advice. The Internet can not guarantee the integrity of this message. Instructions given in an electronic way are exposed to risks associated thereto including the failure of hardware and software, and the communications infrastructure (including, without limitation, the Internet). As a result of any system failure or other interruptions, instructions either may not be executed timely or may not be executed at all, or orders may not be placed or changed. Any and all mistakes, errors, interruptions or unavailability of the means of communication may lead to mistakes, errors, interruptions or unavailability of trading.
FXOpen (and its subsidiaries) does not warrant ability to maintain a continuous and uninterrupted link with the Internet and shall have no liability for any such failure, for damages resulting from the use of electronic means of communication, including, but not limited to damages resulting from any failure of hardware or software, system downtime or communications interruption, failure or delay in delivery of electronic communications, interception or manipulation of electronic communications by third parties or by computer programs used for electronic communications and transmission of viruses and other malicious code.
RISK WARNING: Trading on the Forex market involves substantial risks, including complete possible loss of funds and other losses. Clients should make an independent judgment as to whether trading is appropriate for them in light of their financial condition, investment experience, risk tolerance and other factors. These investments may not be suitable for all investors, therefore, please ensure that you fully understand the risks involved and seek independent advice if necessary prior to entering into such transactions.
Do not print this message unless it is necessary, consider the environment.



Open Live Chat

**Dear Trader,**

Please, note that the following FXOpen accounts **XX20FXPNXXF3396510002 (eWallet), 75250 (Standard), 231519 (ECN), 938347 (ECN), 9003549 (Инвестиционный),** have been **blocked**
**Administrator's Comment:**

For more details, please feel free to contact Customer Support Service fxopen.support.

**Best Regards,**
FXOpen Markets Limited
PO box 590, Springates East, Government Road,
Charlestown, Nevis

E-mail: support@fxopen.com
Tel: +64-9-801-0123
Live Chat (24\5)

P.S. This message was generated by an automated system. Do not reply to this message.
**CONFIDENTIALITY:** This message and any attachments is intended solely for the addressees and is confidential. If you receive this message in error, please delete it and immediately notify the sender. Any use not in accord with its purpose, any dissemination or disclosure, either whole or partial, is prohibited unless formal approval is granted.
**DISCLAIMER:** Any views or opinions presented within this e-mail are solely those of the author and do not necessarily represent those of FXOpen (and its subsidiaries), unless otherwise specifically stated. The content of this message does not constitute any Investment Advice. The Internet can not guarantee the integrity of this message. Instructions given in an electronic way are exposed to risks associated thereto including the failure of hardware and software, and the communications infrastructure (including, without limitation, the Internet). As a result of any system failure or other interruptions, instructions either may not be executed timely or may not be executed at all, or orders may not be placed or changed. Any and all mistakes, errors, interruptions or unavailability of the means of communication may lead to mistakes, errors, interruptions or unavailability of trading.
FXOpen (and its subsidiaries) does not warrant ability to maintain a continuous and uninterrupted link with the Internet and shall have no liability for any such failure, for damages resulting from the use of electronic means of communication, including, but not limited to damages resulting from any failure of hardware or software, system downtime or communications interruption, failure or delay in delivery of electronic communications, interception or manipulation of electronic communications by third parties or by computer programs used for electronic communications and transmission of viruses and other malicious code.
**RISK WARNING:** Trading on the Forex market involves substantial risks, including complete possible loss of funds and other losses. Clients should make an independent judgment as to whether trading is appropriate for them in light of their financial condition, investment experience, risk tolerance and other factors. These investments may not be suitable for all investors, therefore, please ensure that you fully understand the risks involved and seek independent advice if necessary prior to entering into such transactions.
**Do not print this message unless it is necessary, consider the environment.**

12

FXOpen

# 264686: Account access restricted

**Department**: FXO Support Dept
**Owner**: Aliaksei Finance Dpt.
**Type**: Issue
**Status**: Closed
**Priority**: Urgent
**Created:** 31 July 2017 03:02 PM **Updated:** 31 July 2017 03:02 PM

## Posts

**Aliaksei Finance Dp...**
FinManager

(Staff)

Dear Customer,

Considering the latest news issued by the US Department of Justice in respect to Canton Business Corporation and in accordance with the cl.15 of the FXOpen Customer Agreement we hereby inform you that all your trading positions with FXOpen were closed on June 28, 2017 at 23:59 server time.
From this moment FXOpen restricts an access for you to your ewallet and account (-s) with FXOpen.
We request you to contact us immediately and provide the explanation on the situation arisen with Canton Business Corporation.

Kind regards,
FXOpen

Posted on: 31 July 2017 03:02 PM

This is the exhibit marked with the number "**12**" referred in the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28 day of May 2020 before me

S.C. Blackwell

A solicitor of the High Court of New Zealand

3/17/2020 FXOpen - Powered by Kayako

https://fxopen.support/staff/Tickets/Ticket/PrintTicket/264686 2/2

13

This is the exhibit marked with the number "**13**" referred to in the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28th day of ~~April~~ May 2020 before me

S. C. Blackwell

A solicitor of the High Court of New Zealand

XP Solutions Limited
Level 3, 187 Queen Street, Cbd,
Auckland, 1010, New Zealand
Tel: +6498010123

## Statement

Prepared on 13/02/2020 time 13:31:42

Client: Canton Business Corp
Account: XX60FXPNXXF9776910001
Period: 24/02/2019 - 03/03/2019

| # | Date | Information on payment | Debit (D) | Credit (C) | Balance |
|---|---|---|---|---|---|
| | | | EUR Starting balance 24/02/2019: 39476401.43 | | |
| 1 | 25/02/2019 | Manual (Exchange) | -39476401.43 | | 0.00 |
| | | | Debit turnover: 39476401.43 | | |
| | | | Credit turnover: 0.00 | | |
| | | | EUR Ending balance 03/03/2019: 0.00 | | |

| # | Date | Information on payment | Debit (D) | Credit (C) | Balance |
|---|---|---|---|---|---|
| | | | USD Starting balance 24/02/2019: 16027769.60 | | |
| 1 | 25/02/2019 | Manual (Exchange) | | 44766239.21 | 60794008.82 |
| 2 | 26/02/2019 | Transfer (Internal) | | 5054049.42 | 65848058.25 |
| 3 | 26/02/2019 | Manual (Transfer) | -5054049.42 | | 60794008.82 |
| 4 | 26/02/2019 | Manual (Deposit) | | 5054049.42 | 65848058.25 |
| 5 | 26/02/2019 | Transfer (Internal) | | 23835532.26 | 89683590.51 |
| 6 | 26/02/2019 | Manual (Transfer) | -23835532.26 | | 65848058.25 |
| 7 | 26/02/2019 | Manual (Transfer) | | 23835532.26 | 89683590.51 |
| | | | Debit turnover: 28889581.69 | | |
| | | | Credit turnover: 102545402.60 | | |

USD Ending balance 03/03/2019: 89683590.51

| # | Date | Information on payment | Debit (D) | Credit (C) | Balance |
|---|---|---|---|---|---|

AUD Starting balance 24/02/2019: 5471132.02

Debit turnover: 0.00

Credit turnover: 0.00

AUD Ending balance 03/03/2019: 5471132.02

| # | Date | Information on payment | Debit (D) | Credit (C) | Balance |
|---|---|---|---|---|---|

GBP Starting balance 24/02/2019: 35459.32

Debit turnover: 0.00

Credit turnover: 0.00

GBP Ending balance 03/03/2019: 35459.32

| # | Date | Information on payment | Debit (D) | Credit (C) | Balance |
|---|---|---|---|---|---|

RUB Starting balance 24/02/2019: 9339457.71

Debit turnover: 0.00

Credit turnover: 0.00

RUB Ending balance 03/03/2019: 9339457.71

14

This is the exhibit marked with the number "**14**" referred in the annexed affidavit of **David Raymond Grant Campbell** sworn at Auckland this 28 day of ~~April~~ May 2020 before me

S.C Blackwell
A solicitor of the High Court of New Zealand

XP Solutions Limited
Level 3, 187 Queen Street, Cbd,
Auckland, 1010, New Zealand
Tel: +6498010123

# Statement

Prepared on 13/02/2020 time 13:33:52

Client: Aleksandr Vinnik
Account: XX20FXPNXXF3396510002
Period: 05/02/2020 - 12/02/2020

| # | Date | Information on payment | Debit (D) | Credit (C) | Balance |
|---|---|---|---|---|---|

BTC Starting balance 05/02/2020: 0.00

Debit turnover: 0.00

Credit turnover: 0.00

BTC Ending balance 12/02/2020: 0.00

| # | Date | Information on payment | Debit (D) | Credit (C) | Balance |
|---|---|---|---|---|---|

RUB Starting balance 05/02/2020: 453361.66

Debit turnover: 0.00

Credit turnover: 0.00

RUB Ending balance 12/02/2020: 453361.66

| # | Date | Information on payment | Debit (D) | Credit (C) | Balance |
|---|---|---|---|---|---|

USD Starting balance 05/02/2020: 72574.48

Debit turnover: 0.00

Credit turnover: 0.00

USD Ending balance 12/02/2020: 72574.48