# EXHIBIT B



**XP Solutions Limited**
Level 3, 187 Queen Street, Auckland Cbd, 1010 , New Zealand
www.finfxtech.com

Registered in the Financial Service Provider
Register of New Zealand (FSP215305)

Financial Intelligence Unit
Police Headquarters
41 Victoria Street
Wellington Central
Wellington

25th of August 2017

Dear Sir

We have been in contact with GoAML, more specifically Alison Jones, in respect of the registration of the company on the GoAML platform.

Because at this stage of the company's development we have been informed that the company falls outside the territorial scope of the New Zealand AML/CFT legislation and cannot register on GoAML and therefore cannot (and apparently does not need to) lodge a suspicious transaction report.

However, even though this appears to be the current position of the New Zealand legislation the company believes that it is under a duty to lodge notification regardless of the territorial scope and its ability to register on the platform.

Background to STR

The company, XP Solutions Limited ("XPS"), operates multicurrency eWallet Account Software ("eWallet Software Solution") and provides a full range of related support and maintenance services to its customers.
The eWallet Solution is a software system enabling its users to deposit and withdraw funds and allows electronic funds transfers between various accounts (ie the "eWallets").
**The system goes beyond the bas**ics of payment services and focuses on speed, agili**ty and cost and is essentially a unified system which includes a** full range of payment methods with a fully audited **management process.**
**The eWallet software system wa**s specifically designed for companies involved in t**he financial services industry and supports organisations with** multinational financial reporting requirements.

**XPS customers comprise a specif**ic group of financial sector companies operating **worldwide under the brand name "FXOpen". These companies bet**ween them have approximately 9000 retail clients **operating in 190 countries.**
**XPS's eWallet Software has been** fully and successfully integrated in to the FXOpen **website: www.fxopen.com and is used for deposits, withdrawals** and instant funds transfers to/between and from **trading accounts held with FXOpen – the FX contracts provi**der.
**As per the arrangements betwee**n XPS and FXOpen the eWallet Software Solution i**s only allowed to be used by third parties to transfer funds to**/from/ and within FXOpen in order to trade financi**al products offered by FXOpen through** www.fxopen.com.

XP Solutions Limited (reg. number 3789182) is registered as the Financial Service Provider in New Zealand FSP215305





**XP Solutions Limited**
Level 3, 187 Queen Street, Auckland Cbd, 1010 , New Zealand
www.finfxtech.com

Registered in the Financial Service Provider
Register of New Zealand (FSP215305)

Within the eWallet Software System all AML/CFT identity verification requirements are undertaken in respect of the retail clients of FXOpen in accordance with FATF standards.

Two clients using the company's eWallet service (being the subject of this suspicious Transaction report) have come to the company's attention – namely Canton Business Corp. Registration number 095878, Registered address Suite 1 Level 2 Sound & Vision House, Francis Rachel Street, Victoria Mahe Seychelles ("Canton") and Aleksandr Vinnik.

Suspicious Transaction Notification

Canton had a number of Forex Trading accounts with FXOpen Markets Limited and an ewallet account with XPS # XX60FXPNXXF9776910001.
Aleksandr Vinnik had a number of trading accounts with FXOpen Markets Limited and an ewallet account with XPS # XX20FXPNXXF3396510002.

XPS as noted above provides its eWallet service to companies operating under the FXOpen brand name which includes FXOpen Markets Limited. To deposit funds to the trading account with FXOpen Markets Limited a customer has to first fund his eWallet with XPS.

Canton: as at 27 of July 2017 the following amounts were frozen and remain within eWallet account #XX60FXPNXXF977691001:
- EUR 39,476,401.43
- USD 16,027,769.60
- AUD 5,471,132.02
- RUB 9,339,457.71
- GBP 35,459.32

and trading accounts:
- #896201 – 5,054,199.43 USD
- #896205 – 0.00
- #900207 – 0.00
- #901065 – 28.04USD
- #902064 – 0.00
- #902619 – 23,835,682.26USD

Aleksandr Vinnik: as at 27 of July 2017 eWallet account was frozen - #XX20FXPNXXF3396510002:
- Nil balance

Trading accounts of Aleksandr Vinnik and funds on them were also frozen:
- #231519 – 72,724.48 USD
- #930739 – 0.00
- #938347 – 462,748.45 RUB
- #9003549 – 0.00

XP Solutions Limited (reg. number 3789182) is registered as the Financial Service Provider in New Zealand FSP215305





**XP Solutions Limited**
Level 3, 187 Queen Street, Auckland Cbd, 1010 , New Zealand
www.finfxtech.com

Registered in the Financial Service Provider
Register of New Zealand (FSP215305)

A comprehensive verification process was undertaken in accordance with the companies KYC/AML and:
1. Identified the Directors and declared the beneficial ownership (ID, proof of address) at the time the accounts were opened;
2. Reviewed all corporate documentation to ensure the company concerned was one of good standing and established the powers of the signatories to bind the company at the time the accounts were opened;
3. Included the AML questionnaire submitted by the account holder at the time the account was opened which included a description of the clients business (noted as software development, software support and financial operations processing using developed software), a declaration as to the source of funds, and the purpose of the account (hedging of business operations).

The use of the accounts correlated with the declared purpose (i.e. no leverage long term Forex positions in EUR/USD) and there has been no attempt to transfer funds through the account to third parties or to any account of the holders/beneficiaries with a third party was transacted.

As noted above all funds in all accounts have been frozen and all trades closed. This has been actioned on the basis that, subject to any potential investigation by authorities, it appears that the declared beneficial owner of Canton may not be the actual beneficial owner or that there may be other beneficial owners. This would constitute misleading information provided during the account opening and verification procedure and has necessitated this course of action and notification.

Yours faithfully

Denis Peganov
Director