# BOND MODIFICATION COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Lisa J. Cisneros<br>U.S. Magistrate Judge | **RE:** | Klimenka, Aliaksandr |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:22-CR-00256-SI |
| **Date:** | July 9, 2024 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jalei Kinder                                                                 (510) 637-3754

U.S. Pretrial Services Officer                                    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**The following conditions are removed:**

1. ***The defendant must observe a curfew and remain at his residence everyday from 6:00 p.m. to 9:00 a.m., except as directed by Pretrial Services.***

**The following conditions are added:**

1. ***The defendant must observe a curfew and remain as his residence everyday from 9:00 p.m. to 9:00 a.m., except as directed by Pretrial Services.***

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
    _____

_____      July 9, 2024
**JUDICIAL OFFICER**                                       _____
                                                                              **DATE**