JULIA JAYNE (State Bar No. 202753)
Email: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
803 Hearst Ave.
Berkeley, CA 94710
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

PAUL W. VERNER (*Pro Hac Vice*)
Email: *pwverner@vernerlaw.com*
30 Wall Street, 8th Floor
New York, NY 10005
Telephone: (212) 502-5500

Attorney for Defendant
ALIAKSANDR KLIMENKA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALIAKSANDR KLIMENKA,<br><br>　　　　Defendant. | Case No. CR 22-256 SI<br><br>**STIPULATION AND ORDER *AS AMENDED BY THE COURT* TO CONTINUE HEARING DATE, BRIEFING SCHEDULE AND TO EXCLUDE TIME**<br>Hearing Date: October 4, 2024, 11:00 a.m.<br>Court: Hon. Susan Illston |

　　　　The United States of America ("the government") and defendant Aliaksandr Klimenka (collectively, "the parties"), through undersigned counsel, hereby stipulate and agree to continue the motions hearing date currently set on October 4, 2024 to November 15, 2024, at 11:00 a.m. The reason for this request is to give the parties additional time to meet and confer, and for defense counsel to continue reviewing voluminous discovery, prior to engaging in litigation. In connection with the defense motions, the briefing schedule shall proceed as follows:

- Defense filings due by October *11*, 2024
- Government opposition due by ***October 25***, 2024
- Defense reply brief due by November *1*, 2024

It has been further stipulated by the parties that time be excluded under the Speedy Trial Act from October 4, 2024, through November 15, 2024.  This time exclusion will allow defense counsel to continue to prepare, including by reviewing discovery.  For this reason, the parties stipulate and agree that excluding time from October 4, 2024, through November 15, 2024, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from October 4, 2024, through November 15, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Undersigned counsel certifies that she has obtained approval from the AUSA to file this stipulation and proposed order.

**IT IS SO STIPULATED**.

DATED: August 26, 2024                     Respectfully submitted,

                                           _____/S/_____
                                           JULIA JAYNE & PAUL VERNER
                                           Defense Counsel for Alex Klimenka

DATED: August 26, 2024                     ISMAIL RAMSEY
                                           United States Attorney


                                           _____/S/_____
                                           KATHERINE LLOYD-LOVETT
                                           Assistant United States Attorney
                                           CLAUDIA QUIROZ
                                           C. ALDEN PELKER
                                           Trial Attorneys, CCIPS

**[PROPOSED] ORDER *AS AMENDED BY THE COURT***

For good cause shown, IT IS HEREBY ORDERED that the hearing on defense motions scheduled for October 4, 2024, at 11:00 a.m. shall be continued to November 15, 2024, at 11:00 a.m.

Furthermore, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from October 4, 2024, through November 15, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time June 7, 2024, to June 28, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 4, 2024, through November 15, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: __August 26, 2024__

_____
HON. SUSAN ILLSTON
United States District Judge