ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KATHERINE LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney
CLAUDIA QUIROZ (CABN 254419)
C. ALDEN PELKER (MD)
JONAS LERMAN (CABN 274733)
Trial Attorneys
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 802-4637
    Fax: (415) 436-7234
    claudia.quiroz@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov
    catherine.pelker@usdoj.gov
    jonas.lerman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 22-00256 SI |
| Plaintiff, | UNITED STATES' NOTICE OF ATTORNEY APPEARANCE |
| v. | |
| ALIAKSANDR KLIMENKA, | |
| Defendant. | |

U.S. NOTICE OF APPEARANCE
CR 22-00256 SI

    1

The United States Attorney's Office notifies the Court that U.S. Department of Justice attorney Jonas Lerman appears as additional counsel for the United States in this case. Please add him to the list of counsel for the United States and to the list of persons to be noticed.

Dated: September 18, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*s/*
KATHERINE LLOYD-LOVETT
Assistant United States Attorney
CLAUDIA QUIROZ
C. ALDEN PELKER
JONAS LERMAN
Trial Attorneys, CCIPS