UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** January 31, 2025     **Time:** 11:43 – 11:46     **Judge:** SUSAN ILLSTON
                                3 Minutes
**Case No.**: 22-cr-00256-SI-1     **Case Name:** United States v. Aliaksandr Klimenka

**Attorney for Government:** Claudia Quiroz, C. Alden Pelker
**Attorney for Defendant:** Julia Jayne, Paul Verner
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Esther Chung          **Court Reporter:** Kendra Steppler
**Interpreter:** Maria Entchevitch       **Probation Officer:** n/a

### PROCEEDINGS

Status Conference – Held.

### SUMMARY

A briefing schedule was agreed upon for the Motion to Compel as follows:

Opposition Due:  **2/10/2025**
Reply Due:  **2/12/2025**
*Counsel are reminded to send courtesy copies of all motion filings.*

Motion Hearing:  **2/14/2025 at 11:00 a.m.**

CASE CONTINUED TO: **2/14/2025 at 11:00 AM for Motion Hearing**

------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Effective preparation of counsel
Begins:  12/6/2024
Ends:  7/7/2025
------------------------------------------------------------------------------------------------------------------