ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RYAN ARASH REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-CR-256-SI-1 |
| Plaintiff, | NOTICE OF ADDITIONAL COUNSEL |
| v. | |
| ALIAKSANDR KLIMENKA, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the Court that Assistant United States Attorney Ryan Arash Rezaei appears in this matter on behalf of the United States in addition to Claudia A. Quiroz, Catherine Alden Pelker, and Jonas Blomberg Lerman. Future ECF notices should be sent to Assistant United States Attorney Ryan Arash Rezaei with the following contact information:

    Ryan Arash Rezaei, AUSA
    U.S. Attorney's Office
    450 Golden Gate Avenue
    San Francisco, California  94102
    (415) 436-7246

    Government counsel Claudia A. Quiroz, Catherine Alden Pelker, and Jonas Blomberg

Lerman remain as counsel for the government in this case.

DATED: February 10, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/S/
RYAN ARASH REZAEI
Assistant United States Attorney