UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** February 14, 2025     **Time:** 11:12 – 11:31     **Judge:** SUSAN ILLSTON
                               19 Minutes
**Case No.**: 22-cr-00256-SI-1     **Case Name:** United States v. Aliaksandr Klimenka

**Attorney for Government:** Claudia Quiroz, C. Alden Pelker
**Attorney for Defendant:** Julia Jayne, Paul Verner
**Defendant:** [X ] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X ] Not in Custody

**Deputy Clerk:** Esther Chung                **Court Reporter:** Jennifer Pancratz
**Interpreter:** Laura Mirzoyan                **Probation Officer:** n/a

### PROCEEDINGS

Motion to Compel Further Bill of Particulars (Dkt. 86) – Held.

### SUMMARY

The Government indicated that they have complied with all discovery requests and are in the process of copying and providing the items to Defendant shortly.  The Court questioned Counsel concerning some of the documents referenced in the briefing.  Counsel presented argument and rebuttal regarding the Motion.  The Court indicated that it will not order a further response to the bill of particulars.

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Effective preparation of counsel
Begins:  12/6/2024
Ends:  7/7/2025
-------------------------------------------------------------------------------------------------------------------