UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALIAKSANDR KLIMENKA,<br><br>Defendant. | Case No. 22-cr-00256-SI-1<br><br>**ORDER RE: DEFENDANT'S REQUEST FOR CLARIFICATION AND DIRECTING PARTIES TO MEET AND CONFER ABOUT TRIAL DATE**<br><br>Re: Dkt. Nos. 100, 118 |

On May 2, 2025, the Court granted defendant's motion for an order authorizing Rule 15 depositions, which had requested that the Court issue a Letter Rogatory for seven witnesses to be deposed in Poland. At the hearing on the motion, defense counsel stated that they would be submitting a revised Letter Rogatory for issuance by the Court. However, instead of filing a revised Letter Rogatory, on May 16 defense counsel filed a Request for Clarification stating the view that a Letter Rogatory is not required to proceed with the depositions (based upon a legal memorandum prepared by a Polish lawyer), and that instead a court order would suffice.

The government has filed a status update stating that it has not been able to confirm whether depositions can proceed in the absence of a Letter Rogatory, and that the government prefers to proceed with the Letter Rogatory process to avoid further delay.

Based upon the present record, the Court finds that it is prudent to proceed with the foreign depositions by the Letter Rogatory process. The Court directs the parties to meet and confer and to submit a proposed Letter Rogatory no later than May 30, 2025, preferably sooner. The Court also directs the parties to meet and confer prior to the May 22 status conference regarding the pretrial and trial schedule and to be prepared to discuss scheduling at the conference.

**IT IS SO ORDERED**

Dated: May 20, 2025

_____
SUSAN ILLSTON
United States District Judge