CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RYAN REZAEI (CABN 126569)
Assistant United States Attorney
CLAUDIA QUIROZ (CABN 254419)
C. ALDEN PELKER (MD)
JONAS LERMAN (CABN 274733)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov
    claudia.quiroz2@usdoj.gov
    catherine.pelker@usdoj.gov
    jonas.lerman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DMITRY VASILEV,<br>    a/k/a "Dmitry Vasiliev,"<br>    a/k/a "Dmitry Vasilyev,"<br>    a/k/a "Дмитрий Васильев,"<br>    a/k/a "Дзмітрій Васільеў,"<br><br>    Defendant. | NO. CR 22-00257<br><br>[FILED: July 12, 2022] |

NOTICE OF RELATED CASES
CR 22-00257; CR 22-00255 SI; CR 22-00256 SI

v. 7/10/2018

1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 22-00255 SI |
| Plaintiff, | ) ) | [FILED: July 12, 2022] |
| v. | ) ) | |
| ALEXEI VIKTOROVICH BILUCHENKO,<br>a/k/a "Alexsey Viktorovich Bilyuchenko,"<br>a/k/a "Алексей Викторович Билюченко" | ) ) ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 22-00256 SI |
| Plaintiff, | ) ) | [FILED: July 12, 2022] |
| v. | ) ) | |
| ALIAKSANDR KLIMENKA,<br>a/k/a "Alexander Klimenka,"<br>a/k/a "Александр Клименко,"<br>a/k/a "Аляксандр Клименка," | ) ) ) ) ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| Defendant. | ) ) | |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the three above-captioned criminal cases are related. The three cases involve many of the same facts and circumstances, and concern in large part similar and collaborative conduct.

**I.     BACKGROUND AND PROCEDURAL HISTORY**

   **A.     BTC-e Background**

From its inception in or around 2011 until it was shut down by law enforcement in or around July 2017, BTC-e was one of the world's largest digital currency exchanges. *United States v. Alexei Viktorovich Biluchenko*, CR 22-00255 SI, Indictment ("Biluchenko Indictment") ¶ 4; *United States v. Aliaksandr Klimenka*, CR 22-00256 MMC, Indictment ("Klimenka Indictment") ¶ 5; *United States v. Dmitry Vasilev*, CR 22-0057, Indictment ("Vasilev Indictment") ¶ 4. In the years it operated, BTC-e processed several billion dollars' worth of transactions and served over one million users worldwide. *Id.* BTC-e was one of the primary ways by which cyber criminals around the world transferred, laundered,


and stored the criminal proceeds of their illegal activities. Biluchenko Indictment ¶ 5; Klimenka Indictment ¶ 6; Vasilev Indictment ¶ 4. The government charged multiple individuals who were involved in BTC-e's operation, including Aleander Vinnik, *United States v. Alexander Vinnik*, CR 16-00227 SI (dismissed February 11, 2025), Alexei Biluchenko, *United States v. Alexei Viktorovich Biluchenko*, CR 22-00255 SI, and Aliaksandr Klimenka *United States v. Aliaksandr Klimenka*, CR 22-00256 MMC.

### B.  BTC-e Takedown and Transition to Wex

In or around July 2017, BTC-e was seized by U.S. law enforcement, contemporaneous with the arrest of Vinnik. Biluchenko Indictment ¶ 21; Vasilev Indictment ¶ 21. In or around July and August 2017, remaining BTC-e administrators, including Biluchenko, worked to restore access to the site, whose servers had been seized by the United States. Biluchenko Indictment ¶ 22; Vasilev Indictment ¶ 22.

In or around September 2017, individuals including Vasilev and Biluchenko resumed operation of BTC-e under a new name, "Wex." Biluchenko Indictment ¶ 23; Vasilev Indictment ¶ 23. Wex was nearly identical to BTC-e and continued to do business in the United States and with U.S. individuals. Biluchenko Indictment ¶ 24; Vasilev Indictment ¶ 24.

Through the efforts of Vasilev, Biluchenko, and others, many of the cyber criminals who had laundered their money through BTC-e continued their activity after the transition to the Wex brand. Biluchenko Indictment ¶ 25; Vasilev Indictment ¶ 25. Wex facilitated money laundering for a variety of criminal schemes, including ransomware. *Id.* Wex operated through at least in or around 2018. Biluchenko Indictment ¶ 26; Vasilev Indictment ¶ 26.

### C.  *United States v. Alexei Viktorovich Biluchenko*, CR 22-00255 SI

On July 12, 2022, a federal grand jury in this district returned a two-count indictment against Alexei Biluchenko, charging him with operation of an unlicensed money service business, in violation of 18 U.S.C. § 1960, and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), for a time period spanning from in or around 2011 continuing through in or around 2018. Biluchenko Indictment. The indictment alleges that Biluchenko worked with Alexander Vinnik and others to operate BTC-e from 2011 until it was shut down by law enforcement in July 2017. Biluchenko Indictment ¶ 2. The indictment also alleges that Biluchenko worked with others—who are unnamed in the indictment but

which included Vasilev—to launch and operate Wex as a continuation of BTC-e. Biluchenko Indictment ¶ 23. The Court ordered that the Vinnik and Biluchenko cases were related on June 21, 2023. *United States v. Alexei Viktorovich Biluchenko*, CR 22-00255 SI, Dkt. 10.

### D.   *United States v. Aliaksandr Klimenka*, CR 22-00256 MMC

On July 12, 2022, a federal grand jury in this district also returned a two-count indictment against Aliaksandr Klimenka, charging him with operation of an unlicensed money service business, in violation of 18 U.S.C. § 1960, and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), for a time period spanning from in or around 2011 continuing through in or about July 25, 2017. Klimenka Indictment. The indictment alleges that Klimenka participated in the operation of BTC-e and joined the BTC-e money laundering conspiracy. Id. The Court ordered that the Klimenka case was related to the Biluchenko and Vinnik cases on January 30, 2024. *United States v. Aliaksandr Klimenka*, CR 22-00255 SI, Dkt. 9.

### A.   *United States v. Dmitry Vasilev*, CR 16-00257 SI

On July 12, 2022, a federal grand jury in this district also returned a two-count indictment against Dmitry Vasilev, charging him with operation of an unlicensed money service business, in violation of 18 U.S.C. § 1960, and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), for a time period spanning from in or around July 2017 up to and including 2018. Vasilev Indictment. The indictment alleges that Vasilev worked with others—who are unnamed in the indictment but which included Biluchenko—to launch and operate Wex as a continuation of BTC-e. Vasilev Indictment ¶ 23. Vasilev made his initial appearance in San Francisco on June 27, 2025, before Magistrate Judge Thomas S. Hixson.

## II.   NOTICE OF RELATED CASES

Local Rule 8-1(a) provides that a new case should be related to an existing case that "is or was pending in this District." Crim. L.R. 8-1(a). This shall be done by filing a "Notice of Related Case in a Criminal Action" with the Judge assigned to the earliest filed action and serving all known parties with a copy of the notice. *Id.* Two cases are related for purposes of this rule if they (1) "concern one or more of the same defendants and the same alleged events, occurrences, transactions or property" or (2) "appear

1   likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and
2   unnecessary expenses if conducted before different Judges." Crim. L.R. 8.1(b).
3      Based upon these facts, these three cases are related within the meaning of Local Rule 8-1(b)(1)
4   because they involve some of the same alleged events, occurrences, transactions, and property.
5   Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate
6   judges, the actions likely would involve substantial duplication of labor by the two judges.
7      Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment
8   of these cases to a single judge is likely to conserve judicial resources and promote an efficient
9   determination of each action.

10  DATED: June 27, 2025                         Respectfully submitted,

11                                               CRAIG H. MISSAKIAN
                                                 United States Attorney
12

13                                               _____/s/_____
                                                 RYAN REZAEI
14                                               Assistant United States Attorney
                                                 CLAUDIA QUIROZ
15                                               C. ALDEN PELKER
                                                 JONAS LERMAN
16                                               Trial Attorneys, CCIPS

28  NOTICE OF RELATED CASES
    CR 22-00257; CR 22-00255 SI; CR 22-00256 SI                              v. 7/10/2018