

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### UNITED STATES COURTHOUSE
### 450 GOLDEN GATE AVENUE
### SAN FRANCISCO, CALIFORNIA 94102
_____

CHAMBERS OF
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

November 17, 2025

Mr. Ilvars Turkopuls
Acting Director of the Department of International Cooperation
Ministry of Justice of the Republic of Latvia
*Tieslietu ministrija*
Department of International Cooperation
Brivibas bulv. 36
Riga  LV-1536
LATVIA

Re:     Request for Additional Information
        24.10.2025. No. 2.17-5/608/25/2929
        Ref. to 10.06.2025. No. 3:22-cr-00256-SI

Dear Mr. Turkopuls:

As the Federal District Court Judge presiding over the criminal case carried out against Aliaksandr Klimenka in the United States District Court for the Northern District of California (the "U.S. Court"), I thank the Ministry of Justice of Latvia (the "Ministry") for its correspondence dated October 24, 2025.   I have consulted with the parties in the criminal case, the United States Government and the Defendant, Mr. Klimenka (the "Parties"), in order to provide the Ministry with the additional information requested in order to comply with the Letters Rogatory issued by this Court on June 10, 2025.   Additionally, I have carefully reviewed certain requests proposed by the Parties and am satisfied these requests are proper and legal under United States law, specifically the Federal Rules of Criminal Procedure and Federal Rules of Evidence. Accordingly, and for the reasons set forth below, this Court respectfully requests the Ministry to consider adopting these procedures for the taking of evidence pursuant to Rule 15 depositions to be conducted in Latvia if the Ministry and the Latvian Court agree they are equally proper under the Criminal Procedure Law of the Republic of Latvia. To be clear, the U.S. Court defers to the Ministry and the Latvian Court as the arbiters of what procedures are permitted within Latvia and respectfully seeks consideration of the requested protocols.

### *Requested Information*

***Latvian Ministry of Justice Request No. 1 – Participating Persons – Names/Positions***:

#### Defendant Aliaksandr Klimenka

 **(1)**  **Paul W. Verner**, Verner Simon, NY – Lead U.S. Trial Counsel.

 **(2)**  **Carlos F. Ortiz**, Baker Hostetler, NY – Lead U.S. Trial Counsel.

 **(3)**  **Aleksey Pricinovskis**, Baker Hostetler, D.C – Associate U.S. Trial Counsel.

(4) **Maris Vainovskis**, **Eversheds Sutherland Bitāns**, **Riga – Senior Local Latvian Counsel**.

(5) **Laura Daubure**, **Eversheds Sutherland Bitāns**, **Riga – Associate Local Latvian Counsel**.

(6) **A Certified Court Reporter qualified to administer oaths under the laws of the United States (to be identified).**

(7) **A Certified Russian-English Translator qualified in the U.S. Court under the laws of the United States (to be identified).**

<u>**United States Government Personnel**</u>

*Please be advised that the specific personnel present from the U.S. Government may be updated based on the scheduled dates of the requested depositions.*

(1) **Prosecutors from the United States Department of Justice**
    **A. Catherine Alden Pelker, Assistant Deputy Chief, Computer Crime and Intellectual Property Section, U.S. Department of Justice; and**
    **B. Lloyd Farnham, Chief, Corporate and Securities Fraud Section, U.S. Attorney's Office for the Northern District of California**

(2) **U.S. Law Enforcement Personnel**
    **A. Alexandra Bryant, Special Agent, Federal Bureau of Investigation;**
    **B. Leo Rovensky, Special Agent, Internal Revenue Service; and/or**
    **C. [To Be Identified] U.S. Secret Service**

*Latvian Ministry of Justice Request No. 2 – Witnesses' Dates Of Birth/Hours For Examination:*

| | Name | DOB | Expected Hours |
|---|---|---|---|
| (1) | **Andrei Sudakov:** | ▮▮▮▮ | 8 |
| (2) | **Daniels Vanags:** | ▮▮▮▮ | 6 |
| (3) | **Aliaksei Shkadarevich:** | | 8 |
| (4) | **Andrei Pazniak:** | ▮▮▮▮ | 6 |
| (5) | **Denis Lubenstov:** | ▮▮▮▮ | 6 |
| (6) | **Aliaksandr Kachanov:** | ▮▮▮ | 6 |
| (7) | **Ilya Petrushenka[1]:** | | 8 |

*Requests from The U.S. Court As To Procedures*

The U.S. Court makes certain requests for protocol and procedures for the taking of evidence which may lead to efficient use of the Latvian Court's resources and which might aide the attorneys for the United States Government and counsel for Mr. Klimenka to complete the examinations at issue. Preliminarily, the U.S. Court informs the Ministry of Justice and Latvian U.S. Court of the following specific protocols and procedures which the U.S. Court has approved under the Federal Rules of Criminal Procedure and Federal

---

[1]     The U.S. Court thanks the Ministry of Justice for its information regarding the entry of Belarussian citizens to Latvia and the Court has instructed the participating counsel that as to witness Illya Petrushenka, he shall be responsible to arrange his own entry into the territory of the Republic of Latvia for taking part in the procedural action.

Rules of Evidence.  In making the request, the  U.S. Court has taken into account the following verified factors:

- All seven witnesses are appearing voluntarily to give testimony and evidence for use in the U.S. criminal case trial – no compulsion or subpoenas have been required;

- Only one of the witnesses is a Latvian citizen and domiciled in Latvia (**Daniels Vanags**);

- All witnesses who are not Latvian citizens will travel to Latvia (Riga) from other countries to attend the examinations. Riga, Latvia is chosen as a central hub for the witnesses' travel purposes;

- Each of the seven witnesses will testify in Russian with a certified Russian translator present in the examination room;

- Each of the seven witnesses speaks Russian as a first language and English as a second with some more limited than others / Only one witness speaks Latvian and only as a second language with limitations (**Daniels Vanags**);

- The examinations will be transcribed by a Certified U.S. Court Reporter who will be present in Riga, Latvia for the examinations and shall take identification and swear in the witnesses under penalty of perjury under the laws of the United States;

- The examinations will also be video-taped or digitally recorded so as to be displayed during the trial in the U.S. criminal case trial;

- After the examinations are completed, the U.S. Court will review all testimony and determine the proper evidentiary limits and admissibility of the testimony for purposes of the U.S. criminal case trial;

- The parties desire that all of the examinations will be conducted on a day to day basis with the United States prosecutors and Mr. Klimenka's attorneys completing the examinations within a two week period of time approximately.

Given these verified factors, the U.S. Court respectfully requests that the Latvian competent authority consider allowing the following protocols and procedures:

(1)     **Location of Examinations**:  The U.S. Court is advised that because United States examinations before and during trial are currently taken in a variety of manners, and because the United States Court will be required to review the testimony taken of the witnesses by counsel to ensure proper evidentiary basis for allowing questions and answers to be shown to the trial jury, that the best location of the proposed examinations is in the office of the Local Latvian counsel, **Eversheds Sutherland, located at 2a Marijas Street, 5th Floor, Riga LV 1050, Latvia**. The U.S. Court respectfully requests the Latvian authorities consider permitting the depositions to occur at this location. If this is not possible under Latvian law, the U.S. Court confirms that the depositions should still proceed at the location specified by Latvian authorities, including in the Latvian courtroom in the presence of a Latvian judge.

(2)     **Participation by the Latvian Court**:  The U.S. Court is advised that the proceedings will take an estimated seven full business days of examination of the witnesses and that the U.S. Court would not require the Latvian Court and Judge to rule on evidentiary matters under U.S. law. Accordingly, the U.S. Court requests that, to the extent permitted under Latvian law, the Latvian Court be relieved of the need to attend the full depositions and that the examinations be conducted at the offices of Eversheds Sutherland.  In addition, the Latvian Court may consider that the participating counsel make arrangements with the Latvian Court to video conference and to

simulcast the proceedings so that the Latvian judge might attend remotely from the Latvia courthouse. If this is not possible under Latvian law, the U.S. Court confirms that the depositions should still proceed using the procedures articulated in your Request for Additional Information dated October 24, 2025.

(3)     **Latvian Translation**:  The United States Court is advised that the native language of each of the proposed witnesses is Russian and that this is true of the Latvian witness, Daniels Vanags. Each of the proposed witnesses speak English as a second language.  None of the witnesses except Mr. Vanags speak Latvian.  Because of these facts, the Court advises that the presence of a Latvian translator is not necessary beyond that which is required by Latvian law. If the Latvian authorities are amenable to the alternative procedures set forth in subsections (2) and (3) above, the Court requests that any Latvian translator's participation be limited to such times when the Latvian Court and judge must participate. To the extent that the presence of a Latvian translator is required under Latvian law, the Court acknowledges this requirement and confirms that the depositions should proceed with the participation of the Latvian translator.

I thank the Ministry of Justice for its time and consideration in reviewing the requested additional information.

Respectfully,

HON. SUSAN ILLSTON
United States District Judge