*United States v. Klimenka*
Case No. 3:22-cr-00256-SI

**DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO THE MOTION TO COMPEL DISCOVERY**

# EXHIBIT F

**From:** Alford Gary L (CI) <gary.alford@ci.irs.gov>
**Sent:** Monday, May 12, 2025 10:12 AM
**To:** Ortiz, Carlos F. <cortiz@bakerlaw.com>
**Subject:** RE: [EXT]RE: NOTIFICATION: re: United States vs. Aliaksandr Klimenka

Carlos:

Good morning. I am doing well, thank you for asking…I hope the same for you. Yes, there have been developments on the matter. I have communicated with both Alden & Claudia (NDCA), as well Olga (SDNY) regarding this matter. I submitted certain documents/evidence pursuant to this matter as well as provided my relevant assessment/background. I cannot direct you to what the next course of action that you and/or the Klimenka defense team should take. However, I will state to you and/or the Klimenka defense team should, without any reservation from myself, feel free to reach out to Claudia and Alden as soon as you deem appropriate regarding this matter. It is my assessment that they would be the best point of contact for you and/or the Klimenka defense team.

As stated previously, I am based in New Haven, CT. If there comes a time when you and/or the Klimenka defense team may need to contact me in a relatively more formal manner…I respectfully ask for professional courtesy to let me know beforehand.

May you please confirm receipt of this communication?

Best,

**Gary L. Alford**
**Program Manager – Policy & Strategy Lead**
**IRS-CI: Cyber and Forensic Services (HQ)**

1

**IRS-Enterprise: Office of Digital Assets**



*"And were it not for the incredible work of the IRS agent who first started on this case and his keen analytical insights, who knows how long this may have continued and how much harm it could have caused to people not only in the United States but around the world?"* - USDJ William H. Pauley III

**From:** Ortiz, Carlos F. <cortiz@bakerlaw.com>
**Sent:** Monday, May 12, 2025 9:10 AM
**To:** Alford Gary L (CI) <gary.alford@ci.irs.gov>
**Subject:** RE: [EXT]RE: NOTIFICATION: re: United States vs. Aliaksandr Klimenka

Hi Gary,

Hope you are doing well.  Any developments on this?  Should we reach out to Claudia and Alden?

Thanks,
Carlos

**Carlos Ortiz**
He | Him | His
Partner

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4676
M +1.732.991.1076

cortiz@bakerlaw.com
bakerlaw.com



**From:** Alford Gary L (CI) <gary.alford@ci.irs.gov>
**Sent:** Tuesday, May 6, 2025 11:15 PM
**To:** Ortiz, Carlos F. <cortiz@bakerlaw.com>
**Subject:** RE: [EXT]RE: NOTIFICATION: re: United States vs. Aliaksandr Klimenka

Carlos:

Good evening.  Regarding whether you should connect with Claudia and Alden, I will leave it to you to make the best decision.  I cannot offer an opinion on that.  I will say I have a meeting scheduled for tomorrow.  After that meeting, I imagine there will be more clarity regarding logistics/procedures moving forward regarding this matter.

Best,

Gary L. Alford
Program Manager - Policy & Strategy Lead
Cyber and Forensic Services
IRS-CI Headquarters
IRS-Enterprise DAI Team Member

---

**From:** "Ortiz, Carlos F." <cortiz@bakerlaw.com>
**Sent:** May 6, 2025 9:12 PM
**To:** "Alford Gary L (CI)" <gary.alford@ci.irs.gov>
**Subject:** RE: [EXT]RE: NOTIFICATION: re: United States vs. Aliaksandr Klimenka

Hi Gary,

Thanks for the good wishes for my son and it would be good to see you one of these days in NY.

On this matter, should we connect with Claudia and Alden and mention this? I'm going to be unavailable the rest of the week but will follow your lead.

Thanks,
Carlos
**Carlos Ortiz**
He | Him | His
Partner

**BakerHostetler**
45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4676
M +1.732.991.1076

cortiz@bakerlaw.com
bakerlaw.com



---

**From:** Alford Gary L (CI) <gary.alford@ci.irs.gov>
**Sent:** Friday, May 2, 2025 10:45 PM
**To:** Ortiz, Carlos F. <cortiz@bakerlaw.com>
**Subject:** RE: [EXT]RE: NOTIFICATION: re: United States vs. Aliaksandr Klimenka

Apologies on the relatively late reply, I was out of the office this afternoon. Congratulations on the commitment ceremony!! Yes, I am based in New Haven, CT. I am still close enough to get back to NY if necessary (both my wife and I have significant family connections to NY).

If you weren't already aware, here is a link to the public press release related to the SDNY case (dated June of 2023). If you review the linked SDNY indictment, it is dated years prior in December of 2019.

https://www.justice.gov/usao-sdny/pr/russian-nationals-charged-hacking-one-cryptocurrency-exchange-and-illicitly-operating

Substantially all the relevant records to be potentially provided are in electronic format. As such, it will not be a relatively heavy lift to assemble the relevant records. I want to be as forthcoming as possible. However, I assess there will have to be certain clear guidelines established by the relevant

USAOs due to the sensitivities related to the materials to be potentially provided. I have been in contact with AUSA Alden Pelker & AUSA Claudia Quiroz for NDCA and AUSA Olga Zverovich for SDNY. I will reach out to them next week regarding the logistics/procedures.

Best,

**Gary L. Alford**
**Program Manager – Policy & Strategy Lead**
**IRS-CI: Cyber and Forensic Services (HQ)**
**IRS-Enterprise: Office of Digital Assets Initiative**



*"And were it not for the incredible work of the IRS agent who first started on this case and his keen analytical insights, who knows how long this may have continued and how much harm it could have caused to people not only in the United States but around the world?" - USDJ William H. Pauley III*

---

**From:** Ortiz, Carlos F. <cortiz@bakerlaw.com>
**Sent:** Friday, May 2, 2025 12:29 PM
**To:** Alford Gary L (CI) <gary.alford@ci.irs.gov>
**Subject:** [EXT]RE: NOTIFICATION: re: United States vs. Aliaksandr Klimenka

Hi Gary,

Always nice to hear from you and I'm doing fine. My son is having his commitment ceremony next week which is very exciting. I hope you are also doing well and I understand that you are back in CT.

Thanks for reaching out to me and knowing you, I have no doubt that you will always comply with your fiduciary and ethical obligations as an agent and ensure that appropriate that appropriate information is provided to defense counsel regarding an investigation. I sincerely appreciate you contacting me about this.

Please let me know what you think is the best means to ensure that we receive the information your describing in your email.

All the best,
Carlos
**Carlos Ortiz**
He | Him | His
Partner

**BakerHostetler**

45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4676
M +1.732.991.1076

cortiz@bakerlaw.com
bakerlaw.com



**From:** Alford Gary L (CI) <gary.alford@ci.irs.gov>
**Sent:** Friday, May 2, 2025 9:40 AM
**To:** Ortiz, Carlos F. <cortiz@bakerlaw.com>
**Subject:** NOTIFICATION: re: United States vs. Aliaksandr Klimenka

[External Email: Use caution when clicking on links or opening attachments.]

Carlos:

Good morning, it has been a while since we last communicated …I hope your week has gone well and that all is well with both you and your family.

However, the reason for this communication is I came across your name while reviewing public court records as part of my job duties. Specifically, I was reviewing public court records related to Case 3:22-cr-00256-SI, United States vs. Aliaksandr Klimenka. I have assessed it is my fiduciary responsibility to inform you that I was the lead agent for the SDNY based investigation into the alleged Mt. Gox Hack. Without my knowledge and/or approval, my connection to that case was made public from government sources in the book *Tracers in the Dark* authored by Andy Greenberg (see pg. 129). The book details certain interactions between NDCA and SDNY investigative personnel. Based on what has been made public (i.e. indictment and/or other public court records) related to the **separate** case of United States vs. Aliaksandr Klimenka, I believe it is my responsibility to inform you I have information that I believe/assess could be deemed exculpatory and/or impeachment evidence.

I am unaware of what has been shared/provided to the defense team for Mr. Klimenka by NDCA…I assessed it was my obligation to notify the Klimenka defense team to the above.

Best,

**Gary L. Alford**
**Program Manager – Policy & Strategy Lead**
**IRS-CI: Cyber and Forensic Services (HQ)**
**IRS-Enterprise: Office of Digital Assets Initiative**



*"And were it not for the incredible work of the IRS agent who first started on this case and his keen analytical insights, who knows how long this may have continued and how much harm it could have caused to people not only in the United States but around the world?"* -  USDJ William H. Pauley III

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.