UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 13, 2026        **Time:**  11:04 – 12:04        **Judge:**  SUSAN ILLSTON
1 Hour

**Case No.**: 22-cr-00256-SI-1        **Case Name:**  United States v. Aliaksandr Klimenka

**Attorney for Government:** C. Alden Pelker, Lloyd Farnham, Gaelin Bernstein
**Attorney for Defendant:** Carlos Ortiz, Daniel Olmos, Paul Verner
**Defendant:** [X ] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X ] Not in Custody

**Deputy Clerk:** Esther Chung        **Court Reporter:**  Stephen Franklin
**Interpreter:** Waived        **Probation Officer:** n/a

## PROCEEDINGS

Status Conference – Held.

## SUMMARY

The Defendant confirmed that he had agreed to waive his interpreter.  The parties provided competing updates regarding the Letters Rogatory to Latvia and Spain.

ORDERS: The Court ORDERED the following:
1. The Court ordered that the Government find out if they can request witnesses if a trial cannot be held without the requested witnesses.  The Government is to file by 2/20/2026 a document notifying the Court why they cannot request witnesses instead of the Defendants.
2. The Defendants are to request that SA Alford provide the thumb drive discussed during the hearing directly to the Government.
3. **Trial is continued to 6/29/2026.  Trial Estimate is one month.**
4. **Pretrial Conference is continued to 6/16/2026 at 1:30 p.m.**

**ORDERED AFTER THE HEARING:  The parties are to meet and confer and provide a stipulation for any remaining pretrial deadlines to the Court by 2/20/2026.**

--------------------------------------------------------------------------------------------------------------------

**EXCLUDABLE DELAY: Previously granted**
Category:  Effective preparation of counsel *previously granted*
Begins:  11/14/2026
Ends:  4/20/2026
--------------------------------------------------------------------------------------------------------------------

---------------------------------------------------------------------------------------------------------

**EXCLUDABLE DELAY: Ordered after hearing.**
Category:  Speedy Trial Act.
Begins: 2/13/2026
Ends:  6/29/2026.

---------------------------------------------------------------------------------------------------------