JULIA M. JAYNE (SBN 202753)
JAYNE LAW GROUP, P.C.
803 Hearst Avenue
Berkeley, CA 94710
Phone: (415) 623-3600
E-Mail: julia@jaynelawgroup.com

CARLOS F. ORTIZ (Pro Hac Vice)
BAKER HOSTETLER
45 Rockefeller Plaza
New York, NY 10111-0100
Phone: (212)589-4676
E-Mail: cortiz@bakerlaw.com

PAUL W. VERNER (Pro Hac Vice)
VERNER SIMON
30 Wall Street, 8th Floor
New York, New York 10005
Phone: (212) 502-5500
E-Mail: pwverner@vernerlaw.com

DANIEL OLMOS (SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
600 University Avenue
Palo Alto, CA 94301
Phone: (650) 326-2980
E-Mail: dolmos@nbo.law

*Attorneys for Defendant*
ALIAKSANDR KLIMENKA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALIAKSANDR KLIMENKA,<br><br>Defendant. | Case No. 3:22-cr-00256-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE STIPULATED PRETRIAL DEADLINES** |

IT IS HEREBY STIPULATED:  The parties appeared before the Court for a status hearing on February 13, 2026.  At that hearing, and in a Minute Order that followed at ECF 192, the Court ordered the parties to meet and confer and provide a stipulation for any remaining pretrial deadlines to the Court.  The stipulation was to be filed one week later, on February 20, 2026.

Following the hearing, the government submitted proposed pretrial dates to the defense. However, in the subsequent few days, and before proposed dates could be decided, the parties consented to the government's request for extension to respond to the directive of the Court (ECF#192)

STIPULATION EXTENDING TIME

pertaining to Letters Rogatory and Foreign Examinations agreeing to extend that date until February 27, 2026.

In light of that extension to February 27th, and in consideration of the effect of that extension, the defense considered that the government's response to be filed February 27, 2026 as well as other issues pertaining to expected disclosures relevant to SA Gary Alford, render some of the required pretrial submission dates premature or uncertain.

Defense counsel then conferred with the government counsel who have advised that they would stipulate to the extension to March 6, 2026 for the parties to provide a stipulation for any remaining pretrial deadlines to the Court.  That stipulation was so-ordered on February 23, 2026.  (ECF#201).

In light of additional production received February 24, 2026 and other procedural developments pertaining to the parties' pursuit of Rule 15 depositions of foreign witnesses, and in consideration of the effect of these discovery issues upon the other pre-trial deadlines in this matter, many of the required pretrial submission dates remain premature or uncertain.

Defense counsel then conferred with the government counsel who have advised that, while they do not share the defense's view on the proffered necessity of an extension, they would not oppose an extension of the March 6, 2026 date for the parties to provide a stipulation for any remaining pretrial deadlines to the Court to March 20, 2026.

The defense therefore requests that this extension be so ordered,

**IT IS SO STIPULATED.**                    CRAIG MISSAKIAN
                                            United States Attorney


Dated:  March 6, 2026                      ___/s/_____
                                           LLOYD FARNHAM
                                           Assistant United States Attorneys
                                           C. ALDEN PELKER
                                           Trial Attorney, CCIPS Assistant United States
                                           Attorney

STIPULATION EXTENDING TIME

Dated:  March 6, 2026                    /s/
                                         JULIA JAYNE
                                         PAUL VERNER
                                         DANIEL OLMOS
                                         CARLOS ORTIZ
                                         Counsel for Defendant KLIMENKA

**IT IS SO ORDERED.**


Dated:                                   HON. SUSAN ILLSTON
                                         United States District Judge

STIPULATION EXTENDING TIME