UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALIAKSANDR KLIMENKA,<br><br>Defendant. | Case No. 22-cr-00256-SI-1<br><br>**ORDER GRANTING REQUEST TO CONTINUE TRIAL DATE AND SETTING STATUS CONFERENCE FOR JUNE 30 AT 2:30 PM**<br><br>Re: Dkt. No. 229 |

The Court has reviewed defendant's unopposed application to continue the trial date. The Court GRANTS this request and reschedules the pretrial conference to November 3, 2026 at 1:30 p.m., with trial to begin on November 16, 2026 at 9 a.m.

The Court will hold a status conference on June 30 at 2:30 p.m. to confirm that these dates work for counsel and to discuss the balance of the pretrial schedule.

**IT IS SO ORDERED**.

Dated:  June 26, 2026

_____
SUSAN ILLSTON
United States District Judge