PAUL W. VERNER (Pro Hac Vice)
VERNER SIMON
30 Wall Street, 8th Floor
New York, New York 10005
Phone: (212) 502-5500
E-Mail: pwverner@vernerlaw.com

CARLOS F. ORTIZ (Pro Hac Vice)
BAKER HOSTETLER
45 Rockefeller Plaza
New York, NY 10111-0100
Phone: (212)589-4676
E-Mail: cortiz@bakerlaw.com

DANIEL OLMOS (SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
600 University Avenue
Palo Alto, CA 94301
Phone: (650) 326-2980
E-Mail: dolmos@nbo.law

*Attorneys for Defendant*
ALIAKSANDR KLIMENKA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALIAKSANDR KLIMENKA,<br><br>Defendant. | Case No. 3:22-cr-00256-SI<br><br>**APPLICATION and ORDER TO MODIFY RELEASE CONDITIONS FOR TEMPORARY IN STATE TRAVEL** |

COMES NOW, Defendant Aliaksandr Klimenka, through his undersigned counsel, and requests that the conditions regarding Mr. Klimenka's release be modified to allow him to travel for a few days through California with his family members whom he has not seen for nearly three years. Mr. Klimenka's wife, Liudmila Chareichyk, and his 16-year-old son, Danila Klimenka, are visiting Mr. Klimenka in the United States for a short time. Mr. Klimenka has

not seen his son Danila since the time of his arrest on December 22, 2023 when Danila was just 13.

Mr. Klimenka requests that he be allowed to travel by automobile with his family leaving Walnut Creek starting August 24th to Los Angeles for one day and then on to San Diego for 2 days and returning on August 30th. Danila Klimenka is advanced in his high school studies, will very soon be attending college, and the Klimenka family intends to look at college campuses in California in addition to taking in a few tourist attractions. Mr. Klimenka's 17-year-old niece is accompanying the family.

Mr. Klimenka was released on supervised conditions in March 2024 having posted cash bond of $3 million, and since that time has been a model detainee (indeed somewhat reclusive). Klimenka has only twice previously requested minor release modifications without any incident presented.

**Mr. Klimenka has meticulously mapped out a driving route which avoids proximity to any international airports**. When in San Diego (where Klimenka's attorney Mr. Verner resides) Mr. Verner will chaperone the Klimenka family. If required, Mr. Verner is also prepared to travel caravan style with the Klimenka family and to act as custodian as they travel.

Mr. Klimenka has proposed a detailed day to day itinerary attached as **Exhibit "A"**.

The United States Pre-Trial Services Officer Reanna Agah has confirmed that Mr. Klimenka has been and is now in full compliance with all existing conditions of release. However, Officer Agah has most recently advised that travel outside the District is against policy approving travel outside of the District for those on location monitoring.. The Government advises that it will comport to Pretrial Service's position.

Dated: August 18, 2026

*/s/ Paul Verner*

Paul W. Verner
Attorney for Defendant Aliaksandr Klimenka

**~~[PROPOSED]~~ ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Aliaksandr Klimenka's release conditions shall be modified to allow temporary travel as set out in **Exhibit "A"** to permit him to remain out of his residence from August 24 through 30, 2026. During this period Defendant shall remain on stand alone GPS monitoring, and his attorney Paul Verner shall serve has his custodian for the duration of the trip. During this period of time, the release conditions are modified to set aside Defendant's curfew. Defendant shall notify Pretrial Services of any modifications to his itinerary, including dates of travel. On August 31, 2026 at 12:00 am, Defendant's curfew shall resume. The Court reminds Mr. Verner that as custodian, he is obligated to call Pretrial Services to report any violation by Defendant of the terms of pretrial supervision, and failure to do so may be considered contempt of court. All other conditions of release shall remain the same.

Dated: August 20, 2027

________________________________
The Hon. Lisa J. Cisneros
United States Magistrate Judge

# EXHIBIT "A"

# EXHIBIT A ITINERARY

### WALNUT CREEK TO LOS ANGELES 8/24/2026

**The direct route from Walnut Creek to Los Angeles on Highway 1 takes approximately 11 to 12 hours under normal driving conditions.** However, the **Highway 1 coastal corridor is currently compromised by the active Timber Fire**, which has forced a total closure of a critical stretch through Big Sur. [1, 2, 3]

To strictly accommodate your request to stay on Route 1 as long as possible, avoid all international airports (such as SFO, OAK, SJC, and LAX), and safely navigate the wildfire zone, this specialized itinerary splits your journey into two distinct coastal segments connected by an inland detour around the fire block. [1, 2]

Map data ©2026 Google, INEGITerms

100 km

Segment 1: Northern Coast

Segment 2: Wildfire Detour & Central Coast

Segment 3: Arrival in Los Angeles

**Segment 1: The Northern Coast & San Francisco Bypass**

To keep you completely clear of Oakland International Airport (OAK) and San Francisco International Airport (SFO), your route skips the Bay Area's core bridge crossings and approaches the coast from the south.

- **Departure**: Start at **3050 Del Hombre Ln, Walnut Creek**.
- **The SFO & OAK Airport Bypass**: Take **I-680 South** down to San Jose. From San Jose, transition onto **SR-85 North** and take **SR-92 West** over the mountains to **Half Moon Bay**.
- **Joining Highway 1**: You will officially merge onto **Highway 1 South at Half Moon Bay**. Drive south along the dramatic cliffs past Santa Cruz, Monterey, and Carmel-by-the-Sea. [1]
- **The Wildfire Roadblock**: You can safely follow Highway 1 South as far as **Fernwood Resort** in northern Big Sur. Due to the active 5,000+ acre Timber Fire, Caltrans has

closed Highway 1 entirely between Fernwood Resort and Julia Pfeiffer Burns State Park. [1, 2]

**Segment 2: Inland Detour Around Big Sur**

Because you cannot pass through the heart of Big Sur, you must use the official Caltrans detour to bypass the active fire zone before returning back to the ocean. [1, 2]

- **The Escape Route**: Turn around at the northern closure block and head back up to Carmel. Take **SR-68 East** to Salinas, then head south on **US-101 South** through the Central Valley.
- **Rejoining Highway 1**: Drive down US-101 South for roughly 100 miles to Paso Robles. Take **SR-46 West** from Paso Robles back out to the coast, officially merging back onto **Highway 1 South at Cambria**. [1]

**Segment 3: Central Coast to Los Angeles (LAX Bypass)**

Once back on Highway 1 at Cambria, you can remain on the coast for the remainder of the drive. [1]

- **The Scenic Run**: Follow Highway 1 South through Morro Bay, Pismo Beach, and down into Santa Barbara County.
- **Malibu Coastline**: Stay on Highway 1 (Pacific Coast Highway) as it winds through Ventura and tracks the pristine coastline directly into **Malibu**.
- **The LAX Airport Bypass**: To ensure you completely avoid Los Angeles International Airport (LAX), you **must exit Highway 1 before reaching Santa Monica**.
- **Final Approach to The Aster**: As you reach the edge of Malibu, turn left onto **Topanga Canyon Boulevard (SR-27 North)**. Head over the mountains into the San Fernando Valley and merge onto **US-101 South**. Take the 101 South straight into Hollywood, exiting at **Vine Street** to arrive directly at **The Aster (1717 Vine St)**. [1, 2, 3, 4]

## LA TO SAN DIEGO 8/26 AND RETURN TO WALNUT CREEK 8/29

**The drive from The Aster in Los Angeles to the Bahia Resort Hotel in San Diego takes about 2.5 hours, while the return trip to Walnut Creek takes roughly 8 to 9 hours depending on traffic.** Because your primary constraint is to completely avoid all international airports—specifically Los Angeles International (LAX), San Diego International (SAN), John Wayne (SNA), Long Beach (LGB), Oakland (OAK), and San Francisco

International (SFO)—this itinerary uses strategic inland corridors and canyon roads to bypass airport flight path zones entirely.

Map data ©2026 Google, INEGITerms

50 km

Leg 1: Hollywood to San Diego

Leg 2: San Diego to Walnut Creek

Pasadena

Escondido

**Leg 1: Hollywood to San Diego (Bypassing LAX, LGB, SNA & SAN)**

To stay clear of LAX and Long Beach airports to the south, and John Wayne Airport in Orange County, you must push east into the valleys before tracking south.

- **The LA Basin Bypass**: Depart The Aster (1717 Vine St). Avoid heading south toward the coast. Instead, take **US-101 North** briefly, then transition onto **SR-134 East** toward Pasadena.
- **The Inland Foothills Route**: From Pasadena, take **I-210 East** along the base of the San Gabriel Mountains. This paths you far north of any commercial airport flight zones.
- **Heading South**: Cut south by merging onto **I-15 South** at San Bernardino. Follow I-15 South through Corona and Temecula. This places you deep inland, completely avoiding John Wayne Airport (SNA) in central Orange County.
- **The San Diego Airport Bypass**: As you approach San Diego, San Diego International Airport (SAN) sits right on the coastline next to downtown. To avoid it, stay on I-15 South into Escondido, then cut west using **SR-56 West** (Ted Williams Parkway). Merge onto **I-805 South** briefly, then take **SR-52 West** straight toward the coast. [1]
- **Arrival**: Exit SR-52 onto **I-5 South**, take the Grand Avenue exit, and navigate directly onto West Mission Bay Drive to arrive at the Bahia Resort Hotel (998 W Mission Bay Dr). [1]

**Leg 2: San Diego to Walnut Creek (Bypassing SFO & OAK)**

To travel from San Diego back to Walnut Creek without passing anywhere near the major coastal commercial airports of Northern California, you will use the Central Valley corridor.

- **Leaving San Diego**: Depart the Bahia Resort Hotel. Take **SR-52 East** back inland to clear the coastal flight path. Merge onto **I-15 North** and follow it completely out of the San Diego metro area, past Temecula and Corona.
- **The High Desert Transit**: Stay on I-15 North over the Cajon Pass into the High Desert. At Hesperia, take **SR-138 West** across to Palmdale, and continue on SR-138 West to join **I-5 North** at the Grapevine.
- **Central Valley Expressway**: Drive **I-5 North** through the length of the Central Valley. This keeps you hundreds of miles east of San Jose (SJC), San Francisco (SFO), and Oakland (OAK) airports.
- **The Back-Door Approach to Walnut Creek**: Follow I-5 North past Santa Nella. To approach Walnut Creek without touching the East Bay airport corridors, take **I-580 West** toward Tracy, then quickly transition to **I-205 West** toward Sacramento/Stockton. Merge onto **I-5 North** briefly, then take **SR-4 West** through Antioch and Pittsburg.
- **Final Arrival**: From SR-4 West, take the exit for **I-680 South** in Concord and drive straight down to the Treat Boulevard exit, arriving cleanly back at **3050 Del Hombre Lane**. [1]