PAUL W. VERNER (*Pro Hac Vice*)
VERNER SIMON
30 Wall Street, 8th Floor
New York, New York 10005
Phone: (212) 502-5500
E-Mail: pwverner@vernerlaw.com

CARLOS F. ORTIZ (*Pro Hac Vice*)
BAKER HOSTETLER
45 Rockefeller Plaza
New York, NY 10111-0100
Phone: (212)589-4676
E-Mail: cortiz@bakerlaw.com

DANIEL OLMOS (SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
600 University Avenue
Palo Alto, CA 94301
Phone: (650) 326-2980
E-Mail: dolmos@nbo.law

*Attorneys for Defendant*
ALIAKSANDR KLIMENKA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALIAKSANDR KLIMENKA,

Defendant.

Case No. 3:22-cr-00256-SI

**APPLICATION AND ORDER TO SEAL PRIOR FILINGS ECF## 238 and 239**

**COMES NOW**: Defendant Aliaksandr Klimenka, through his undersigned counsel, and requests an Order sealing his prior motion ECF#238 and endorsed order ECF#239 due to security concerns. Counsel states that the sealing should have been sought in the first instance and in retrospect submits that it is now prudent to have ECF#238 and endorsed order ECF#239 sealed retroactively.

The United States Pre-Trial Services by Officer Brad Wilson has confirmed there is no objection to the request. The Government, through Assistant Deputy Chief, C. Alden Pelker, does not object to the request.

Dated: September 21, 2026

/s/

PAUL VERNER
CARLOS ORTIZ
DANIEL OLMOS
Counsel for Defendant KLIMENKA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Clerk of the Court shall seal record ECF#238 and endorsed order ECF#239.

**IT IS SO ORDERED.**

Dated: September 22, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge