United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ALIAKSANDR KLIMENKA,
Defendant.

Case No. 22-cr-00256-SI-1

**ORDER RE: DEFENSE EXPERT DISCLOSURES**

The parties' *Daubert* motions are scheduled for a hearing at 1:00 p.m. on October 16, 2026. The Court has reviewed the briefing and the initial and supplemental disclosures and concludes that defendant's expert disclosures do not comply with Rule 16 because they do not contain "a complete statement of all opinions that the defendant will elicit from the witness in the defendant's case-in-chief" as well as "the bases and reasons for them." Fed. R. Crim. Proc. 16(b)(1)(C).[1] For each of the six defense experts, the disclosures state the topics upon which the witness will opine but do not disclose any actual opinions or reasoning. This is insufficient. *See United States v. Coleman*, 149 F.4th 1, 31-32 (1st Cir. 2025) (affirming exclusion of defense expert witness where disclosure was "minimal" and court could not discern what the opinion was). The government seeks exclusion of the experts, and defendant's opposition asserts, *inter alia*, that defendant can supplement the disclosures.

Trial is scheduled for November 16, and the pretrial conference is scheduled for November 3. The Court is extremely concerned about the limited amount of time that remains in order for

[1] The disclosures also do not list publications authored in the previous 10 years and a list of cases in which, in the previous 4 years, the witness has testified as an expert at trial or by deposition, despite the fact that the disclosures state that several of the experts have previously testified as experts. It is not clear whether the absence of this information means that no expert has authored any publications and that all expert testimony and depositions were more than 4 years ago, or if this information is missing.

defendant to remedy the inadequate disclosures and to allow the government time to respond and the Court sufficient time to evaluate whether the proposed expert testimony is admissible. The Court directs the parties to immediately meet and confer over a proposed timetable for supplementation and to be prepared to discuss a schedule at the October 16 hearing.

**IT IS SO ORDERED**.

Dated: October 7, 2026

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California