United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
ALIAKSANDR KLIMENKA,
Defendant.

Case No. 22-cr-00256-SI-1

**ORDER RE: SCHEDULE ON DEFENDANT'S SUPPLEMENTAL EXPERT DISCLOSURES**

Re: Dkt. Nos. 261, 262, 268

In an order filed October 7, 2026, the Court found that defendant's expert disclosures were inadequate and directed the parties to meet and confer regarding a schedule for supplementation. The parties filed a joint status report on October 9, 2026, proposing a schedule in which *inter alia* the government's response to the supplemental disclosures would be filed October 30, the defense would respond November 6, and the Court would hold a hearing the week of November 9.

The Court's Clerk issued a notice on October 9 stating that the government's response is due **October 28, 2026,** defendant's reply is due **November 2, 2026,** and the Court will hold a hearing on **November 6, 2026, at 1:00 p.m.** Dkt. No. 262.

Notwithstanding the Clerk's Notice, on October 15, 2026, defendant filed a status report that included four of the supplemental disclosures and restated the parties' original proposed schedule. To ensure that there is no confusion as to the briefing schedule, the Court reiterates that the government's response to the supplemental disclosures shall be filed no later than **October 28, 2026,** defendant's reply is due **November 2, 2026,** and the Court will hold a hearing on **November 6, 2026, at 1:00 p.m.** Dkt. No. 262. **The filings are due no later than 3 p.m. The Court is not available the week of November 9, 2026.**

**IT IS SO ORDERED**.

Dated: October 15, 2026

SUSAN ILLSTON
United States District Judge